# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRENDA SWEETLAND, on behalf of herself and all others similarly situated, | ) ) ) |
| Plaintiff | ) ) |
| vs. | ) ) |
| WHEELABRATOR SAUGUS, INC., | ) Case No. 1:21-cv-10759-LTS ) ) |
| Defendant | ) ) |

## PLAINTIFF'S MOTION TO REOPEN DISCOVERY AND AMEND THE SCHEDULING ORDER OR, IN THE ALTERNATIVE, STRIKE DEFENDANT'S DECLARATIONS

NOW COMES Plaintiff Brenda Sweetland ("Plaintiff"), on behalf of herself and all others similarly situated, by and through her attorneys, and move to reopen discovery for the sole and limited purpose of determining the method of procurement and veracity of the Declarations ("Declarations") that defense counsel produced first on the eve of the close of discovery and then again well after the close of discovery after admitting that some or all of the first set of declarations were illegally forged and obtained. Counsel for Wheelabrator Saugus, Inc. ("Defendant") provided Plaintiff with troubling information regarding the reliability and validity of some of the Declarations, and the alarming nature of this information casts doubt on the validity of <u>all</u> the Declarations. As explained below, because at least 19 Declarations were "corrected" to remedy allegedly forged signatures, all the Declarations should be subject to scrutiny regarding their veracity. The following events have led to Plaintiff proffering this motion to request to reopen discovery solely as it relates to the Defendant's Declarations:

1.      Beginning on July 13 and pursuant to the discovery schedule, Defendant produced

the first batch of Declarations gathered from Saugus residents both within and outside of the proposed Class Area, stating that they "do not ever notice noxious odors" or "unusual or unnatural amounts of dust or ash" on their properties. Additionally, residents declared that they "enjoy numerous activities outside" and that they do not think that "odors, dust, or ash" have in any way affected their property values. [Exhibit 1].

2.  Defendant provided Plaintiff with additional Declarations on July 19, 2022 producing a total of 39 Declarations on July 13 and 19.

3.  The close of Class Certification discovery was scheduled to occur on July 22, 2022.

4.  On July 20, 2022 Plaintiff served Defendant with Notices of Intent to Serve Subpoenas to depose four (4) Declarants on August 15, 2022.   Defendant objected to the Subpoenas arguing that they were untimely since the depositions would occur after the close of discovery.  [Exhibit 2].

5.  At a previously scheduled Status Conference on July 26, 2022 this Court heard the parties' positions on the issue and ruled that the depositions of the four declarants could move forward on Monday, August 15, 2022

6.  On Friday, August 12, 2022, Plaintiff's Counsel, Laura Sheets, received a telephone call from defense counsel, Richard Oetheimer, indicating that he had just been informed that some or all of the Declarations had been illegally forged.  [Exhibit 3].  Mr. Oetheimer could not provide additional details about who had procured the illegally forged declarations, or how many of the declarations had been forged.  [Exhibit 3].

7.  Mr. Oetheimer also indicated that he did not believe that the four deponents would appear for Monday's depositions and requested an adjournment. This request was denied as Plaintiff's Counsel was interested in determining if those who had received the subpoenas had in

2

fact signed their declaration. [Exhibit 3].

8.      On August 15, not one of the subpoenaed individuals appeared for their depositions. [Exhibit 3].

9.      At no point since that telephone call on August 12 or since the four declarants failed to appear for their deposition on August 15 has Mr. Oetheimer provided any additional details about this situation including who procured these illegally signed declarations.

10.      Instead, on August 31, 2022, well after the period for fact discovery closed on July 22, [Exhibit 4] Defendant made an additional disclosure of 19 Declarations, all of which were duplicates of Declarations previously disclosed on July 13 and 19, but which had apparently been redone, resigned, and otherwise "corrected" with different details to remedy the forgeries allegedly tainting the originals. [Exhibit 5]. These additional corrected Declarations were seemingly Defendant's attempt to remedy the fraudulent Declarations that Defendant brought to Plaintiff's attention during the August 12 phone call.

11.      After investing significant hours examining Declaration disclosures, Plaintiff discovered that the corrected Declarations produced on August 31 feature stark and shocking differences from the originals produced on July 13 and 19, including completely different handwriting, dates, distances, and signatures. In some instances, even the printed names differ between the original and revised versions. [Exhibit 6]. These differences are such that it is impossible that the same person filled in both the July and August Declarations.

12.      Many of the corrected Declarations completely omit or alter the distance that the Declarant lives from Defendant's Facility, with one example provided in Exhibit 7. Many alternatively or additionally include discrepancies in the duration that the Declarant had lived at their address, with one example provided in Exhibit 8. Finally, all the corrected Declarations

feature inconsistent signatures between the original and corrected documents, with a particularly striking example included as Exhibit 9.

13.     Due to the events described above, Plaintiff's Counsel has serious concerns that Defendant has procured and relied on, fraudulent and untrustworthy Declarations that should not be considered until Plaintiff has an opportunity to further conduct discovery concerning the acquisition and accuracy of the Declarations.

14.     Should the Court grant this request, Plaintiff seeks to adjourn the remaining dates on the Scheduling Order by 45 days to allow for the additional discovery.

15.     In the alternative, in light of the fact that some or all of the Declarations were illegally forged, Plaintiff request that this Court strike them from the record and not permit their use in future filings by the Defendant.

WHEREFORE Plaintiff respectfully requests that this Honorable Court GRANT Plaintiff's motion to reopen discovery on the sole and limited issue of determining the source and veracity of the Declarations, including by conducting depositions and issuing interrogatories. To the extent that this request is granted, Plaintiff requests an extension of the current scheduling order by 45 days to allow for the requested discovery.  In the alternative, Plaintiff respectfully requests that this Honorable Court STRIKE all declarations from the record as untrustworthy and lacking foundation.

Dated: October 6, 2022                    Respectfully submitted,

                                          *s/ Laura L. Sheets*
                                          Steven D. Liddle*
                                          Laura L. Sheets*
                                          Matthew Z. Robb*
                                          *Admitted Pro Hac Vice*
                                          LIDDLE SHEETS COULSON PC
                                          975 E. Jefferson Avenue
                                          Detroit, Michigan 48207-3101

4

Tel: (313) 392-0015/Fax: (313) 392-0025
sliddle@lsccounsel.com
lsheets@lsccounsel.com

mrobb@lsccounsel.com

William P. Doyle, III, BBO #556999
COLONNA, DOYLE & SIMEOLA
26 Main Street, 3rd Floor
Lynnfield, MA 01940
(781) 245-1127
bill@colonna-doyle.com

*Attorneys for Plaintiff and the putative Class*

# Exhibit 1

# 19 Original Declarations

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

BRENDA SWEETLAND, on behalf of )
herself and all others similarly situated, )
)
Plaintiff, ) Civil Action No. 1:21-cv-10759-LTS
)
vs. )
)
WHEELABRATOR SAUGUS, INC., )
)
Defendant. )

## DECLARATION

Pursuant to 28 U.S.C. § 1746 I declare and say:

1. My name is _Doug Clark_, and I live at _9 Johnson Street, Saugus_, ___1/2___ approximately _Half a mile_ miles from the Wheelabrator Saugus waste-to-energy facility.

   I _own_ / rent my home and have lived at this address for about _20_ years.

2. I do not ever notice noxious odors at my home.

3. I do not ever notice unusual or unnatural amounts of dust or ash on my property.

4. I enjoy numerous activities outside at my property, and neither odors, dust nor ash has affected my outdoor activities in any way.

5. I do not think odors, dust or ash have affected my property value.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _6/11/22_          Signed: _____

***I understand and agree that: (1) I am signing this voluntarily and I will not suffer any consequence if I decide not to sign it; (2) I have been informed that there is a proposed class action alleging that Wheelabrator has emitted noxious odors and dust and that I may be a member of the proposed class; (3) I am providing this to Wheelabrator and its attorneys who do not represent me and who may use it to defend against the proposed class action; and (4) before signing, I was informed that I have the right to contact plaintiff's counsel in the pending lawsuit, Liddle Sheets Coulson P.C.***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

BRENDA SWEETLAND, on behalf of )
herself and all others similarly situated, )
                                          )
                      Plaintiff,          )        Civil Action No. 1:21-cv-10759-LTS
                                          )
vs.                                       )
                                          )
WHEELABRATOR SAUGUS, INC.,                )
                                          )
                      Defendant.          )

## DECLARATION

Pursuant to 28 U.S.C. § 1746 I declare and say:

1. My name is _____, and I live at _____.

   approximately ____ miles from the Wheelabrator Saugus waste-to-energy facility.

   I __own__ / ~~rent~~ my home and have lived at this address for about __2__ years.

2. I do not ever notice noxious odors at my home.

3. I do not ever notice unusual or unnatural amounts of dust or ash on my property.

4. I enjoy numerous activities outside at my property, and neither odors, dust nor ash has

   affected my outdoor activities in any way.

5. I do not think odors, dust or ash have affected my property value.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed on: __7/2/22__          Signed: _____

***I understand and agree that: (1) I am signing this voluntarily and I will not suffer any
consequence if I decide not to sign it; (2) I have been informed that there is a proposed class action
alleging that Wheelabrator has emitted noxious odors and dust and that I may be a member of the
proposed class; (3) I am providing this to Wheelabrator and its attorneys who do not represent me
and who may use it to defend against the proposed class action; and (4) before signing, I was
informed that I have the right to contact plaintiff's counsel in the pending lawsuit, Liddle Sheets
Coulson P.C.***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

BRENDA SWEETLAND, on behalf of )
herself and all others similarly situated, )
                               )
               Plaintiff, )         Civil Action No. 1:21-cv-10759-LTS
                               )
vs.                                  )
                               )
WHEELABRATOR SAUGUS, INC., )
                               )
               Defendant. )

## <u>DECLARATION</u>

Pursuant to 28 U.S.C. § 1746 I declare and say:

1. My name is _STEVE ANDERSON_ and I live at _2 MILAN AVE SAUGU!_

    approximately _60_ miles from the Wheelabrator Saugus waste-to-energy facility.

    I _own_ / rent my home and have lived at this address for about _20_ years.

2. I do not ever notice noxious odors at my home.

3. I do not ever notice unusual or unnatural amounts of dust or ash on my property.

4. I enjoy numerous activities outside at my property, and neither odors, dust nor ash has

    affected my outdoor activities in any way.

5. I do not think odors, dust or ash have affected my property value.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _6/11/2022_          Signed: _Steve Anderson_

***I understand and agree that: (1) I am signing this voluntarily and I will not suffer any
consequence if I decide not to sign it; (2) I have been informed that there is a proposed class action
alleging that Wheelabrator has emitted noxious odors and dust and that I may be a member of the
proposed class; (3) I am providing this to Wheelabrator and its attorneys who do not represent me
and who may use it to defend against the proposed class action; and (4) before signing, I was
informed that I have the right to contact plaintiff's counsel in the pending lawsuit, Liddle Sheets
Coulson P.C.***

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

BRENDA SWEETLAND, on behalf of    )
herself and all others similarly situated,   )
                                    )
              Plaintiff,      )      Civil Action No. 1:21-cv-10759-LTS
                                    )
vs.                                )
                                    )
WHEELABRATOR SAUGUS. INC.,     )
                                    )
             Defendant.    )

## DECLARATION

Pursuant to 28 U.S.C. § 1746 I declare and say:

1. My name is _Stephen Basile_, and I live at _18 Serino Way, Saugus, Mа 01906_

   approximately _½_ miles from the Wheelabrator Saugus waste-to-energy facility.

   I (own) / rent my home and have lived at this address for about _13_ years.

2. I do not ever notice noxious odors at my home.

3. I do not ever notice unusual or unnatural amounts of dust or ash on my property.

4. I enjoy numerous activities outside at my property, and neither odors, dust nor ash has

   affected my outdoor activities in any way.

5. I do not think odors, dust or ash have affected my property value.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _Stephen Basile_      Signed: _7/1_

***I understand and agree that: (1) I am signing this voluntarily and I will not suffer any consequence if I decide not to sign it; (2) I have been informed that there is a proposed class action alleging that Wheelabrator has emitted noxious odors and dust and that I may be a member of the proposed class; (3) I am providing this to Wheelabrator and its attorneys who do not represent me and who may use it to defend against the proposed class action; and (4) before signing. I was informed that I have the right to contact plaintiff's counsel in the pending lawsuit. Liddle Sheets Coulson P.C.***

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

BRENDA SWEETLAND, on behalf of )
herself and all others similarly situated, )
                            )
                 Plaintiff, )       Civil Action No. 1:21-cv-10759-LTS
                            )
vs. )
                            )
WHEELABRATOR SAUGUS, INC., )
                            )
                Defendant. )

## DECLARATION

Pursuant to 28 U.S.C. § 1746 I declare and say:

1. My name is *Charles Graffe*, and I live at *7 Warren Road, Saugus, ma*

   approximately *1/2* miles from the Wheelabrator Saugus waste-to-energy facility.

   I (own) / rent my home and have lived at this address for about *6* years.

2. I do not ever notice noxious odors at my home.

3. I do not ever notice unusual or unnatural amounts of dust or ash on my property.

4. I enjoy numerous activities outside at my property, and neither odors, dust nor ash has

   affected my outdoor activities in any way.

5. I do not think odors, dust or ash have affected my property value.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed on: *6/11/2022*           Signed *[signature]*

***I understand and agree that: (1) I am signing this voluntarily and I will not suffer any consequence if I decide not to sign it; (2) I have been informed that there is a proposed class action alleging that Wheelabrator has emitted noxious odors and dust and that I may be a member of the proposed class; (3) I am providing this to Wheelabrator and its attorneys who do not represent me and who may use it to defend against the proposed class action; and (4) before signing, I was informed that I have the right to contact plaintiff's counsel in the pending lawsuit, Liddle Sheets Coulson P.C.***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

BRENDA SWEETLAND, on behalf of          )
herself and all others similarly situated,   )
                                        )
                        Plaintiff,       )          Civil Action No. 1:21-cv-10759-LTS
                                        )
vs.                                      )
                                        )
WHEELABRATOR SAUGUS, INC.,              )
                                        )
                        Defendant.       )

## DECLARATION

Pursuant to 28 U.S.C. § 1746 I declare and say:

1. My name is _Stephanie Fernandez_ and I live at _4 milan Avenue, Saugus, ma 01906_

   approximately _3/4_ miles from the Wheelabrator Saugus waste-to-energy facility.

   I (own) / rent my home and have lived at this address for about _10_ years.

2. I do not ever notice noxious odors at my home.

3. I do not ever notice unusual or unnatural amounts of dust or ash on my property.

4. I enjoy numerous activities outside at my property, and neither odors, dust nor ash has

   affected my outdoor activities in any way.

5. I do not think odors, dust or ash have affected my property value.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _June 12, 2022_          Signed: _Stephanie Fernandez_

***I understand and agree that: (1) I am signing this voluntarily and I will not suffer any
consequence if I decide not to sign it; (2) I have been informed that there is a proposed class action
alleging that Wheelabrator has emitted noxious odors and dust and that I may be a member of the
proposed class; (3) I am providing this to Wheelabrator and its attorneys who do not represent me
and who may use it to defend against the proposed class action; and (4) before signing, I was
informed that I have the right to contact plaintiff's counsel in the pending lawsuit, Liddle Sheets
Coulson P.C.***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

BRENDA SWEETLAND, on behalf of                )
herself and all others similarly situated,    )
                                               )
                      Plaintiff,               )        Civil Action No. 1:21-cv-10759-LTS
                                               )
vs.                                            )
                                               )
WHEELABRATOR SAUGUS, INC.,                     )
                                               )
                      Defendant.               )

## <u>DECLARATION</u>

Pursuant to 28 U.S.C. § 1746 I declare and say:

1. My name is _Sara Cogliano_, and I live at _310 Lincoln Ave, Saugus_

   approximately _1_ miles from the Wheelabrator Saugus waste-to-energy facility.

   I _own_ / rent my home and have lived at this address for about _83_ years.

2. I do not ever notice noxious odors at my home.

3. I do not ever notice unusual or unnatural amounts of dust or ash on my property.

4. I enjoy numerous activities outside at my property, and neither odors, dust nor ash has

   affected my outdoor activities in any way.

5. I do not think odors, dust or ash have affected my property value.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _6/11/22_                          Signed: _[signature]_

***I understand and agree that: (1) I am signing this voluntarily and I will not suffer any
consequence if I decide not to sign it; (2) I have been informed that there is a proposed class action
alleging that Wheelabrator has emitted noxious odors and dust and that I may be a member of the
proposed class; (3) I am providing this to Wheelabrator and its attorneys who do not represent me
and who may use it to defend against the proposed class action; and (4) before signing, I was
informed that I have the right to contact plaintiff's counsel in the pending lawsuit, Liddle Sheets
Coulson P.C.***

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

BRENDA SWEETLAND, on behalf of        )
herself and all others similarly situated,   )
                                      )
                Plaintiff,            )        Civil Action No. 1:21-cv-10759-LTS
                                      )
vs.                                   )
                                      )
WHEELABRATOR SAUGUS, INC.,            )
                                      )
                Defendant.            )

**DECLARATION**

Pursuant to 28 U.S.C. § 1746 I declare and say:

1. My name is _Robert Catineara_ and I live at _151 Fairmont Ave, Saugus, Ma 01906_,

   approximately _1_ miles from the Wheelabrator Saugus waste-to-energy facility.

   I _own_ / rent  my home and have lived at this address for about _14_ years.

2. I do not ever notice noxious odors at my home.

3. I do not ever notice unusual or unnatural amounts of dust or ash on my property.

4. I enjoy numerous activities outside at my property, and neither odors, dust nor ash has

   affected my outdoor activities in any way.

5. I do not think odors, dust or ash have affected my property value.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _6-12-22_        Signed: _Robert Catineara_

***I understand and agree that: (1) I am signing this voluntarily and I will not suffer any
consequence if I decide not to sign it; (2) I have been informed that there is a proposed class action
alleging that Wheelabrator has emitted noxious odors and dust and that I may be a member of the
proposed class; (3) I am providing this to Wheelabrator and its attorneys who do not represent me
and who may use it to defend against the proposed class action; and (4) before signing, I was
informed that I have the right to contact plaintiff's counsel in the pending lawsuit, Liddle Sheets
Coulson P.C.***

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

BRENDA SWEETLAND, on behalf of )
herself and all others similarly situated, )
                                         )
              Plaintiff, )          Civil Action No. 1:21-cv-10759-LTS
                                         )
vs.                                      )
                                         )
WHEELABRATOR SAUGUS, INC., )
                                         )
              Defendant. )

## DECLARATION

Pursuant to 28 U.S.C. §1746 I declare and say:

1. My name is John Copper and I live at 44 Bristow Street Saugus approximately 1/2 miles from the Wheelabrator Saugus waste-to-energy facility. I own / rent my home and have lived at this address for about 18 years.

2. I do not ever notice noxious odors at my home.

3. I do not ever notice unusual or unnatural amounts of dust or ash on my property.

4. I enjoy numerous activities outside at my property, and neither odors, dust nor ash has affected my outdoor activities in any way.

5. I do not think odors, dust or ash have affected my property value.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 19, 2022          Signed: _____

***I understand and agree that: (1) I am signing this voluntarily and I will not suffer any consequence if I decide not to sign it; (2) I have been informed that there is a proposed class action alleging that Wheelabrator has emitted noxious odors and dust and that I may be a member of the proposed class; (3) I am providing this to Wheelabrator and its attorneys who do not represent me and who may use it to defend against the proposed class action; and (4) before signing, I was informed that I have the right to contact plaintiff's counsel in the pending lawsuit, Liddle Sheets Coulson P.C.***

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

BRENDA SWEETLAND, on behalf of　　　）
herself and all others similarly situated,　　）
　　　　　　　　　　　　　　　　　　）
　　　　　　　　　　　Plaintiff,　　　）　　　Civil Action No. 1:21-cv-10759-LTS
　　　　　　　　　　　　　　　　　　）
vs.　　　　　　　　　　　　　　　　）
　　　　　　　　　　　　　　　　　　）
WHEELABRATOR SAUGUS, INC.,　　　）
　　　　　　　　　　　　　　　　　　）
　　　　　　　　　　　Defendant.　　）

## DECLARATION

Pursuant to 28 U.S.C. § 1746 I declare and say:

1.　My name is _Lou Spadafora_, and I live at _23 Mountain Av_, approximately _1 ½_ miles from the Wheelabrator Saugus waste-to-energy facility.

　　I __own / rent__ my home and have lived at this address for about _20_ years.

2.　I do not ever notice noxious odors at my home.

3.　I do not ever notice unusual or unnatural amounts of dust or ash on my property.

4.　I enjoy numerous activities outside at my property, and neither odors, dust nor ash has

　　affected my outdoor activities in any way.

5.　I do not think odors, dust or ash have affected my property value.

6.　I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _1/2/22_　　　　　　　　Signed: _Louis Spadafora_

***I understand and agree that: (1) I am signing this voluntarily and I will not suffer any consequence if I decide not to sign it; (2) I have been informed that there is a proposed class action alleging that Wheelabrator has emitted noxious odors and dust and that I may be a member of the proposed class; (3) I am providing this to Wheelabrator and its attorneys who do not represent me and who may use it to defend against the proposed class action; and (4) before signing, I was informed that I have the right to contact plaintiff's counsel in the pending lawsuit, Liddle Sheets Coulson P.C.***

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

BRENDA SWEETLAND, on behalf of )
herself and all others similarly situated, )
                           )
                 Plaintiff, )     Civil Action No. 1:21-cv-10759-LTS
                           )
vs.                         )
                           )
WHEELABRATOR SAUGUS, INC.,     )
                           )
               Defendant. )

## <u>DECLARATION</u>

Pursuant to 28 U.S.C. § 1746 I declare and say:

1. My name is _____, and I live at _____,

   approximately ____ miles from the Wheelabrator Saugus waste-to-energy facility.

   I __ own / rent __ my home and have lived at this address for about ____ years.

2. I do not ever notice noxious odors at my home.

3. I do not ever notice unusual or unnatural amounts of dust or ash on my property.

4. I enjoy numerous activities outside at my property, and neither odors, dust nor ash has

   affected my outdoor activities in any way.

5. I do not think odors, dust or ash have affected my property value.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _7/2/22_         Signed: _____

\*\*\*I understand and agree that: (1) I am signing this voluntarily and I will not suffer any consequence if I decide not to sign it; (2) I have been informed that there is a proposed class action alleging that Wheelabrator has emitted noxious odors and dust and that I may be a member of the proposed class; (3) I am providing this to Wheelabrator and its attorneys who do not represent me and who may use it to defend against the proposed class action; and (4) before signing, I was informed that I have the right to contact plaintiff's counsel in the pending lawsuit, Liddle Sheets Coulson P.C.\*\*\*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

BRENDA SWEETLAND, on behalf of          )
herself and all others similarly situated,    )
                                                              )
                              Plaintiff,            )          Civil Action No. 1:21-cv-10759-LTS
                                                              )
vs.                                                          )
                                                              )
WHEELABRATOR SAUGUS, INC.,           )
                                                              )
                              Defendant.          )

## DECLARATION

Pursuant to 28 U.S.C. § 1746 I declare and say:

1.  My name is _Jeff Paolini_ , and I live at _17 Wickford ST, Saugus, MA_ , approximately _1.0_ miles from the Wheelabrator Saugus waste-to-energy facility. I ___own / (rent)___ my home and have lived at this address for about _11_ years.

2.  I do not ever notice noxious odors at my home.

3.  I do not ever notice unusual or unnatural amounts of dust or ash on my property.

4.  I enjoy numerous activities outside at my property, and neither odors, dust nor ash has affected my outdoor activities in any way.

5.  I do not think odors, dust or ash have affected my property value.

6.  I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _6/11/2022_ _eff Paolini_          Signed: _____

\*\*\*I understand and agree that: (1) I am signing this voluntarily and I will not suffer any consequence if I decide not to sign it; (2) I have been informed that there is a proposed class action alleging that Wheelabrator has emitted noxious odors and dust and that I may be a member of the proposed class; (3) I am providing this to Wheelabrator and its attorneys who do not represent me and who may use it to defend against the proposed class action; and (4) before signing, I was informed that I have the right to contact plaintiff's counsel in the pending lawsuit, Liddle Sheets Coulson P.C.\*\*\*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

BRENDA SWEETLAND, on behalf of )
herself and all others similarly situated, )
                                          )
                    Plaintiff,            )          Civil Action No. 1:21-cv-10759-LTS
                                          )
vs.                                       )
                                          )
WHEELABRATOR SAUGUS, INC.,                )
                                          )
                    Defendant.            )

## DECLARATION

Pursuant to 28 U.S.C. § 1746 I declare and say:

1. My name is _Richard Shaw_, and I live at _326 Cove Rd_.

   approximately ___1/2___ miles from the Wheelabrator Saugus waste-to-energy facility.

   I ___own___ /rent/ my home and have lived at this address for about _20_ years.

2. I do not ever notice noxious odors at my home.

3. I do not ever notice unusual or unnatural amounts of dust or ash on my property.

4. I enjoy numerous activities outside at my property, and neither odors, dust nor ash has

   affected my outdoor activities in any way.

5. I do not think odors, dust or ash have affected my property value.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed on: ___7/2/22___          Signed: _____

\*\*\*I understand and agree that: (1) I am signing this voluntarily and I will not suffer any
consequence if I decide not to sign it; (2) I have been informed that there is a proposed class action
alleging that Wheelabrator has emitted noxious odors and dust and that I may be a member of the
proposed class; (3) I am providing this to Wheelabrator and its attorneys who do not represent me
and who may use it to defend against the proposed class action; and (4) before signing, I was
informed that I have the right to contact plaintiff's counsel in the pending lawsuit, Liddle Sheets
Coulson P.C.\*\*\*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| BRENDA SWEETLAND, on behalf of<br>herself and all others similarly situated, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:21-cv-10759-LTS |
| | ) | |
| vs. | ) | |
| | ) | |
| WHEELABRATOR SAUGUS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## DECLARATION

Pursuant to 28 U.S.C. § 1746 I declare and say:

1. My name is _Kathy Weishau_ and I live at _34 Bristow St_,
   _Saugus_
   approximately _4 2_ miles from the Wheelabrator Saugus waste-to-energy facility.
   I (own) rent my home and have lived at this address for about _3 6_ years.

2. I do not ever notice noxious odors at my home.

3. I do not ever notice unusual or unnatural amounts of dust or ash on my property.

4. I enjoy numerous activities outside at my property, and neither odors, dust nor ash has
   affected my outdoor activities in any way.

5. I do not think odors, dust or ash have affected my property value.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _6/11/22_          Signed: _Kathy Weishau_

***I understand and agree that: (1) I am signing this voluntarily and I will not suffer any
consequence if I decide not to sign it; (2) I have been informed that there is a proposed class action
alleging that Wheelabrator has emitted noxious odors and dust and that I may be a member of the
proposed class; (3) I am providing this to Wheelabrator and its attorneys who do not represent me
and who may use it to defend against the proposed class action; and (4) before signing, I was
informed that I have the right to contact plaintiff's counsel in the pending lawsuit, Liddle Sheets
Coulson P.C.***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

BRENDA SWEETLAND, on behalf of )
herself and all others similarly situated, )
)
Plaintiff, )      Civil Action No. 1:21-cv-10759-LTS
)
vs. )
)
WHEELABRATOR SAUGUS. INC., )
)
Defendant. )

## DECLARATION

Pursuant to 28 U.S.C. § 1746 I declare and say:

1. My name is _Richard Nuzzo_. and I live at _12 Spring Way, Saugus, Ma_
approximately ___9___ miles from the Wheelabrator Saugus waste-to-energy facility.
I __own_/_rent__ my home and have lived at this address for about ___11___ years.

2. I do not ever notice noxious odors at my home.

3. I do not ever notice unusual or unnatural amounts of dust or ash on my property.

4. I enjoy numerous activities outside at my property. and neither odors. dust nor ash has
affected my outdoor activities in any way.

5. I do not think odors. dust or ash have affected my property value.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _Richard Nuzzo_      Signed: _June 30 2022_

***I understand and agree that: (1) I am signing this voluntarily and I will not suffer any
consequence if I decide not to sign it; (2) I have been informed that there is a proposed class action
alleging that Wheelabrator has emitted noxious odors and dust and that I may be a member of the
proposed class; (3) I am providing this to Wheelabrator and its attorneys who do not represent me
and who may use it to defend against the proposed class action; and (4) before signing. I was
informed that I have the right to contact plaintiff's counsel in the pending lawsuit, Liddle Sheets
Coulson P.C.***

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

BRENDA SWEETLAND, on behalf of　　　)
herself and all others similarly situated,　　)
　　　　　　　　　　　　　　　　　)
　　　　　　　　　Plaintiff,　　　　　)　　Civil Action No. 1:21-cv-10759-LTS
　　　　　　　　　　　　　　　　　)
vs.　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
WHEELABRATOR SAUGUS, INC.,　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　　　　Defendant.　　　　　)

## DECLARATION

Pursuant to 28 U.S.C. § 1746 I declare and say:

1. My name is _Anthony Nuzo_ , and I live at _14 Serino Way  Saugus MA_ approximately _6_ miles from the Wheelabrator Saugus waste-to-energy facility.

   I _own_ / rent  my home and have lived at this address for about _9_ years.

2. I do not ever notice noxious odors at my home.

3. I do not ever notice unusual or unnatural amounts of dust or ash on my property.

4. I enjoy numerous activities outside at my property, and neither odors, dust nor ash has affected my outdoor activities in any way.

5. I do not think odors, dust or ash have affected my property value.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _July 2, 2022_ 　　　　　Signed: _[signature]_

***I understand and agree that: (1) I am signing this voluntarily and I will not suffer any consequence if I decide not to sign it; (2) I have been informed that there is a proposed class action alleging that Wheelabrator has emitted noxious odors and dust and that I may be a member of the proposed class; (3) I am providing this to Wheelabrator and its attorneys who do not represent me and who may use it to defend against the proposed class action; and (4) before signing, I was informed that I have the right to contact plaintiff's counsel in the pending lawsuit, Liddle Sheets Coulson P.C.***

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

BRENDA SWEETLAND, on behalf of   )
herself and all others similarly situated,  )
                        )
          Plaintiff,     )     Civil Action No. 1:21-cv-10759-LTS
                        )
vs.                     )
                        )
WHEELABRATOR SAUGUS, INC.,    )
                        )
          Defendant.   )

## DECLARATION

Pursuant to 28 U.S.C. § 1746 I declare and say:

1. My name is _Bar Bara Nathan_, and I live at _27 Carr Rags Saugus, ma 01906_ approximately _1/2_ miles from the Wheelabrator Saugus waste-to-energy facility. I _own_ / rent my home and have lived at this address for about _40_ years.

2. I do not ever notice noxious odors at my home.

3. I do not ever notice unusual or unnatural amounts of dust or ash on my property.

4. I enjoy numerous activities outside at my property, and neither odors, dust nor ash has affected my outdoor activities in any way.

5. I do not think odors, dust or ash have affected my property value.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _June 10, 2022_     Signe _27 Carr Rags 01906_

***I understand and agree that: (1) I am signing this voluntarily and I will not suffer any consequence if I decide not to sign it; (2) I have been informed that there is a proposed class action alleging that Wheelabrator has emitted noxious odors and dust and that I may be a member of the proposed class; (3) I am providing this to Wheelabrator and its attorneys who do not represent me and who may use it to defend against the proposed class action; and (4) before signing, I was informed that I have the right to contact plaintiff's counsel in the pending lawsuit, Liddle Sheets Coulson P.C.***

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

BRENDA SWEETLAND, on behalf of    )
herself and all others similarly situated,    )
   )
               Plaintiff,    )     Civil Action No. 1:21-cv-10759-LTS
   )
vs.    )
   )
WHEELABRATOR SAUGUS, INC.,    )
   )
               Defendant.    )

## DECLARATION

Pursuant to 28 U.S.C. § 1746 I declare and say:

1.  My name is **KriSTEN JOHNSON**, and I live at **4 MILAN AVE SAUGUS** approximately **.5 ½** miles from the Wheelabrator Saugus waste-to-energy facility. I **(own)** / rent my home and have lived at this address for about **17** years.

2.  I do not ever notice noxious odors at my home.

3.  I do not ever notice unusual or unnatural amounts of dust or ash on my property.

4.  I enjoy numerous activities outside at my property, and neither odors, dust nor ash has affected my outdoor activities in any way.

5.  I do not think odors, dust or ash have affected my property value.

6.  I declare under penalty of perjury that the foregoing is true and correct.

Executed on: **7 - 1 - 22**     Signed: _____

***I understand and agree that: (1) I am signing this voluntarily and I will not suffer any consequence if I decide not to sign it; (2) I have been informed that there is a proposed class action alleging that Wheelabrator has emitted noxious odors and dust and that I may be a member of the proposed class; (3) I am providing this to Wheelabrator and its attorneys who do not represent me and who may use it to defend against the proposed class action; and (4) before signing, I was informed that I have the right to contact plaintiff's counsel in the pending lawsuit, Liddle Sheets Coulson P.C.***

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

BRENDA SWEETLAND, on behalf of )
herself and all others similarly situated, )
                                    )
            Plaintiff, )       Civil Action No. 1:21-cv-10759-LTS
                                    )
vs. )
                                      )
WHEELABRATOR SAUGUS, INC., )
                                      )
           Defendant. )

## DECLARATION

Pursuant to 28 U.S.C. § 1746 I declare and say:

1. My name is _Elizabeth Marchese_ and I live at _34 School St Saugus_, approximately __2__ miles from the Wheelabrator Saugus waste-to-energy facility. I (own) / rent my home and have lived at this address for about __21__ years.

2. I do not ever notice noxious odors at my home.

3. I do not ever notice unusual or unnatural amounts of dust or ash on my property.

4. I enjoy numerous activities outside at my property, and neither odors, dust nor ash has affected my outdoor activities in any way.

5. I do not think odors, dust or ash have affected my property value.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _June 15th_         Signed: _Elizabeth Marchese_

***I understand and agree that: (1) I am signing this voluntarily and I will not suffer any consequence if I decide not to sign it; (2) I have been informed that there is a proposed class action alleging that Wheelabrator has emitted noxious odors and dust and that I may be a member of the proposed class; (3) I am providing this to Wheelabrator and its attorneys who do not represent me and who may use it to defend against the proposed class action; and (4) before signing, I was informed that I have the right to contact plaintiff's counsel in the pending lawsuit, Liddle Sheets Coulson P.C.***

# Exhibit 2

# Email from Defense Counsel Re: Opposition to Declarant Depositions

| | |
|---|---|
| **From:** | Laura Sheets |
| **To:** | Reed Solt |
| **Subject:** | FW: Sweetland v Wheelabrator Case No. 21-cv-10759-LTS |
| **Date:** | Wednesday, October 5, 2022 1:38:49 PM |
| **Attachments:** | image001.png |

**From:** Oetheimer, Richard A <ROetheimer@goodwinlaw.com>
**Sent:** Wednesday, July 20, 2022 5:59 PM
**To:** Laura Sheets <LSheets@lsccounsel.com>; Albert Asciutto <AAsciutto@lsccounsel.com>
**Cc:** Evans, William <WEvans@goodwinlaw.com>; Perez-Sparks, Sierra <SPerezSparks@goodwinlaw.com>
**Subject:** RE: Sweetland v Wheelabrator Case No. 21-cv-10759-LTS

Counsel,

Defendant's position is that plaintiff's proposed subpoenas for fact witness  depositions on August 15, 2022, after the July 22 close of class certification fact discovery, are out of time under the Court's September 2, 2021 Scheduling Order, and you will be in violation of the Court's Order if you serve the subpoenas without first obtaining relief. It can be raised with Judge Sorokin at the July 26 Conference.

**Richard A. Oetheimer**



Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210
o  +1 617 570 1259
f  +1 617 801 8747
ROetheimer@goodwinlaw.com | goodwinlaw.com

**From:** Bethany Favaro <bfavaro@lsccounsel.com>
**Sent:** Wednesday, July 20, 2022 4:59 PM
**To:** Oetheimer, Richard A <ROetheimer@goodwinlaw.com>; Evans, William <WEvans@goodwinlaw.com>; Perez-Sparks, Sierra <SPerezSparks@goodwinlaw.com>
**Cc:** Albert Asciutto <AAsciutto@lsccounsel.com>; Laura Sheets <LSheets@lsccounsel.com>
**Subject:** Sweetland v Wheelabrator Case No. 21-cv-10759-LTS

***EXTERNAL***
Good afternoon,

Attached please find Plaintiff's Notice of Intent to Serve Subpoenas which we mailed today.

Thank you,

Bethany Favaro | Paralegal
**Liddle Sheets Coulson P.C.**
975 E. Jefferson Avenue, Detroit, MI 48207
Tel: 313 392 0015 | Fax 313 392 0025

CONFIDENTIALITY NOTE: This message is from a law firm. It is intended solely for the use of its intended recipient(s) and might contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. If you are not the intended recipient, any distribution or copying of this message (including any attachments) is strictly prohibited. If you are not the intended recipient, please delete it (including any attachments) from your system without copying or forwarding it, and notify the sender of the error by reply e-mail.

*********************************************************************
This message was sent from Goodwin Procter LLP and is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.
*********************************************************************

# Exhibit 3

# Laura L. Sheets Affidavit

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

BRENDA SWEETLAND, on behalf of
herself and all others similarly situated,

       Plaintiff

v

WHEELABRATOR SAUGUS, INC.,

       Defendant

Civil Action No. 21-cv-10759-LTS

---

## <u>DECLARATION OF LAURA L. SHEETS</u>

I, Laura L. Sheets, do hereby declare as follows:

1.      I am an attorney and partner at the law firm of Liddle Sheets Coulson P.C. My firm was retained by Plaintiff Brenda Sweetland to represent her, on behalf of herself and all others similarly situated in this matter, against Wheelabrator Inc. ("Defendant") relating to claims arising from Defendant's repeated, widespread nuisance odor emissions into neighboring properties in Saugus, Massachusetts.

2.      For the purposes of this matter, I have associated with William P. Doyle of Colonna & Doyle to represent Plaintiff and the Class in this matter.

3.      I make these statements based on personal knowledge and in support of Plaintiff's Motion to Reopen Discovery.

4.      Prior to the close of discovery, Defendant obtained and disclosed 39 Declarations from Saugus citizens on July 13 and 19 in which the Declarants swear under penalty of perjury that they "do not ever notice noxious odors" or "unusual or unnatural amounts of dust or ash" on

1

their properties. Residents also declared that they "enjoy numerous activities outside" and that they do not think that "odors, dust, or ash" have in any way affected their property values.

5.      On July 20, Plaintiff served Defendant with Notices of Intent to Serve Subpoenas to depose four (4) Declarants on August 15. Defendant objected to the Subpoenas arguing that, because they would not occur until after the close of discovery, the depositions would be untimely.

6.      At a previously scheduled Status Conference on July 26th, this Court heard the parties' positions on the issue and ruled that the depositions of the four declarants could move forward on Monday, August 15th.

7.      On August 12, I received a telephone call from defense counsel, Richard Oetheimer, indicating that he had been informed that some or all of the Declarations had been illegally forged and did not contain authentic signatures or information from the purported signer.

8.      Mr. Oetheimer stated that he did now know and could not provide additional details about who had procured the illegals forged declarations or how many of the Declarations had been forged.

9.      In the same August 12 telephone call, Mr. Oetheimer indicated that he did not believe that the four deponents would appear for their August 15 depositions and requested an adjournment. I denied this request, as I was interested in determining if those who had received the subpoenas had in fact signed the Declarations purporting to bear their signatures. I additionally wished to ascertain through these depositions who had procured the Declarations and other details as well.

10.      None of the subpoenaed individuals appeared for their August 15 depositions, and at no point since the August 12th telephone call has Mr. Oetheimer provided any additional details

about the declarations, including who procured them and/or how many featured illegally forged signatures.

11.      I declare under penalty of perjury that the foregoing is true and correct.

Executed this 5th Day of October 2022 in Detroit, Michigan.

Dated October 5, 2022

*/s/ Laura L. Sheets*

Laura L. Sheets

# Exhibit 4

# Email From Defense Counsel Re: August 31 Production

**Reed Solt**

---

**From:**          Laura Sheets
**Sent:**          Tuesday, October 4, 2022 1:29 PM
**To:**            Reed Solt
**Subject:**       FW: Sweetland v. Wheelabrator Saugus, Inc.
**Attachments:**   Saugus Resident Declarations.zip

---

**From:** Oetheimer, Richard A <ROetheimer@goodwinlaw.com>
**Sent:** Tuesday, August 30, 2022 4:15 PM
**To:** Laura Sheets <LSheets@lsccounsel.com>; Matt Robb <MRobb@lsccounsel.com>
**Cc:** Breitling, Amy <ABreitling@goodwinlaw.com>
**Subject:** Sweetland v. Wheelabrator Saugus, Inc.


Laura and Matt,

Attached are 19 Declarations signed by Saugus residents previously identified in WSI's Rule 26 Supplemental Disclosures
served on July 12, 2022.

Saugus residents Joseph Dennis Gould, Karlin Moore and Anthony Cogliano and all 17 Revere Declarants signed the
Declarations provided on July 12.


**Richard A. Oetheimer**



Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210
o  +1 617 570 1259
f  +1 617 801 8747
ROetheimer@goodwinlaw.com | goodwinlaw.com

*******************************************************************
This message was sent from Goodwin Procter LLP and is intended only for the designated recipient(s). It may contain
confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality
protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive
this in error, please notify the sender by reply e-mail and delete this message. Thank you.
*******************************************************************

# Exhibit 5

# 19 Corrected Declarations

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

BRENDA SWEETLAND, on behalf of )
herself and all others similarly situated, )
)
Plaintiff, )        Civil Action No. 1:21-cv-10759-LTS
)
vs. )
)
WHEELABRATOR SAUGUS, INC., )
)
Defendant. )

## DECLARATION

Pursuant to 28 U.S.C. § 1746 I declare and say:

1. My name is *Sara Cogliano* , and I live at *310 Lincoln Ave Saugus*

    approximately _____ miles from the Wheelabrator Saugus waste-to-energy facility.

    I ⟨own⟩ rent my home and have lived at this address for about *50* years.

2. I do not ever notice noxious odors at my home.

3. I do not ever notice unusual or unnatural amounts of dust or ash on my property.

4. I enjoy numerous activities outside at my property, and neither odors, dust nor ash has

    affected my outdoor activities in any way.

5. I do not think odors, dust or ash have affected my property value.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed on: *8/22/22*                     Signed: *Sara Cogliano*

\*\*\*I understand and agree that: (1) I am signing this voluntarily and I will not suffer any consequence if I decide not to sign it; (2) I have been informed that there is a proposed class action alleging that Wheelabrator has emitted noxious odors and dust and that I may be a member of the proposed class; (3) I am providing this to Wheelabrator and its attorneys who do not represent me and who may use it to defend against the proposed class action; and (4) before signing, I was informed that I have the right to contact plaintiff's counsel in the pending lawsuit, Liddle Sheets Coulson P.C.\*\*\*

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

BRENDA SWEETLAND, on behalf of          )
herself and all others similarly situated,   )
                                        )
            Plaintiff,                  )          Civil Action No. 1:21-cv-10759-LTS
                                        )
vs.                                     )
                                        )
WHEELABRATOR SAUGUS, INC.,              )
                                        )
            Defendant.                  )

## DECLARATION

Pursuant to 28 U.S.C. § 1746, I declare and say:

1. My name is _Anthony Virra_ , and I live at _14 Jaime Way_ ,

   approximately _1/2_ miles from the Wheelabrator Saugus waste-to-energy facility.

   I ( own ) / rent my home and have lived at this address for about _30_ years.

2. I do not ever notice noxious odors at my home.

3. I do not ever notice unusual or unnatural amounts of dust or ash on my property.

4. I enjoy numerous activities outside at my property, and neither odors, dust nor ash has

   affected my outdoor activities in any way.

5. I do not think odors, dust or ash have affected my property value.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _1-29-22_                Signed: _____

***I understand and agree that: (1) I am signing this voluntarily and I will not suffer any
consequence if I decide not to sign it; (2) I have been informed that there is a proposed class action
alleging that Wheelabrator has emitted noxious odors and dust and that I may be a member of the
proposed class; (3) I am providing this to Wheelabrator and its attorneys who do not represent me
and who may use it to defend against the proposed class action; and (4) before signing, I was
informed that I have the right to contact plaintiff's counsel in the pending lawsuit, Liddle Sheets
Coulson P.C.***

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

BRENDA SWEETLAND, on behalf of )
herself and all others similarly situated, )
)
               Plaintiff, )
)
vs. )
)
WHEELABRATOR SAUGUS, INC., )
)
               Defendant. )

Civil Action No. 1:21-cv-10759-LTS

## DECLARATION

Pursuant to 28 U.S.C. § 1746 I declare and say:

1. My name is _Steve Anderson_, and I live at _2 Wilson Rd Saugus_ approximately __1__ miles from the Wheelabrator Saugus waste-to-energy facility. I _own_ / rent my home and have lived at this address for about __16__ years.

2. I do not ever notice noxious odors at my home.

3. I do not ever notice unusual or unnatural amounts of dust or ash on my property.

4. I enjoy numerous activities outside at my property, and neither odors, dust nor ash has affected my outdoor activities in any way.

5. I do not think odors, dust or ash have affected my property value.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _8/22/22_        Signed: _____

***I understand and agree that: (1) I am signing this voluntarily and I will not suffer any consequence if I decide not to sign it; (2) I have been informed that there is a proposed class action alleging that Wheelabrator has emitted noxious odors and dust and that I may be a member of the proposed class; (3) I am providing this to Wheelabrator and its attorneys who do not represent me and who may use it to defend against the proposed class action; and (4) before signing, I was informed that I have the right to contact plaintiff's counsel in the pending lawsuit, Liddle Sheets Coulson P.C.***

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

BRENDA SWEETLAND, on behalf of          )
herself and all others similarly situated,   )
                                                          )
                            Plaintiff,              )        Civil Action No. 1:21-cv-10759-LTS
                                                          )
vs.                                                    )
                                                          )
WHEELABRATOR SAUGUS, INC.,         )
                                                          )
                            Defendant.            )

## DECLARATION

Pursuant to 28 U.S.C. § 1746 I declare and say:

1.  My name is _Michael Snead_ and I live at ___726 Carr Rd. Saugus MA___

    approximately _____ miles from the Wheelabrator Saugus waste-to-energy facility.

    I _own_ /rent/ my home and have lived at this address for about _20_ years.

2.  I do not ever notice noxious odors at my home.

3.  I do not ever notice unusual or unnatural amounts of dust or ash on my property.

4.  I enjoy numerous activities outside at my property, and neither odors, dust nor ash has

    affected my outdoor activities in any way.

5.  I do not think odors, dust or ash have affected my property value.

6.  I declare under penalty of perjury that the foregoing is true and correct.

Executed on: ___5/22/22___          Signed: _____

***I understand and agree that: (1) I am signing this voluntarily and I will not suffer any
consequence if I decide not to sign it; (2) I have been informed that there is a proposed class action
alleging that Wheelabrator has emitted noxious odors and dust and that I may be a member of the
proposed class; (3) I am providing this to Wheelabrator and its attorneys who do not represent me
and who may use it to defend against the proposed class action; and (4) before signing, I was
informed that I have the right to contact plaintiff's counsel in the pending lawsuit, Liddle Sheets
Coulson P.C.***

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

BRENDA SWEETLAND, on behalf of )
herself and all others similarly situated, )
)
          Plaintiff, )     Civil Action No. 1:21-cv-10759-LTS
)
vs. )
)
WHEELABRATOR SAUGUS, INC., )
)
          Defendant. )

## DECLARATION

Pursuant to 28 U.S.C. § 1746 I declare and say:

1. My name is _____, and I live at _____ approximately __1½__ miles from the Wheelabrator Saugus waste-to-energy facility. I _(own)_ / rent my home and have lived at this address for about _20_ years.

2. I do not ever notice noxious odors at my home.

3. I do not ever notice unusual or unnatural amounts of dust or ash on my property.

4. I enjoy numerous activities outside at my property, and neither odors, dust nor ash has affected my outdoor activities in any way.

5. I do not think odors, dust or ash have affected my property value.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed on: ___8/22/21___     Signed: _____

***I understand and agree that: (1) I am signing this voluntarily and I will not suffer any consequence if I decide not to sign it; (2) I have been informed that there is a proposed class action alleging that Wheelabrator has emitted noxious odors and dust and that I may be a member of the proposed class; (3) I am providing this to Wheelabrator and its attorneys who do not represent me and who may use it to defend against the proposed class action; and (4) before signing, I was informed that I have the right to contact plaintiff's counsel in the pending lawsuit, Liddle Sheets Coulson P.C.***

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

BRENDA SWEETLAND, on behalf of )
herself and all others similarly situated, )
 )
Plaintiff, )          Civil Action No. 1:21-cv-10759-LTS
 )
vs. )
 )
WHEELABRATOR SAUGUS, INC., )
 )
Defendant. )

## DECLARATION

Pursuant to 28 U.S.C. § 1746 I declare and say:

1. My name is _Stephen Bayle_, and I live at _18 Spring My Saug_ approximately _____ miles from the Wheelabrator Saugus waste-to-energy facility. I (own) / rent my home and have lived at this address for about _24_ years.

2. I do not ever notice noxious odors at my home.

3. I do not ever notice unusual or unnatural amounts of dust or ash on my property.

4. I enjoy numerous activities outside at my property, and neither odors, dust nor ash has affected my outdoor activities in any way.

5. I do not think odors, dust or ash have affected my property value.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _5/22/22_              Signed: _Stephen Bayle_

\*\*\*I understand and agree that: (1) I am signing this voluntarily and I will not suffer any consequence if I decide not to sign it; (2) I have been informed that there is a proposed class action alleging that Wheelabrator has emitted noxious odors and dust and that I may be a member of the proposed class; (3) I am providing this to Wheelabrator and its attorneys who do not represent me and who may use it to defend against the proposed class action; and (4) before signing, I was informed that I have the right to contact plaintiff's counsel in the pending lawsuit, Liddle Sheets Coulson P.C.\*\*\*

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

BRENDA SWEETLAND, on behalf of )
herself and all others similarly situated, )
)
Plaintiff, )          Civil Action No. 1:21-cv-10759-LTS
)
vs. )
)
WHEELABRATOR SAUGUS, INC., )
)
Defendant. )
)

## DECLARATION

Pursuant to 28 U.S.C. § 1746 I declare and say:

1.  My name is _Robert Cannizzo_ and I live at _151 Fairmount Ave Saugus_

    approximately ____/____ miles from the Wheelabrator Saugus waste-to-energy facility.

    I (own) rent my home and have lived at this address for about _17_ years.

2.  I do not ever notice noxious odors at my home.

3.  I do not ever notice unusual or unnatural amounts of dust or ash on my property.

4.  I enjoy numerous activities outside at my property, and neither odors, dust nor ash has

    affected my outdoor activities in any way.

5.  I do not think odors, dust or ash have affected my property value.

6.  I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _8-22-22_          Signed _[signature]_

***I understand and agree that: (1) I am signing this voluntarily and I will not suffer any
consequence if I decide not to sign it; (2) I have been informed that there is a proposed class action
alleging that Wheelabrator has emitted noxious odors and dust and that I may be a member of the
proposed class; (3) I am providing this to Wheelabrator and its attorneys who do not represent me
and who may use it to defend against the proposed class action; and (4) before signing, I was
informed that I have the right to contact plaintiff's counsel in the pending lawsuit, Liddle Sheets
Coulson P.C.***

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

BRENDA SWEETLAND, on behalf of )
herself and all others similarly situated, )
)
             Plaintiff, )    Civil Action No. 1:21-cv-10759-LTS
)
vs. )
)
WHEELABRATOR SAUGUS, INC., )
)
             Defendant. )

## DECLARATION

Pursuant to 28 U.S.C. § 1746 I declare and say:

1. My name is _Tyler Galed_, and I live at _27 Cana Rd., Saugus_, approximately _____ miles from the Wheelabrator Saugus waste-to-energy facility. I ___own___ (~~rent~~) my home and have lived at this address for about _7_ years.

2. I do not ever notice noxious odors at my home.

3. I do not ever notice unusual or unnatural amounts of dust or ash on my property.

4. I enjoy numerous activities outside at my property, and neither odors, dust nor ash has affected my outdoor activities in any way.

5. I do not think odors, dust or ash have affected my property value.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _8/22/22_       Signed: _[signature]_

***I understand and agree that: (1) I am signing this voluntarily and I will not suffer any consequence if I decide not to sign it; (2) I have been informed that there is a proposed class action alleging that Wheelabrator has emitted noxious odors and dust and that I may be a member of the proposed class; (3) I am providing this to Wheelabrator and its attorneys who do not represent me and who may use it to defend against the proposed class action; and (4) before signing, I was informed that I have the right to contact plaintiff's counsel in the pending lawsuit, Liddle Sheets Coulson P.C.***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

BRENDA SWEETLAND, on behalf of )
herself and all others similarly situated, )
                           )
               Plaintiff, )       Civil Action No. 1:21-cv-10759-LTS
                           )
vs. )
                           )
WHEELABRATOR SAUGUS, INC., )
                           )
               Defendant. )

## DECLARATION

Pursuant to 28 U.S.C. § 1746 I declare and say:

1. My name is _Juli Cooper_ , and I live at _44 Dawson St Saugus_

    approximately _1/2_ miles from the Wheelabrator Saugus waste-to-energy facility.

    I _own_ / rent my home and have lived at this address for about _18_ years.

2. I do not ever notice noxious odors at my home.

3. I do not ever notice unusual or unnatural amounts of dust or ash on my property.

4. I enjoy numerous activities outside at my property, and neither odors, dust nor ash has

    affected my outdoor activities in any way.

5. I do not think odors, dust or ash have affected my property value.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _8/22/21_       Signed: _Julin Cooper_

***I understand and agree that: (1) I am signing this voluntarily and I will not suffer any consequence if I decide not to sign it; (2) I have been informed that there is a proposed class action alleging that Wheelabrator has emitted noxious odors and dust and that I may be a member of the proposed class; (3) I am providing this to Wheelabrator and its attorneys who do not represent me and who may use it to defend against the proposed class action; and (4) before signing, I was informed that I have the right to contact plaintiff's counsel in the pending lawsuit, Liddle Sheets Coulson P.C.***

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

BRENDA SWEETLAND, on behalf of )
herself and all others similarly situated, )
           )
           Plaintiff, )      Civil Action No. 1:21-cv-10759-LTS
           )
vs. )
           )
WHEELABRATOR SAUGUS, INC., )
           )
           Defendant. )

## DECLARATION

Pursuant to 28 U.S.C. § 1746 I declare and say:

1.  My name is *Doug Clark*, and I live at *19* , approximately *1/2* miles from the Wheelabrator Saugus waste-to-energy facility. I *own* / rent my home and have lived at this address for about _____ years.

2.  I do not ever notice noxious odors at my home.

3.  I do not ever notice unusual or unnatural amounts of dust or ash on my property.

4.  I enjoy numerous activities outside at my property, and neither odors, dust nor ash has affected my outdoor activities in any way.

5.  I do not think odors, dust or ash have affected my property value.

6.  I declare under penalty of perjury that the foregoing is true and correct.

Executed on: *8/23/22*       Signed: *Doug Clark*

\*\*\*I understand and agree that: (1) I am signing this voluntarily and I will not suffer any consequence if I decide not to sign it; (2) I have been informed that there is a proposed class action alleging that Wheelabrator has emitted noxious odors and dust and that I may be a member of the proposed class; (3) I am providing this to Wheelabrator and its attorneys who do not represent me and who may use it to defend against the proposed class action; and (4) before signing, I was informed that I have the right to contact plaintiff's counsel in the pending lawsuit, Liddle Sheets Coulson P.C.\*\*\*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| BRENDA SWEETLAND, on behalf of<br>herself and all others similarly situated, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:21-cv-10759-LTS |
| | ) | |
| vs. | ) | |
| | ) | |
| WHEELABRATOR SAUGUS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## DECLARATION

Pursuant to 28 U.S.C. § 1746 I declare and say:

1. My name is _Richard Nuzzo_ and I live at _12 Jaime Way Saugus_

   approximately _____ miles from the Wheelabrator Saugus waste-to-energy facility.

   I __own__ / rent__ my home and have lived at this address for about _56_ years.

2. I do not ever notice noxious odors at my home.

3. I do not ever notice unusual or unnatural amounts of dust or ash on my property.

4. I enjoy numerous activities outside at my property, and neither odors, dust nor ash has

   affected my outdoor activities in any way.

5. I do not think odors, dust or ash have affected my property value.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _8/22/22_          Signed: _[signature]_

***I understand and agree that: (1) I am signing this voluntarily and I will not suffer any consequence if I decide not to sign it; (2) I have been informed that there is a proposed class action alleging that Wheelabrator has emitted noxious odors and dust and that I may be a member of the proposed class; (3) I am providing this to Wheelabrator and its attorneys who do not represent me and who may use it to defend against the proposed class action; and (4) before signing, I was informed that I have the right to contact plaintiff's counsel in the pending lawsuit, Liddle Sheets Coulson P.C.***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

BRENDA SWEETLAND, on behalf of          )
herself and all others similarly situated,   )
                                        )
          Plaintiff,                    )      Civil Action No. 1:21-cv-10759-LTS
                                        )
vs.                                     )
                                        )
WHEELABRATOR SAUGUS, INC.,              )
                                        )
          Defendant.                    )

## DECLARATION

Pursuant to 28 U.S.C. § 1746 I declare and say:

1.  My name is _Kathy Vouros_ and I live at _37 Dawson St._

    approximately _____ miles from the Wheelabrator Saugus waste-to-energy facility.

    I _own_ / rent my home and have lived at this address for about _37_ years.

2.  I do not ever notice noxious odors at my home.

3.  I do not ever notice unusual or unnatural amounts of dust or ash on my property.

4.  I enjoy numerous activities outside at my property, and neither odors, dust nor ash has
    affected my outdoor activities in any way.

5.  I do not think odors, dust or ash have affected my property value.

6.  I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _8/22/22_                        Signed: _Kathryn Vouros_

***I understand and agree that: (1) I am signing this voluntarily and I will not suffer any
consequence if I decide not to sign it; (2) I have been informed that there is a proposed class action
alleging that Wheelabrator has emitted noxious odors and dust and that I may be a member of the
proposed class; (3) I am providing this to Wheelabrator and its attorneys who do not represent me
and who may use it to defend against the proposed class action; and (4) before signing, I was
informed that I have the right to contact plaintiff's counsel in the pending lawsuit, Liddle Sheets
Coulson P.C.***

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

BRENDA SWEETLAND, on behalf of )
herself and all others similarly situated, )
)
Plaintiff, )       Civil Action No. 1:21-cv-10759-LTS
)
vs. )
)
WHEELABRATOR SAUGUS, INC., )
)
Defendant. )

## DECLARATION

Pursuant to 28 U.S.C. § 1746 I declare and say:

1. My name is _Jeff Paulin_, and I live at _17 Wichmas St. Lyns_ approximately ___1___ miles from the Wheelabrator Saugus waste-to-energy facility. I __own__ / rent__ my home and have lived at this address for about __11__ years.

2. I do not ever notice noxious odors at my home.

3. I do not ever notice unusual or unnatural amounts of dust or ash on my property.

4. I enjoy numerous activities outside at my property, and neither odors, dust nor ash has affected my outdoor activities in any way.

5. I do not think odors, dust or ash have affected my property value.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed on: __8/22/22__          Signed: __Jeffrey Paulin__

***I understand and agree that: (1) I am signing this voluntarily and I will not suffer any consequence if I decide not to sign it; (2) I have been informed that there is a proposed class action alleging that Wheelabrator has emitted noxious odors and dust and that I may be a member of the proposed class; (3) I am providing this to Wheelabrator and its attorneys who do not represent me and who may use it to defend against the proposed class action; and (4) before signing, I was informed that I have the right to contact plaintiff's counsel in the pending lawsuit, Liddle Sheets Coulson P.C.***

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

BRENDA SWEETLAND, on behalf of       )
herself and all others similarly situated,   )
                                             )
                    Plaintiff,               )      Civil Action No. 1:21-cv-10759-LTS
                                             )
vs.                                          )
                                             )
WHEELABRATOR SAUGUS, INC.,                   )
                                             )
                    Defendant.               )

## DECLARATION

Pursuant to 28 U.S.C. § 1746 I declare and say:

1. My name is _Claw Serino_ , and I live at _3F School St Sagus_ approximately ___/___ miles from the Wheelabrator Saugus waste-to-energy facility.

   I __own  /  rent__ my home and have lived at this address for about ___8___ years.

2. I do not ever notice noxious odors at my home.

3. I do not ever notice unusual or unnatural amounts of dust or ash on my property.

4. I enjoy numerous activities outside at my property, and neither odors, dust nor ash has affected my outdoor activities in any way.

5. I do not think odors, dust or ash have affected my property value.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _8/22/22_          Signed: _____

***I understand and agree that: (1) I am signing this voluntarily and I will not suffer any consequence if I decide not to sign it; (2) I have been informed that there is a proposed class action alleging that Wheelabrator has emitted noxious odors and dust and that I may be a member of the proposed class; (3) I am providing this to Wheelabrator and its attorneys who do not represent me and who may use it to defend against the proposed class action; and (4) before signing, I was informed that I have the right to contact plaintiff's counsel in the pending lawsuit, Liddle Sheets Coulson P.C.***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

BRENDA SWEETLAND, on behalf of )
herself and all others similarly situated, )
                         )
           Plaintiff, )      Civil Action No. 1:21-cv-10759-LTS
                         )
vs. )
                         )
WHEELABRATOR SAUGUS, INC., )
                         )
           Defendant. )

## DECLARATION

Pursuant to 28 U.S.C. § 1746 I declare and say:

1. My name is _Barbara Meehan_, and I live at _77 Cann Rd Saugus_ approximately _1/2_ miles from the Wheelabrator Saugus waste-to-energy facility. I _own / rent_ my home and have lived at this address for about _43_ years.

2. I do not ever notice noxious odors at my home.

3. I do not ever notice unusual or unnatural amounts of dust or ash on my property.

4. I enjoy numerous activities outside at my property, and neither odors, dust nor ash has affected my outdoor activities in any way.

5. I do not think odors, dust or ash have affected my property value.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _8/22/22_      Signed: _Barbara J. Meehan_

***I understand and agree that: (1) I am signing this voluntarily and I will not suffer any consequence if I decide not to sign it; (2) I have been informed that there is a proposed class action alleging that Wheelabrator has emitted noxious odors and dust and that I may be a member of the proposed class; (3) I am providing this to Wheelabrator and its attorneys who do not represent me and who may use it to defend against the proposed class action; and (4) before signing, I was informed that I have the right to contact plaintiff's counsel in the pending lawsuit, Liddle Sheets Coulson P.C.***

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

BRENDA SWEETLAND, on behalf of
herself and all others similarly situated,

        Plaintiff,

vs.

WHEELABRATOR SAUGUS, INC.,

        Defendant.

Civil Action No. 1:21-cv-10759-LTS

## DECLARATION

Pursuant to 28 U.S.C. § 1746 I declare and say:

1. My name is _Elizabeth Maruth__ and I live at ___34 Scherer St, Saugs___
   approximately _____ miles from the Wheelabrator Saugus waste-to-energy facility.
   I (own) _X rent__ my home and have lived at this address for about _20_ years.

2. I do not ever notice noxious odors at my home.

3. I do not ever notice unusual or unnatural amounts of dust or ash on my property.

4. I enjoy numerous activities outside at my property, and neither odors, dust nor ash has
   affected my outdoor activities in any way.

5. I do not think odors, dust or ash have affected my property value.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed on: __8/22/22__                   Signed: _Elizabeth Maruthn_

***I understand and agree that: (1) I am signing this voluntarily and I will not suffer any
consequence if I decide not to sign it; (2) I have been informed that there is a proposed class action
alleging that Wheelabrator has emitted noxious odors and dust and that I may be a member of the
proposed class; (3) I am providing this to Wheelabrator and its attorneys who do not represent me
and who may use it to defend against the proposed class action; and (4) before signing, I was
informed that I have the right to contact plaintiff's counsel in the pending lawsuit, Liddle Sheets
Coulson P.C.***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

BRENDA SWEETLAND, on behalf of       )
herself and all others similarly situated,   )
                                              )
                    Plaintiff,                )       Civil Action No. 1:21-cv-10759-LTS
                                              )
vs.                                           )
                                              )
WHEELABRATOR SAUGUS, INC.,                    )
                                              )
                    Defendant.                )

## DECLARATION

Pursuant to 28 U.S.C. § 1746 I declare and say:

1.  My name is _Kristen Dunn_ and I live at _4 Milan Rd Saugus_

    approximately _____ miles from the Wheelabrator Saugus waste-to-energy facility.

    I _own / rent_ my home and have lived at this address for about _3_ years.

2.  I do not ever notice noxious odors at my home.

3.  I do not ever notice unusual or unnatural amounts of dust or ash on my property.

4.  I enjoy numerous activities outside at my property, and neither odors, dust nor ash has

    affected my outdoor activities in any way.

5.  I do not think odors, dust or ash have affected my property value.

6.  I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _8/22/22_                        Signed: _____

\*\*\*I understand and agree that: (1) I am signing this voluntarily and I will not suffer any
consequence if I decide not to sign it; (2) I have been informed that there is a proposed class action
alleging that Wheelabrator has emitted noxious odors and dust and that I may be a member of the
proposed class; (3) I am providing this to Wheelabrator and its attorneys who do not represent me
and who may use it to defend against the proposed class action; and (4) before signing, I was
informed that I have the right to contact plaintiff's counsel in the pending lawsuit, Liddle Sheets
Coulson P.C.\*\*\*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

BRENDA SWEETLAND, on behalf of          )
herself and all others similarly situated,   )
                                         )
              Plaintiff,                  )          Civil Action No. 1:21-cv-10759-LTS
                                         )
vs.                                       )
                                         )
WHEELABRATOR SAUGUS, INC.,               )
                                         )
              Defendant.                  )

## DECLARATION

Pursuant to 28 U.S.C. § 1746 I declare and say:

1.  My name is _Stephanie Lorrendi_ and I live at _4 Mion Rd Saugus_ approximately __1__ miles from the Wheelabrator Saugus waste-to-energy facility. I _own_ / rent   my home and have lived at this address for about __8__ years.

2.  I do not ever notice noxious odors at my home.

3.  I do not ever notice unusual or unnatural amounts of dust or ash on my property.

4.  I enjoy numerous activities outside at my property, and neither odors, dust nor ash has affected my outdoor activities in any way.

5.  I do not think odors, dust or ash have affected my property value.

6.  I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _8/22/22_          Signed: _Stephanie Lorrendi_

***I understand and agree that: (1) I am signing this voluntarily and I will not suffer any consequence if I decide not to sign it; (2) I have been informed that there is a proposed class action alleging that Wheelabrator has emitted noxious odors and dust and that I may be a member of the proposed class; (3) I am providing this to Wheelabrator and its attorneys who do not represent me and who may use it to defend against the proposed class action; and (4) before signing, I was informed that I have the right to contact plaintiff's counsel in the pending lawsuit, Liddle Sheets Coulson P.C.***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

BRENDA SWEETLAND, on behalf of )
herself and all others similarly situated, )
)
Plaintiff, )      Civil Action No. 1:21-cv-10759-LTS
)
vs. )
)
WHEELABRATOR SAUGUS, INC., )
)
Defendant. )

## DECLARATION

Pursuant to 28 U.S.C. § 1746 I declare and say:

1. My name is *Charles Graham*, and I live at *7 Warren Rd. Saug.* approximately *½* miles from the Wheelabrator Saugus waste-to-energy facility. I (own) / rent my home and have lived at this address for about *__* years.

2. I do not ever notice noxious odors at my home.

3. I do not ever notice unusual or unnatural amounts of dust or ash on my property.

4. I enjoy numerous activities outside at my property, and neither odors, dust nor ash has affected my outdoor activities in any way.

5. I do not think odors, dust or ash have affected my property value.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed on: *8/11/22*          Signed: *[signature]*

***I understand and agree that: (1) I am signing this voluntarily and I will not suffer any consequence if I decide not to sign it; (2) I have been informed that there is a proposed class action alleging that Wheelabrator has emitted noxious odors and dust and that I may be a member of the proposed class; (3) I am providing this to Wheelabrator and its attorneys who do not represent me and who may use it to defend against the proposed class action; and (4) before signing, I was informed that I have the right to contact plaintiff's counsel in the pending lawsuit, Liddle Sheets Coulson P.C.***

# Exhibit 6

# Different Name
# Copper/Cooper Declaration

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

BRENDA SWEETLAND, on behalf of )
herself and all others similarly situated, )
)
            Plaintiff, )     Civil Action No. 1:21-cv-10759-LTS
)
vs. )
)
WHEELABRATOR SAUGUS, INC., )
)
            Defendant. )

## DECLARATION

Pursuant to 28 U.S.C. §1746 I declare and say:

1. My name is _John Copper_ and I live at _44 Bristow Street Saugus_

   approximately _1/2_ miles from the Wheelabrator Saugus waste-to-energy facility.

   I _own_ / rent my home and have lived at this address for about _18_ years.

2. I do not ever notice noxious odors at my home.

3. I do not ever notice unusual or unnatural amounts of dust or ash on my property.

4. I enjoy numerous activities outside at my property, and neither odors, dust nor ash has

   affected my outdoor activities in any way.

5. I do not think odors, dust or ash have affected my property value.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _June 19, 2022_       Signed: _[signature]_

***I understand and agree that: (1) I am signing this voluntarily and I will not suffer any
consequence if I decide not to sign it; (2) I have been informed that there is a proposed class action
alleging that Wheelabrator has emitted noxious odors and dust and that I may be a member of the
proposed class; (3) I am providing this to Wheelabrator and its attorneys who do not represent me
and who may use it to defend against the proposed class action; and (4) before signing, I was
informed that I have the right to contact plaintiff's counsel in the pending lawsuit, Liddle Sheets
Coulson P.C.***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

BRENDA SWEETLAND, on behalf of          )
herself and all others similarly situated,   )
                                        )
                    Plaintiff,          )          Civil Action No. 1:21-cv-10759-LTS
                                        )
vs.                                     )
                                        )
WHEELABRATOR SAUGUS, INC.,              )
                                        )
                    Defendant.          )

## DECLARATION

Pursuant to 28 U.S.C. § 1746 I declare and say:

1.  My name is _John Coofon_, and I live at _44 Inwrnst Says_

    approximately _½_ miles from the Wheelabrator Saugus waste-to-energy facility.

    I _own_ / rent my home and have lived at this address for about _18_ years.

2.  I do not ever notice noxious odors at my home.

3.  I do not ever notice unusual or unnatural amounts of dust or ash on my property.

4.  I enjoy numerous activities outside at my property, and neither odors, dust nor ash has

    affected my outdoor activities in any way.

5.  I do not think odors, dust or ash have affected my property value.

6.  I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _8/22/22_          Signed: _John Coofon_

***I understand and agree that: (1) I am signing this voluntarily and I will not suffer any consequence if I decide not to sign it; (2) I have been informed that there is a proposed class action alleging that Wheelabrator has emitted noxious odors and dust and that I may be a member of the proposed class; (3) I am providing this to Wheelabrator and its attorneys who do not represent me and who may use it to defend against the proposed class action; and (4) before signing, I was informed that I have the right to contact plaintiff's counsel in the pending lawsuit, Liddle Sheets Coulson P.C.***

# Exhibit 7

# Different Distance Fernandez Declaration

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

BRENDA SWEETLAND, on behalf of )
herself and all others similarly situated, )
     )
                 Plaintiff, )     Civil Action No. 1:21-cv-10759-LTS
     )
vs. )
     )
WHEELABRATOR SAUGUS, INC., )
     )
                 Defendant. )

## DECLARATION

Pursuant to 28 U.S.C. § 1746 I declare and say:

1. My name is _Stephanie Fernandez_ and I live at _4 milan Avenue, Saugus, ma 01906_

   approximately _3/4_ miles from the Wheelabrator Saugus waste-to-energy facility.

   I _(own)_ / rent my home and have lived at this address for about _10_ years.

2. I do not ever notice noxious odors at my home.

3. I do not ever notice unusual or unnatural amounts of dust or ash on my property.

4. I enjoy numerous activities outside at my property, and neither odors, dust nor ash has

   affected my outdoor activities in any way.

5. I do not think odors, dust or ash have affected my property value.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _June 12, 2022_        Signed: _Stephanie Fernandez_

***I understand and agree that: (1) I am signing this voluntarily and I will not suffer any
consequence if I decide not to sign it; (2) I have been informed that there is a proposed class action
alleging that Wheelabrator has emitted noxious odors and dust and that I may be a member of the
proposed class; (3) I am providing this to Wheelabrator and its attorneys who do not represent me
and who may use it to defend against the proposed class action; and (4) before signing, I was
informed that I have the right to contact plaintiff's counsel in the pending lawsuit, Liddle Sheets
Coulson P.C.***

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

BRENDA SWEETLAND, on behalf of )
herself and all others similarly situated, )
                                   )
                 Plaintiff, )      Civil Action No. 1:21-cv-10759-LTS
                                     )
vs.                                )
                                     )
WHEELABRATOR SAUGUS, INC., )
                                     )
                 Defendant. )

## DECLARATION

Pursuant to 28 U.S.C. § 1746 I declare and say:

1.  My name is _Stephanie Morrand(?)_ and I live at _4 Mian Rd Saugus_
    approximately ___/___ miles from the Wheelabrator Saugus waste-to-energy facility.
    I _own / rent_ my home and have lived at this address for about _8_ years.

2.  I do not ever notice noxious odors at my home.

3.  I do not ever notice unusual or unnatural amounts of dust or ash on my property.

4.  I enjoy numerous activities outside at my property, and neither odors, dust nor ash has
    affected my outdoor activities in any way.

5.  I do not think odors, dust or ash have affected my property value.

6.  I declare under penalty of perjury that the foregoing is true and correct.

Executed on: ___8/22/22___        Signed: _Stephanie Morrand(?)_

***I understand and agree that: (1) I am signing this voluntarily and I will not suffer any
consequence if I decide not to sign it; (2) I have been informed that there is a proposed class action
alleging that Wheelabrator has emitted noxious odors and dust and that I may be a member of the
proposed class; (3) I am providing this to Wheelabrator and its attorneys who do not represent me
and who may use it to defend against the proposed class action; and (4) before signing, I was
informed that I have the right to contact plaintiff's counsel in the pending lawsuit, Liddle Sheets
Coulson P.C.***

# Exhibit 8

# Different Duration
# Richard Nuzzo Declaration

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

BRENDA SWEETLAND, on behalf of )
herself and all others similarly situated, )
)
Plaintiff, )      Civil Action No. 1:21-cv-10759-LTS
)
vs. )
)
WHEELABRATOR SAUGUS. INC., )
)
Defendant. )

## DECLARATION

Pursuant to 28 U.S.C. § 1746 I declare and say:

1. My name is Richard Nuzzo, and I live at 12 Spring Way Saugus, Ma approximately 1 miles from the Wheelabrator Saugus waste-to-energy facility.

   I __own__ / rent my home and have lived at this address for about 11 years.

2. I do not ever notice noxious odors at my home.

3. I do not ever notice unusual or unnatural amounts of dust or ash on my property.

4. I enjoy numerous activities outside at my property, and neither odors, dust nor ash has affected my outdoor activities in any way.

5. I do not think odors, dust or ash have affected my property value.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _Richard Nuzzo_   Signed: _June 28 2022_

***I understand and agree that: (1) I am signing this voluntarily and I will not suffer any consequence if I decide not to sign it; (2) I have been informed that there is a proposed class action alleging that Wheelabrator has emitted noxious odors and dust and that I may be a member of the proposed class; (3) I am providing this to Wheelabrator and its attorneys who do not represent me and who may use it to defend against the proposed class action; and (4) before signing. I was informed that I have the right to contact plaintiff's counsel in the pending lawsuit, Liddle Sheets Coulson P.C.***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

BRENDA SWEETLAND, on behalf of ) 
herself and all others similarly situated, ) 
                                   ) 
               Plaintiff,       )     Civil Action No. 1:21-cv-10759-LTS 
                                   ) 
vs.                          ) 
                                 ) 
WHEELABRATOR SAUGUS, INC.,  ) 
                                 ) 
             Defendant.    ) 

## DECLARATION

Pursuant to 28 U.S.C. § 1746 I declare and say:

1.  My name is _Michad Nuzzo_ and I live at _12 John Way Saugus_

    approximately _____ miles from the Wheelabrator Saugus waste-to-energy facility.

    I ___own / rent___ my home and have lived at this address for about _56_ years.

2.  I do not ever notice noxious odors at my home.

3.  I do not ever notice unusual or unnatural amounts of dust or ash on my property.

4.  I enjoy numerous activities outside at my property, and neither odors, dust nor ash has

    affected my outdoor activities in any way.

5.  I do not think odors, dust or ash have affected my property value.

6.  I declare under penalty of perjury that the foregoing is true and correct.

Executed on: ___8/22/22___     Signed: _____

***I understand and agree that: (1) I am signing this voluntarily and I will not suffer any
consequence if I decide not to sign it; (2) I have been informed that there is a proposed class action
alleging that Wheelabrator has emitted noxious odors and dust and that I may be a member of the
proposed class; (3) I am providing this to Wheelabrator and its attorneys who do not represent me
and who may use it to defend against the proposed class action; and (4) before signing, I was
informed that I have the right to contact plaintiff's counsel in the pending lawsuit, Liddle Sheets
Coulson P.C.***

# Exhibit 9

# Different Signature
# Serino Declaration

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

BRENDA SWEETLAND, on behalf of )
herself and all others similarly situated, )
)
Plaintiff, )      Civil Action No. 1:21-cv-10759-LTS
)
vs. )
)
WHEELABRATOR SAUGUS, INC., )
)
Defendant. )

## <u>DECLARATION</u>

Pursuant to 28 U.S.C. § 1746 I declare and say:

1. My name is _Carrie Snow_, and I live at _38 Scho St_,

   approximately ___1___ miles from the Wheelabrator Saugus waste-to-energy facility.

   I __own__ / rent my home and have lived at this address for about _8_ years.

2. I do not ever notice noxious odors at my home.

3. I do not ever notice unusual or unnatural amounts of dust or ash on my property.

4. I enjoy numerous activities outside at my property, and neither odors, dust nor ash has

   affected my outdoor activities in any way.

5. I do not think odors, dust or ash have affected my property value.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _7/2/22_          Signed: _____

***I understand and agree that: (1) I am signing this voluntarily and I will not suffer any
consequence if I decide not to sign it; (2) I have been informed that there is a proposed class action
alleging that Wheelabrator has emitted noxious odors and dust and that I may be a member of the
proposed class; (3) I am providing this to Wheelabrator and its attorneys who do not represent me
and who may use it to defend against the proposed class action; and (4) before signing, I was
informed that I have the right to contact plaintiff's counsel in the pending lawsuit, Liddle Sheets
Coulson P.C.***

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

BRENDA SWEETLAND, on behalf of )
herself and all others similarly situated, )
                                       )
                  Plaintiff, )     Civil Action No. 1:21-cv-10759-LTS
                                         )
vs. )
                                         )
WHEELABRATOR SAUGUS, INC., )
                                         )
                  Defendant. )

## DECLARATION

Pursuant to 28 U.S.C. § 1746 I declare and say:

1. My name is _Graw Serino_, and I live at _3F School St Sagus_

    approximately _____/_____ miles from the Wheelabrator Saugus waste-to-energy facility.

    I __own / rent__ my home and have lived at this address for about _____ years.

2. I do not ever notice noxious odors at my home.

3. I do not ever notice unusual or unnatural amounts of dust or ash on my property.

4. I enjoy numerous activities outside at my property, and neither odors, dust nor ash has affected my outdoor activities in any way.

5. I do not think odors, dust or ash have affected my property value.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _8/22/22_          Signed: _____

***I understand and agree that: (1) I am signing this voluntarily and I will not suffer any consequence if I decide not to sign it; (2) I have been informed that there is a proposed class action alleging that Wheelabrator has emitted noxious odors and dust and that I may be a member of the proposed class; (3) I am providing this to Wheelabrator and its attorneys who do not represent me and who may use it to defend against the proposed class action; and (4) before signing, I was informed that I have the right to contact plaintiff's counsel in the pending lawsuit, Liddle Sheets Coulson P.C.***