In the Matter of:

**BRENDA SWEETLAND**

**vs.**

**WHEELABRATOR SAUGUS**

---

JOHN COOPER

December 13, 2022

---



**Bramanti & Lyons**
**Court Reporting, Inc.**
*Realtime all the Time*
**www.bramanti-lyons.com**

92 State St., 8th Floor • Boston, Massachusetts 02109
Phone: 617.723.7321

```
                      VOLUME:  I
                      PAGES:  1 - 93
                      EXHIBITS:  1 - 5
         UNITED STATES DISTRICT COURT
        FOR THE DISTRICT OF MASSACHUSETTS
                   NO. 1:21-CV-10759-LTS
```

- - - - - - - - - - - - - - - - - x

BRENDA SWEETLAND, on behalf of herself
and all others similarly situated,

      Plaintiff

 vs.

WHEELABRATOR SAUGUS, INC.,

      Defendant

- - - - - - - - - - - - - - - - - x

       DEPOSITION OF JOHN COOPER, a witness
called on behalf of the Plaintiff, taken
pursuant to notice before Robert M. Bramanti,
Certified Shorthand Reporter, Registered Merit
Reporter and Notary Public in and for the
Commonwealth of Massachusetts, at the offices of
Colonna, Doyle & Simeola, 26 Main Street, third
floor, Lynnfield, Massachusetts, on Tuesday,
December 13, 2022, commencing at 12:26 p.m.

_____

     BRAMANTI & LYONS COURT REPORTING, INC.
      REGISTERED PROFESSIONAL REPORTERS
   92 STATE ST., 8TH FLOOR, BOSTON, MA. 02109
    TEL:  617.723.7321 / FAX:  617.723.7322
        www.bramanti-lyons.com

**2**

```
1  APPEARANCES:
2
   Matthew Z. Robb, Esq.
3  Liddle Sheets Coulson P.C.
   975 E. Jefferson Avenue
4  Detroit, Michigan 48207
   313.392.0015/mrobb@lsccounsel.com
5  Present via Zoom Videoconferencing
6
   Richard A. Oetheimer, Esq.
7  Goodwin Procter LLP
   100 Northern Avenue
8  Boston, Massachusetts 02210
   617.570.1259/roetheimer@goodwinlaw.com
9  Attorney for the Defendant
   Present in person
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

**4**

```
1          P R O C E E D I N G S
2
3      JOHN COOPER, a witness called for
4  examination by counsel for the Plaintiff, having
5  been first satisfactorily identified by his
6  Massachusetts driver's license, was duly sworn,
7  was examined, and testified as follows:
8
9      MR. ROBB:  Good afternoon, Mr. Cooper.
10 My name is Matthew Robb.  I'm plaintiff's
11 counsel in the matter of Brenda Sweetland v
12 Wheelabrator Saugus, civil action pending before
13 the United States District Court for the
14 District of Massachusetts, case No.
15 121-CV-10759.
16     Richard, would like to make your
17 appearance?
18     MR. OETHEIMER:  Yes.  My name is Richard
19 Oetheimer.  I'm counsel for the defendant,
20 Wheelabrator Saugus.
21     And by the way, the witness's name is
22 Cooper, C-o-o-p-e-r.  Not C-o-p-p-e-r, right?
23     THE WITNESS:  That's right.
24
```

**3**

```
1              I N D E X
2  Deposition of:                    Page
3  JOHN COOPER
4   Examination by Mr. Robb          5
5   Examination by Mr. Oetheimer     77
6
7
8
9
10
11              ------
12
13         E X H I B I T S
14 No.                               Page
15 1    Deposition Subpoena          12
16 2    Declaration, 6/19/22         34
17 3    Declaration, 8/22/22         42
18 4    Map Bristow Street           77
19 5    Google Earth Photo           77
20
21
22
23
24
```

**5**

```
1      Examination by Mr. Robb:
2  Q.  Mr. Cooper, this is a deposition.  Have you ever
3      had your deposition taken before?
4  A.  I don't think so.
5  Q.  Would you go ahead and state and spell your name
6      for the record.
7  A.  My name is John Cooper, J-o-h-n, C-o-o-p-e-r.
8  Q.  Great.  This is just a question and answer
9      session.
10 A.  Yeah.
11 Q.  We are both attorneys, but neither one of us
12     represents you in this case.  Do you understand
13     that?
14 A.  I think so, yeah.
15 Q.  Okay.  All right.  When you walked in, you said
16     that Anthony Cogliano sent you; is that right?
17     MR. OETHEIMER:  Objection.  I wasn't
18     here.  So I don't know if he said it, but you
19     can answer.
20 A.  No, I was --
21     MR. OETHEIMER:  When I say "objection,"
22     that's for the record.
23     THE WITNESS:  Yeah.
24     MR. OETHEIMER:  You can answer Mr. Robb's
```

6

1   question. If you don't understand them, you can
2   say you don't understand and you can ask him for
3   clarification.
4          But my objection, I'm not your counsel,
5   so I'm not telling you not to answer the
6   question. Okay? I just want to make sure you
7   understand that.
8   A.  I don't mind answering the question. I was
9       asked by Anthony Cogliano and somebody else who
10      called up on the phone to ask if I would come to
11      this place and answer a few questions. That's
12      why I'm here to answer a few questions on their
13      behalf.
14  Q.  Okay. When did Anthony call you?
15  A.  He didn't call me. I talked to him live. He's,
16      like, at my house right now working in my -- in
17      one of my rooms. Well, his help is. He was
18      there.
19  Q.  You talked with him in person. What did he tell
20      you?
21  A.  Huh?
22  Q.  You talked to him in person today?
23  A.  Yeah.
24  Q.  What did he tell you about today and what you

7

1   were doing?
2          MR. OETHEIMER: Objection.
3   A.  Objection?
4          MR. OETHEIMER: You can answer.
5   Foundation. I don't know if you had a
6   conversation today, so I make an objection. But
7   answer the question to the best of your ability.
8   A.  Okay. Am I supposed to answer questions of
9       everyday life or am I supposed to answer
10      questions about the Wheelabrator?
11         MR. OETHEIMER: Well, you are answering
12  questions about Wheelabrator. But right now you
13  are answering Attorney Robb's questions and when
14  he's done, I may ask you questions.
15  A.  It has nothing to do with Wheelabrator. He's doing
16      some construction in my house.
17  Q.  Okay. Just to be clear, I'm the attorney that
18      called for your deposition to be taken here
19      today because of some statements that were
20      provided to us by defense counsel at
21      Wheelabrator that had your name on it or one of
22      them was misspelled, but it had your name on it.
23      I'm trying to get to the bottom of those
24      declarations and how they came to us.

8

1          I'm just asking, you know, what Anthony
2   told you about what to expect today?
3          MR. OETHEIMER: Right. And objection.
4   Because I don't know if he told him anything.
5   But if he did, you should answer.
6   A.  Are the questions on that paper? He asked me
7       four questions. He asked me -- I don't know how
8       many months ago it was, a couple months ago. Do
9       I get any soot on my cars? Do I have anything
10      blowing around the air in my driveway? Does the
11      Wheelabrator noise bother us? And I forget the
12      other question. He asked me something else.
13  Q.  I'm just asking if he asked you to come here
14      today?
15  A.  Yeah.
16  Q.  What did he tell you? Did he tell you anything
17      about why you were coming here today?
18  A.  Well, he didn't ask me to come here today. He
19      asked me that I might end up getting a call to
20      get -- to answer some questions. And I said
21      yeah, sure. I will go answer them. But that
22      wasn't today. Today he was over there doing,
23      you know, construction-type stuff.
24  Q.  When did Anthony talk to you about coming to

9

1   answer some questions?
2          MR. OETHEIMER: Objection.
3   A.  I can't say exactly when.
4   Q.  You said that some other person called you to
5       tell you to show up today; is that right?
6   A.  No, he asked me to.
7   Q.  Who was that?
8   A.  I know the guy's name is Jack. Hold on a
9       second, one second. Let me see if I can find
10      that. He only called me a couple days ago.
11         Do you have a guy Jack that helps you
12      guys out?
13         MR. OETHEIMER: You are here to answer
14  the questions. If you can --
15  A.  I don't know his last name.
16         MR. OETHEIMER: If you can find it, you
17  can answer.
18  A.  Okay. This is easier right here. Jack.
19  Q.  Mr. Cooper, if you can just read what you are
20      trying to show us because all of the information
21      is being written down so we can't tell what you
22      are saying unless you say it out loud.
23  A.  Okay. This text here says, "John, Anthony
24      Cogliano's friend. Can you call me. Just left

**Page 10**

1    you a voice message.  Many thanks.  Jack."
2  Q.  Okay.  Did you call him back?
3  A.  I did.
4  Q.  What did Jack tell you?
5  A.  He asked me if I would come answer a few
6    questions for Anthony at this place right here.
7    Then he sent me the address.
8  Q.  Okay.  So that's how you knew to come today at
9    this time?
10  A.  Yes.
11  Q.  Do you know who Jack is other than Anthony's
12    friend?
13  A.  No.  But I guess he left me a voice message.  I
14    don't remember if I kept it or not.  You want me
15    to see if I -- oh, no.  No.  I erased that.
16  Q.  Do you know who Jack works for?
17  A.  No.  I thought he said he was part of the
18    Wheelabrator thing.  But I can't say that for
19    sure.  I think that's what he said.
20  Q.  Before that text message, had you ever talked to
21    Jack before?
22  A.  Yeah -- let me see.  Sorry.  This is a new
23    phone.  Hold on a second.  Well, I got a number
24    here, December 9th, (508)498-2506, and then I've

**Page 11**

1    got the same number over here today,
2    (508)498-2506.
3       But the message he left me today was -- I
4    didn't talk to him -- was, "I hope you are
5    showing up at 12, 12:30" at this location, "and
6    if I don't hear back from you, that means that
7    you will be coming here."
8       MR. OETHEIMER:  Okay.
9  A.  I'm here.  But I didn't -- the reason I erase a
10    lot of useless phone message is because once I
11    play them, it takes me 20 minutes to go through
12    all the other messages that are stored.  So I
13    don't want to have to answer one voice mail and
14    wait 15 minutes for this machine to keep going
15    through.
16  Q.  Okay.  I understand.
17       Mr. Cooper, I'm going to show you a
18    document on my screen.  Let me know if you have
19    any trouble seeing it.  Okay?
20  A.  Okay.
21  Q.  I will represent to you that this was a subpoena
22    that was sent to your residence.  Can you see
23    this document?
24  A.  Yeah.

**Page 12**

1       MR. ROBB:  I'm going to introduce this
2    for our reference as Exhibit 1.
3       (Deposition Exhibit No. 1
4       marked for identification.)
5  Q.  Do you see that it has the name John Copper, 44
6    Bristow Street, Saugus, Massachusetts?
7  A.  Yes.
8  Q.  That isn't your name, correct?
9  A.  No, that's not my name and that's not my
10    address.
11  Q.  Okay.  What is your address?
12  A.  45.
13  Q.  45 Bristow Street?
14  A.  Yes.  That must be across the street.
15  Q.  And your last name is Cooper, not Copper,
16    correct?
17  A.  Yes.
18  Q.  Is that correct?
19  A.  Yeah, John Cooper, 45 Bristow Street.
20  Q.  Okay.  You see that the subpoena asks you to
21    appear at Colonna & Doyle, 26 Main Street, third
22    floor, Lynnfield, Massachusetts.  Is that where
23    you are right now?
24  A.  Yeah.  I think so.

**Page 13**

1  Q.  Okay.
2  A.  Is that this place?
3       MR. OETHEIMER:  It is.
4  Q.  December 8, 2022, at 11 a.m.  You did not appear
5    on December 8th at 11 a.m., right?
6       MR. OETHEIMER:  Objection.
7  A.  I never received that picture you got up there
8    either.
9       MR. OETHEIMER:  It was obviously served
10    at a different address, Matt.  I don't know.  We
11    contacted him to ask him to come in.
12  Q.  Is this the first time that you are seeing the
13    subpoena?
14  A.  Yes.
15  Q.  Okay.  Am I correct that today is December 13th,
16    at 12:37 p.m.?
17  A.  Yeah.  Yeah.
18  Q.  As I understand, you showed up today because you
19    talked to Jack and Anthony about showing up,
20    right?
21  A.  Yes.
22  Q.  Thanks.  I just want to get clarity on how your
23    appearance was arranged.
24       Have you ever talked to the man across

**14**

1    from you, Richard Oetheimer, before?
2          MR. OETHEIMER:  Me.  That's me.
3  **A.  No.**
4  Q.  Is this the first time you've ever talked to him
5     or met him?
6  **A.  Yes.  I tried calling him back one day but there**
7       **was no answer.**
8  Q.  I introduced to you in the beginning that this
9     is in relation to a lawsuit.  Had you ever heard
10     about a lawsuit against Wheelabrator --
11  **A.  No.**
12  Q.  -- before today?
13  **A.  No.**
14  Q.  No?
15  **A.  No.**
16  Q.  Do you have any understanding about what the
17     lawsuit is about?
18  **A.  No.**
19  Q.  Do you know what a class action is?
20  **A.  I'm not sure.  Class action, it's like, you**
21       **know, when they come on TV and tell you that you**
22       **could collect thousands of dollars if you had**
23       **cancer from the Marines 40 years ago.  Yeah,**
24       **that's a class action lawsuit.  Yeah.**

**15**

1  Q.  You've heard of a class action, but you don't
2     really know what they are?
3  **A.  Yeah, they are lawyers who find something and**
4       **they go and try and make other people money for**
5       **it.  As far as I can tell.**
6  Q.  Today is the first time that you learned about
7     this lawsuit?
8  **A.  Yeah.  I didn't even know it was a lawsuit.  I**
9       **thought, from what my understanding was, there**
10       **was one group that wanted to close the thing**
11       **down and one group wants to keep it open.**
12  Q.  Which side are you on?
13          MR. OETHEIMER:  Objection.
14          Again, my objection is for the record.
15     I'm not telling you not to answer the question,
16     whether you can answer it or not.
17          You don't have to be on any side, but
18     basically you answer the questions as you see
19     fit.  I will object to the question.
20          MR. ROBB:  I object to coaching the
21     witness on the answer.  I'm just asking --
22          MR. OETHEIMER:  He's here to answer
23     questions about facts.
24  Q.  (By Mr. Robb) Are you on the side that wants to

**16**

1    keep the plant open?
2          MR. OETHEIMER:  Objection.
3  **A.  It doesn't bother me either way.**
4  Q.  All right.  I will represent to you that the
5     case that we are dealing with right now is a
6     class action on behalf of residents in the
7     Saugus community who have been complaining about
8     odors and dust from the facility and they are
9     seeking damages from the company for
10     interference with property values and
11     interference with the use and enjoyment of
12     property.
13          There's no allegation in the complaint of
14     trying to shut the plant down or revoke its
15     permit or anything like that.  Okay?
16          MR. OETHEIMER:  Before that, I'm going to
17     object, Matt.
18          Right now this is a lawsuit brought by
19     one plaintiff on behalf of a punitive class.
20     You were speaking in the plural.  It is not a
21     lawsuit brought by multiple residents in the
22     Saugus neighborhood.  Not yet.
23  Q.  (By Mr. Robb) That's correct.  Just for clarity,
24     I don't want, Mr. Cooper, you to misunderstand

**17**

1    what we are saying.  That someone brought this
2     lawsuit, one of your neighbors, Brenda
3     Sweetland, and she's trying to represent a
4     community who has similar issues with the
5     facility.  I just wanted to let you know so,
6     that, you know, word doesn't get around too fast
7     that somebody is trying to shut the plant down.
8     All right?
9          MR. OETHEIMER:  Okay.
10  **A.  What neighborhood is that?**
11  Q.  I'm sorry?
12  **A.  Oh, I'm not supposed to ask questions?**
13          MR. OETHEIMER:  You can questions.  He
14     doesn't necessarily have to answer them.  His
15     question was what neighborhood is it?
16  Q.  I just said, All right.  I wanted to make sure
17     you understood.
18  **A.  Okay.**
19  Q.  Am I correct that nobody has ever talked to you
20     about this lawsuit before today?
21  **A.  It wasn't --**
22          MR. OETHEIMER:  Objection.  Foundation.
23     Sort of asked and answered.  But go ahead.  I'm
24     making objections -- you seem confused.  Let me

**18**

1  just say again, I'm making my sort of
2  objections, doing my sort of lawyer thing for
3  the record.
4      **THE WITNESS: I get it.**
5      MR. OETHEIMER: It doesn't affect you.
6  You can listen to the question and try to
7  answer.
8  **A.  It has never been approached to me as a lawsuit.**
9  Q.  Okay.  Are you aware of any meetings that have
10    been held regarding the Wheelabrator facility or
11    people's experiences with odor and dust in the
12    community?
13     MR. OETHEIMER: Objection.
14 **A.  I know that --**
15     MR. OETHEIMER: Again, give me a minute
16  to -- I'm throwing you off.  I will try to be
17  quicker.
18     Objection for the record.
19     Now you can answer the question.  I don't
20  know if you need to hear it back again.
21     **THE WITNESS: No, I heard it.**
22     MR. OETHEIMER: Okay.  Go ahead.
23 **A.  From what I understand, that they -- town hall**
24    **had a meeting for people to go and debate about**

**19**

1  **it. The word "lawsuit" still never came up to**
2  **me.**
3  Q.  All right.  Have you experienced people having
4    complaints about the Wheelabrator facility
5    before?
6     MR. OETHEIMER: Objection.
7  Q.  Let me be really clear here.  Mr. Oetheimer is
8    not your coach.  This is -- I'm going to ask the
9    questions and you will answer them.  Then
10    Mr. Oetheimer will ask you some questions
11    afterwards.  Okay?
12     MR. OETHEIMER: Matt, I'm going to
13  object.  All I said is "objection."  That's not
14  coaching.
15     MR. ROBB: I understand.
16 Q.  (By Mr. Robb) But every time that I'm asking a
17    question, Mr. Cooper, I see you looking over at
18    Mr. Oetheimer.
19     MR. OETHEIMER: I told him several
20  times --
21 Q.  He's not here to coach you or tell you how to
22    answer or anything like that.  I'm going to ask
23    you the questions and I need you to answer me
24    directly, and Mr. Oetheimer's objections are

**20**

1  just for the record.
2      MR. OETHEIMER: Which I've said myself.
3  Q.  Okay.  My question was, have you ever heard
4    about people making complaints about the
5    Wheelabrator facility?
6  **A.  Yes.**
7  Q.  What kind of complaints have you heard people
8    making?
9  **A.  Just like you stated, I don't know, whatever**
10    **neighborhood that is, they were making**
11    **complaints about the smell and the dust and**
12    **whatever it's creating in that area.  I'm not**
13    **sure where that area is.**
14 Q.  You understand that there's been a meeting down
15    at town hall where people can debate the issue
16    of odors and dust?
17     MR. OETHEIMER: Objection.
18 **A.  I understand that there was a meeting at the**
19    **town hall debating keeping the Wheelabrator or**
20    **trying to shut it down.**
21 Q.  Okay.
22 **A.  Can you hear me all right?**
23 Q.  You said you know Anthony Cogliano.  In fact,
24    he's at your house right now?

**21**

1  **A.  No, he's not.  Some of his guys are.**
2  Q.  Okay.  What's the nature of the work that his
3    guys are doing at your house?
4  **A.  Right now they are, I would say, taking down --**
5    **well, I'm not sure because I'm not there.**
6    **Usually I'm there to watch them because of my**
7    **13-year-old Shepherd.  I don't like leaving him**
8    **alone when there's workers in the house.  I**
9    **think they are working on the ceiling.**
10 Q.  Okay.  Does Anthony have a company or something
11    that does construction work?
12 **A.  Uh-huh.**
13     MR. OETHEIMER: You need to say yes.
14 Q.  Is that a yes?
15     MR. OETHEIMER: He can't take down nods.
16 **A.  Yes.**
17 Q.  What company did you hire to do that work?
18 **A.  I don't really know the name of the company.**
19    **Anthony's.  It's Cogliano -- I don't know.  I**
20    **forget.  It's on the heading of some of his**
21    **papers.**
22 Q.  Okay.
23 **A.  I can get you that information if you need it.**
24 Q.  No problem.

22

1  A.  Yeah.
2  Q.  How long have you known Anthony?
3  A.  I don't know.  A long time.  Ten years.
4  Q.  How did you meet?
5  A.  He's a neighbor of ours around the corner and my
6     son and his brother are about the same age and
7     they are friends.  So we just happened to keep
8     meeting over, like, funerals and then you end up
9     talking to people.  He lives around the corner.
10    So we would see him a lot.
11        Then it just went from there.  The more
12    often you see each other, the more you speak,
13    the friendlier you get.  That type of thing.
14 Q.  Is he a friend of yours?
15 A.  I would consider him a friend of mine, yeah.
16 Q.  Is Anthony family?
17 A.  Is Anthony part of my family?
18 Q.  Yes.
19 A.  No.
20 Q.  Have you ever worked with Anthony Cogliano other
21    than having him do some work on your house?
22 A.  No.  Work with him?  No.
23 Q.  Do you have a family that lives with you in your
24    house?

23

1  A.  I'm sorry.
2  Q.  Do you have family members who live with you in
3     your house?
4  A.  Yeah, my wife and me and my loyal dog.
5  Q.  All right.  Do you have any extended family in
6     the town, in Saugus?
7  A.  No, I don't.
8  Q.  Has any of your family members ever worked with
9     Anthony?
10 A.  No.
11 Q.  Never needed his help down at the city or
12    anything?
13 A.  No.
14 Q.  When is the last time you talked to Anthony?
15 A.  This morning.
16 Q.  What did you talk about?
17 A.  How they were going to approach fixing the
18    ceiling.
19 Q.  Did you talk about today's deposition at all?
20 A.  No.  All I told him is I got to hurry up.  I got
21    to get to this thing that's going on that they
22    are going to ask me questions.
23 Q.  Before that, how often do you and Anthony talk?
24 A.  I don't know.  Once a week.  Twice a week.

24

1     Sometimes three times a week.  It depends on how
2     busy he is and how busy I am.
3  Q.  Is it work-related that you talk that
4     frequently?
5  A.  No.  Sometimes we just, you know, talking about
6     things that -- like he's friends with my wife,
7     too.  Sometimes my wife talks to him.
8  Q.  Does he come over?  Do you guys socialize?
9  A.  Sometimes we go over there.  He don't come over
10    our house much.
11 Q.  Like holiday gatherings and stuff you might go
12    to Anthony's house?
13 A.  More like a party.  I don't know if I would say
14    -- we don't know a lot of his family.  It's just
15    like a neighborhood group.
16 Q.  Okay.  When was the first time you ever heard
17    about this deposition?  Was it that text message
18    you got from Jack?
19    MR. OETHEIMER:  Objection.
20 A.  The thing you put up on the screen?
21 Q.  Well, I saw that subpoena, but I thought you've
22    never seen the subpoena before, right?
23 A.  No.
24 Q.  Okay.  When was the first time that you learned

25

1     about this deposition, that we wanted you to
2     appear?
3  A.  Oh, this is the deposition right now?
4  Q.  Yes.
5     MR. OETHEIMER:  Yes.
6  Q.  Yeah, this is the deposition.
7  A.  I don't know.  Maybe a couple of weeks ago.
8  Q.  Who first informed you about showing up to
9     answer some questions at this deposition?
10 A.  Anthony might have.
11 Q.  You think that was a couple weeks ago?
12 A.  Yeah.  Yeah.  I didn't pay too much attention to
13    it.
14 Q.  Would you say you first heard about it maybe
15    around December 1st?
16    MR. OETHEIMER:  Objection.
17 A.  I'm trying to help you out here for a minute.
18    No.  I think Anthony is the one that might have
19    mentioned it a little while back.  But then I
20    never heard from anybody.
21 Q.  Would it have been in November?
22    MR. OETHEIMER:  Objection.
23 A.  It could have been towards the end of November.
24    It ain't that long ago.

26

1  Q.  Okay.  How many times did you talk to Anthony or
2      communicate with Anthony since you first heard
3      about the deposition?
4          MR. OETHEIMER:  Objection.
5  **A.  I'm sorry.  Did you say how often did I talk to**
6      **him about the deposition?**
7  Q.  Yeah.  How many times did you communicate with
8      Anthony since learning about him wanting you to
9      sit for this deposition?
10         MR. OETHEIMER:  Objection.
11 **A.  Well, I talk to him quite a bit, but not about**
12     **the deposition.**
13 Q.  Okay.  How often do you talk?  Since November,
14     how many times have you communicated with
15     Anthony?
16         MR. OETHEIMER:  Objection.
17 **A.  Well, I talk to Anthony a lot.  Even if I got a**
18     **question about construction, I might call him up**
19     **for advice.  I don't know where that part is**
20     **going.**
21 Q.  Do you know what Anthony Cogliano does for a
22     living?
23 **A.  Yeah, he's a councilman, ain't he?  Ain't he a**
24     **councilman?**

27

1  Q.  Well, I mean, I can represent he's a member of
2      the board of selectmen.
3  **A.  Yeah, board of selectmen.**
4  Q.  Do you know of any other jobs he has or any
5      other businesses he has?
6  **A.  No, alls I know is he does carpentry.**
7  Q.  Does he own any nightclubs or restaurants in
8      town?
9  **A.  Not that I know of.  I know he has -- I know his**
10     **carpentry business is legal because he does have**
11     **headings.  When you end up getting your receipts**
12     **from him, he has a heading on there.  I just**
13     **forget the name of the business.**
14 Q.  Okay.
15 **A.  But if you need it, I can get it.**
16 Q.  Yeah, that's okay.  I'm just wondering in the
17     many times that you've communicated with
18     Anthony, has he ever talked to you specifically
19     about this lawsuit?
20 **A.  Never mentioned it was a lawsuit.  Never.**
21 Q.  Okay.  Has he ever talked to you about
22     Wheelabrator?
23 **A.  Just when he asked me to sign them papers and**
24     **asked me those questions.**

28

1  Q.  Did he tell you what the lawsuit was about?
2          MR. OETHEIMER:  Objection.
3  **A.  I don't know.  I think I told you a couple of**
4      **times, I never knew it was about a lawsuit.  It**
5      **never was mentioned.**
6  Q.  Did you have any understanding about the issue
7      of odors?  Did he ever talk to you about odors?
8          MR. OETHEIMER:  Objection.
9  **A.  Odors?**
10 Q.  Yes, smells.
11 **A.  Yeah.  That was one of the questions he asked**
12     **me.  I told him, no, we don't have any smell**
13     **where we are, no.**
14 Q.  Did he ever talk to you about dust?
15 **A.  Yeah.  We don't get any dust.  We get a lot of**
16     **pollen.**
17 Q.  Do you know if Anthony supports the Wheelabrator
18     company?
19         MR. OETHEIMER:  Objection.
20 **A.  Well -- if I had to make an educated guess, I**
21     **would say by asking me those questions and**
22     **having me sign that paper, he must support**
23     **Wheelabrator.**
24 Q.  Okay.

29

1  **A.  In my opinion.  It's just my opinion.**
2  Q.  Did Mr. Cogliano ask you to provide a statement
3      about your experiences with the Wheelabrator
4      facility?
5          MR. OETHEIMER:  Objection.
6  **A.  No, he didn't say nothing to me either way, good**
7      **or bad or otherwise.**
8  Q.  Are you aware that Anthony is the co-chair of
9      the Wheelabrator Saugus committee for the town
10     of Saugus?
11         MR. OETHEIMER:  Objection.
12 **A.  Is he a what?**
13 Q.  Are you aware that Anthony is the co-chair of
14     the Wheelabrator Saugus committee for the town
15     of Saugus?
16 **A.  No, I was not.**
17 Q.  Are you aware that as part of his role as a
18     government official for the town, he's trying to
19     negotiate a host community agreement with
20     Wheelabrator that would expand Wheelabrator's
21     operation in Saugus?
22         MR. OETHEIMER:  Objection.
23 **A.  No.**
24 Q.  Are you aware that Saugus stands to collect a

---

**30**

1　significant amount of cash revenue if it enters
2　into a host agreement with Wheelabrator?
3　　　MR. OETHEIMER: Objection.
4　A. I don't know that. We are not that deep into --
5　　we are very private people. We just live in
6　　Saugus. You know, whatever goes on, as long as
7　　you don't bother us --
8　Q. You don't really talk politics with Anthony?
9　A. No. I don't talk politics with really anybody.
10　Q. That's good advice.
11　A. Yeah.
12　Q. Are you employed?
13　A. Part time.
14　Q. What do you do?
15　A. I drive. I pick up -- well, let me put it to
16　　you this way, I deliver state police clothes. I
17　　pick them up; we bring them back to our
18　　cleaners; we clean them; and then I go deliver
19　　the clean ones. We are in barracks Troop A and
20　　Troop H.
21　Q. That's for the police?
22　A. Yes, sir. State police.
23　Q. Does your wife work?
24　A. She owns the cleaners with my son.

---

**31**

1　Q. You work together on that? Do you work together
2　　-- she cleans the laundry and you help deliver?
3　A. No, no. We have employees that -- we have
4　　employees that tag all the stuff in, clean them,
5　　and my son is usually there most of the time,
6　　but he just had a rotator cuff operation. Him
7　　and my wife own the company. Me, I'm just --
8　　I'm a slug that helps them out.
9　　　MR. OETHEIMER: You work for your wife
10　　like the rest of us.
11　A. I already had my career.
12　Q. Don't we all.
13　　　Where is the cleaner located?
14　A. Broadway in Everett.
15　Q. What's your son's name?
16　A. Stephen.
17　Q. Has Stephen ever worked for Wheelabrator?
18　A. Wheelabrator?
19　Q. Yeah.
20　A. No.
21　Q. Has Stephen ever worked for the town of Saugus?
22　A. No.
23　Q. Did you ever work for the town?
24　A. Me?

---

**32**

1　Q. Yes.
2　A. No.
3　Q. Are you involved in any local groups or
4　　organizations?
5　A. Any local what?
6　Q. Local groups or organizations.
7　A. No.
8　Q. Do you know anyone else who has provided a
9　　declaration like the one you've seen here today
10　　regarding odor and dust from Wheelabrator?
11　A. No. What's the declaration, the thing you
12　　showed me?
13　　　MR. OETHEIMER: Yeah. He will be showing
14　　it to you.
15　　His question is do you know anybody else
16　　who may have signed something like this?
17　A. No, I don't.
18　Q. All right. Do you know Sarah Cogliano?
19　A. Sorry. I didn't know what you said.
20　Q. Do you know Sarah Cogliano?
21　A. No.
22　Q. Do you know Stephanie Fernandez?
23　A. No. I don't know what you even said the first
24　　time? What did you say the first time?

---

**33**

1　Q. Stephanie Fernandez.
2　A. Fernandez?
3　　　MR. OETHEIMER: Stephanie Fernandez.
4　A. Stephanie Fernandez?
5　Q. Stephanie Fernandez.
6　A. No.
7　Q. Do you know Elizabeth Marchese?
8　A. No.
9　Q. Do you know Richard Nuzzo?
10　A. Are these people from Saugus or Everett?
11　Q. Yeah.
12　A. Huh?
13　Q. Yes, they are from Saugus.
14　A. Oh, no.
15　Q. Do you know Jeff Polini?
16　A. No. I'm from Everett originally. We moved to
17　　Saugus.
18　Q. Do you know Jeff Polini?
19　A. I don't know who that is either.
20　Q. Do you know Doug Clark?
21　A. No.
22　Q. Have you ever attended any of the meetings down
23　　at town hall for Wheelabrator?
24　A. No. I never attended a meeting down there for

---

34

1  anything. I'm a very private person.
2  Q.  Okay. All right. Let's get down to the
3     statements that brought you here today.
4        I'm going to share my screen with you and
5     represent this is a declaration that was
6     provided with the name John Copper at the top on
7     June 19, 2022. Can you see this?
8  A.  Yes.
9        MR. OETHEIMER: Matt, I have a hard copy.
10    Would you like me to put out a hard copy? It
11    may be easier.
12       MR. ROBB: Yes, Richard, if you could
13    provide a copy to him, I'm going to introduce as
14    Exhibit 2 the declaration of a John Copper from
15    June 19, 2022.
16       MR. OETHEIMER: All right. I'm handing
17    the witness a physical hard copy of it. And I
18    have written myself Exhibit 2 on it just so we
19    can keep things straight, because I assume
20    you'll show him Exhibit 3 at some point.
21       Mr. Cooper, that is the same document
22    that is up on the screen.
23       (Deposition Exhibit No. 2
24          marked for identification.)

35

1  A.  Yeah, you already showed me that.
2  Q.  Mr. Cooper, do you see at the bottom next to
3     executed on June 19, 2022, a signature at the
4     bottom?
5  A.  Yeah.
6  Q.  Is that your signature?
7  A.  On the right-hand side?
8  Q.  Yes.
9  A.  No.
10 Q.  Do you know whose signature it is?
11 A.  No.
12 Q.  Do you see in paragraph 1 where it says, My Name
13    is and then there's a blank space. Do you see
14    that it says John Copper?
15 A.  Yes.
16 Q.  Is that your handwriting?
17 A.  No.
18 Q.  It probably makes sense that it's not your
19    handwriting because your name is not John Copper
20    as this document says, is it?
21 A.  That's right.
22 Q.  You did not write any of the text that's on this
23    document?
24       MR. OETHEIMER: Any of the handwriting,

36

1     just to be clear. The typed stuff is on there,
2     too.
3  Q.  Did you write any handwritten text on this
4     document?
5  A.  No.
6  Q.  You pointed out that your address is 45 Bristow
7     Street in Saugus; is that correct?
8  A.  That's right.
9  Q.  Isn't it right that Exhibit 2 has 44 Bristow
10    Street?
11 A.  Yeah. Over here on the right. Yeah.
12 Q.  You probably wouldn't have written that because
13    that's not your address, right?
14 A.  No. This is June of '22?
15 Q.  Yes.
16 A.  It says here.
17 Q.  Yeah, June of '22.
18 A.  It says over here, somebody circled this thing
19    here and said you have lived at this address for
20    18 years. We've been here for 23 years.
21 Q.  So that information isn't correct either?
22 A.  No.
23 Q.  Is there any other information on this document
24    that you see is incorrect?

37

1       MR. OETHEIMER: Objection.
2  A.  Should I read it?
3  Q.  Yeah. Take your time to read it. Do you see
4     any other information on this declaration from
5     June 19 that is incorrect?
6       MR. OETHEIMER: Objection.
7       Are you asking him about the handwritten
8     portion or the typed portion or both?
9       MR. ROBB: Any portion.
10 A.  No. I don't even know who Brenda Sweetland is.
11 Q.  Okay.
12 A.  Whoever -- is this person writing down my
13    information falsely?
14 Q.  That's what I'm asking you. Do you think that
15    somebody put false information on this document?
16       MR. OETHEIMER: Objection.
17 A.  Well, I don't know this person. So maybe they
18    did.
19 Q.  Okay.
20 A.  Which street do they live on?
21 Q.  Are you aware that this document was provided to
22    Wheelabrator as evidence in relation to this
23    lawsuit?
24 A.  No, I'm not aware of that.

38

1  Q.  Did you authorize anyone to sign this document
2      for you?
3  A.  I didn't authorize anyone to sign anything like
4      this.  I never even seen this.  I know there
5      was --
6  Q.  Okay.
7          MR. OETHEIMER:  Matt, you cut off the
8      witness's answer.
9  Q.  Was there something that you were trying to say?
10         MR. OETHEIMER:  He started --
11 Q.  He said, I've never seen this document.  Did you
12     say anything after that?
13         MR. OETHEIMER:  Then he said, I know --
14 A.  I know I got bugged by one of my half-ass
15     neighbors way up the street, at the top of my
16     street, bothering me for about a half hour while
17     I was trying to get my dog in the house so I
18     could go to work.  He was giving me a hard time
19     about why I voted on Anthony's side.
20         And then he asked about the thing you
21     were talking about at the town hall.  So I told
22     him, Go ahead.  If you want to debate it, debate
23     it.  It doesn't bother me.  That wasn't a girl.
24     That was a guy.

39

1  Q.  What vote did you make?
2  A.  I didn't make any vote.  I told him if he wanted
3      to debate it, go ahead and debate it.
4  Q.  What did the person approach you about?
5  A.  About the Wheelabrator.
6  Q.  What were they trying to -- were they trying to
7      get you to sign something in opposition to
8      Wheelabrator?
9          MR. OETHEIMER:  Objection.
10 A.  Yes.
11 Q.  You did not want to sign anything in opposition
12     to Wheelabrator?
13 A.  No.
14 Q.  Is that because you are on Anthony's side?
15         MR. OETHEIMER:  Objection.
16 A.  Well, I don't know if you want to call it sides.
17     I guess it turns out that there is sides, but I
18     already told him, I signed with Anthony.
19 Q.  Okay.  You sided with Anthony on keeping -- your
20     understanding, you signed with Anthony on
21     keeping the Wheelabrator facility open?
22         MR. OETHEIMER:  Objection.
23 A.  Yes.
24 Q.  Okay.

40

1  A.  I also --
2          MR. OETHEIMER:  Hold on.  You keep
3      cutting off -- I appreciate you are remote and
4      the witness is sort of a little halting, but you
5      are cutting off his answers, Matt.  Maybe you
6      want to just be a little more patient and give
7      him an opportunity.
8          MR. ROBB:  Yeah, purely unintentional.  I
9      think it might have to do with the technological
10     delay here.
11         MR. OETHEIMER:  I appreciate that.
12 A.  I also told the guy that nothing comes over here
13     or bothers us from Wheelabrator.  That's when he
14     started giving me information that I didn't have
15     time to listen to and I had to go.
16 Q.  Do you know who this neighbor was?
17 A.  I don't know his name.  I know where he lives.
18 Q.  You understood they were going door to door
19     trying to get people to speak out in opposition
20     to Wheelabrator?
21         MR. OETHEIMER:  Objection.
22 A.  Yes.
23 Q.  All right.  So what my question was before, on
24     or before June 19, 2022, had you ever been

41

1      approached by anyone to sign this document that
2      we marked as Exhibit 2?
3  A.  I'm sorry.  What did he ask me?
4          MR. OETHEIMER:  Why don't you read it
5      back or why don't you say it again.  Basically,
6      repeat the question.
7  Q.  On or before June 19, 2022, which is the date at
8      the bottom of Exhibit 2, had you ever been
9      approached by anyone to ask you to sign a
10     declaration like this?
11 A.  What's Anthony's look like?
12         MR. OETHEIMER:  He's asking what
13     Anthony's looks like.  I don't know, Matt, if
14     you want to show him.  It's obviously got a
15     later date.
16 Q.  What I'm trying to say, we can agree that you
17     didn't sign this document?
18         MR. OETHEIMER:  Exhibit 2?
19         MR. ROBB:  Correct.
20         MR. OETHEIMER:  Not that, Exhibit 2.
21 Q.  As of June 19, 2022, you did not sign that
22     document, right?
23 A.  The only document I signed was Anthony's.  I
24     don't know what the date was unless I look at

---

**42**

1   the paper over there.
2         MR. OETHEIMER:  I can't give it to you
3   but if he -- I will eventually.  He probably
4   will eventually.
5         MR. ROBB:  I can show you what I'll mark
6   as Exhibit 3.
7         (Deposition Exhibit No. 3
8          marked for identification.)
9         MR. OETHEIMER:  Matt, can I provide him
10  with Exhibit 3.
11        MR. ROBB:  Yes, please do.
12  Q.  I have marked as Exhibit 3 a declaration that
13      appears to be signed on August 22, 2022.
14        Do you see that?
15  **A.  Yeah, I do see this.**
16  Q.  Okay.  Now, what I'm asking is, before, on or
17      before June 19th -- now I'm looking at Exhibit
18      2, since June 19th is the date on the Exhibit 2
19      declaration -- had you ever seen a document like
20      this as of June 19, 2022?
21  **A.  I don't know.  I signed Anthony's document**
22  **    before August.**
23  Q.  I see a document August 22, 2022, that we've
24      marked as Exhibit 3.  If you look at the bottom,

---

**43**

1   did you sign the document, the declaration,
2   executed on August 22, 2022?
3         MR. OETHEIMER:  Exhibit 3.
4   **A.  This one?**
5         MR. OETHEIMER:  Yes.
6   **A.  Yeah.  I don't remember if that's the date.**
7   Q.  That's your signature at the bottom of Exhibit
8       3?
9   **A.  This is my signature right here.  I don't**
10  **    remember what date it was.  I thought I signed**
11  **    it long before this other guy had bothered me.**
12  Q.  To the best of your recollection, if you don't
13      remember, that's fine, but when is the first
14      time that you ever saw a blank version of this
15      declaration?
16        MR. OETHEIMER:  Objection.
17  **A.  I didn't see any blank version.**
18  Q.  When is the first time you saw any version of
19      this declaration?
20  **A.  When Anthony come in my driveway and asked me**
21  **    those questions.**
22  **      Can I take this off?**
23        MR. OETHEIMER:  Oh, sure.  Hold on a
24      second.  They witness is warm and would like to

---

**44**

1   take his coat off.
2   **A.  It's a lot more than four questions.  Go ahead.**
3   Q.  You said many -- can you hear me?
4   **A.  I can hear you now.**
5   Q.  You said that you first saw this document when
6       Anthony came into your driveway; is that
7       correct?
8   **A.  That's right.**
9   Q.  Do you recall when that was?
10  **A.  I can't tell you what month, but I know my car**
11  **    was full of pollen then.**
12  Q.  Your what was full of pollen?
13  **A.  You know, our cars.  Our cars were all covered**
14  **    with pollen.  I thought that was one of the wise**
15  **    answers I gave him when he asked me do we get**
16  **    any dust around here.  Sometimes I like to goof**
17  **    around.**
18  Q.  Okay.  What else did you and Anthony talk about?
19  **A.  That's it.  He asked me four questions and then**
20  **    they left.**
21  Q.  Okay.  You signed the document on the date when
22      Anthony came to your driveway?
23  **A.  Yes, sir.**
24  Q.  Where did you sign it?

---

**45**

1   **A.  Did I sign it?  In the driveway.**
2   Q.  Like, on your car or something like that?
3   **A.  No, he had like a, you know, the thing with the**
4   **    clipboard.  Yeah, a clipboard.**
5   Q.  Was Anthony going door to door?
6         MR. OETHEIMER:  Objection.
7   **A.  Not that I could tell.**
8   Q.  You think he came specifically to visit you?
9         MR. OETHEIMER:  Objection.  Foundation.
10  **A.  I don't know about that either, honestly.  I**
11  **    imagine he went to probably a lot of people that**
12  **    he knows.  That would be --**
13  Q.  Do you know why he came to you?
14  **A.  To see if would I sign this thing for him.**
15  Q.  What's your understanding of why he wanted you
16      to sign this declaration?
17        MR. OETHEIMER:  Objection.  Foundation.
18  **A.  It's just my opinion.  You know, like you said,**
19  **    he's a councilman -- what is he, a councilman?**
20        MR. OETHEIMER:  Selectman.
21  **A.  Selectman.  He's a selectmen.  To me, he's just**
22  **    a high politician up in the town hall.  So he**
23  **    was -- probably asked me about this for some**
24  **    reason that I really wasn't concerned or worried**

---

46

1    about.
2  Q.  So you thought he was just trying to get
3      information on a public interest matter?
4  A.  Yeah.
5          MR. OETHEIMER:  Objection.
6  Q.  But you didn't know it was about a lawsuit?
7          MR. OETHEIMER:  Objection.
8  A.  No, I did not.  I didn't even know there was
9      opposition against it, against Wheelabrator.
10 Q.  Except when your neighbor came to express
11     opposition to Wheelabrator, right?
12 A.  Yeah.  That's pretty much when I found out there
13     was something going on.  He was the one that
14     told me about the town hall meeting.
15 Q.  But you told them you didn't want to sign with
16     them?
17         MR. OETHEIMER:  Objection.
18 A.  No.  Why am I going to do that?  I signed with
19     one.  I signed with the other.
20 Q.  You wanted to side with Anthony?
21         MR. OETHEIMER:  Objection.
22 A.  That's right.
23 Q.  I'm going to just direct your attention over to
24     Exhibit 2, which is the June 19, 2022, version.

47

1      Are you looking at that right now?
2  A.  Yeah.
3          MR. OETHEIMER:  He is.  I will take this
4      one back.
5  Q.  All right.  Take a look at the declaration at
6      the top where it says, "Pursuant to 28 U.S.C.,
7      Section 1746, I declare and say," do you see
8      that?
9  A.  Yes.
10 Q.  Are you familiar with 28 U.S.C. 1746?
11 A.  Am I familiar with --
12 Q.  It's a law.  It's a law.  Are you familiar with
13     that law?
14 A.  No, I'm not.
15 Q.  You don't know if that statute allows other
16     people to sign your name without your
17     permission?
18         MR. OETHEIMER:  Objection.
19 A.  No, I did not know that.
20 Q.  Similarly, you don't know if that statute
21     requires the signatory to be the person who is
22     signing the document, do you?
23         MR. OETHEIMER:  Objection.
24 A.  This gives somebody the permission to sign my

48

1      name?
2          MR. OETHEIMER:  Objection.
3  Q.  I was asking you the question.  You had already
4      told me you didn't authorize anyone to sign your
5      name for you, right?
6          MR. OETHEIMER:  Objection.
7          THE WITNESS:  Is this somebody signed my
8      name?
9          MR. OETHEIMER:  I can't answer questions.
10 A.  All right.  Can you ask me that one more time so
11     I can understand it?
12 Q.  Yeah.
13     You didn't authorize anyone to sign your
14     name for you, did you?
15 A.  No, I did not.
16 Q.  Is today the first time you are learning that
17     someone signed your name for you on a legal
18     document?
19         MR. OETHEIMER:  Objection.
20 A.  Yeah.
21         MR. OETHEIMER:  By the way, I will just
22     repeat the statement I have made at other
23     depositions, but for Mr. Cooper's benefit,
24     Wheelabrator has made it clear to Mr. Robb and

49

1      his office that we will not offer to the Court
2      any declarations that were not signed by the
3      person whose name appears on it.
4          So Exhibit 3 that you did sign, we will
5      offer, but I've told Attorney Robb that we will
6      not offer Exhibit 2 that you did not sign
7      yourself.
8          Again, I just want to make that statement
9      for the record to allay any -- to make sure the
10     witness understands we are not seeking to use
11     the document that he did not sign if that's not
12     his authentic signature.
13 Q.  (By Mr. Robb) In fact, you had never seen this
14     document as of June 2022, had you?
15         MR. OETHEIMER:  Objection.  Seen it
16     signed or seen --
17 Q.  Mr. Cooper, I'm asking you, had you ever seen
18     this document, this declaration, as of June 19,
19     2022?
20         MR. OETHEIMER:  Objection, because he was
21     a little unclear about when he saw the form.
22     You are talking about the document bearing his,
23     what purports to be is signature; is that right?
24 Q.  With or without your signature, have you ever

---

**50**

1   seen a document dated June 19, 2022, with a
2   signature on it that was not your own?
3 **A.  No.**
4 Q.  Do you see on paragraph 6 of the declaration
5   where it says, "I declare under penalty of
6   perjury that the foregoing is true and correct"?
7 **A.  I declare under the penalty of perjury --**
8      MR. OETHEIMER:  I will object.  To the
9   extent there's any implication, if the witness
10   didn't sign the document, then that declaration
11   is not something he declared.
12 Q.  Do you see the paragraph that I'm showing you?
13 **A.  No. 6?**
14      MR. OETHEIMER:  Yes.
15 Q.  Yes.
16 **A.  Yes.**
17 Q.  Do you know what perjury is?
18 **A.  No.  I could have seen this piece of paper**
19   **empty.  But I never seen this piece of paper**
20   **written on.**
21 Q.  What I want to ask you, are you comfortable with
22   having someone sign your name for you without
23   seeing the document beforehand knowing that it
24   was signed under the penalty of perjury?

---

**51**

1      MR. OETHEIMER:  Objection.
2 **A.  Am I comfortable with it?  No, of course I'm not**
3   **comfortable with it.**
4 Q.  Now, I'm going to ask you a little bit about
5   Exhibit 3, which you said -- did you sign
6   Exhibit 3 dated August 22, 2022?
7      MR. OETHEIMER:  That one.
8 **A.  Yes.**
9 Q.  Am I correct that paragraph 1 of Exhibit 3
10   indicates your address as 44 Bristow Street,
11   Saugus?
12 **A.  Yes, I see that, yeah.**
13 Q.  That's not your address, is it?
14 **A.  No.**
15 Q.  You haven't lived at your home for only 18
16   years, have you?
17 **A.  No.**
18 Q.  You have lived there for 23?
19 **A.  Yeah.**
20 Q.  Is it fair to say in paragraph 1, you also did
21   not fill out the blank spaces on Exhibit 3?
22 **A.  Say that again.**
23 Q.  Is that your handwriting in paragraph 1?
24 **A.  I want -- no, I want to understand the question.**

---

**52**

1 **Ask me it again.**
2 Q.  Yes.  On paragraph 1 of Exhibit 3, the August
3   declaration that you signed, is that your
4   handwriting?
5 **A.  On the very top?**
6      MR. OETHEIMER:  In paragraph 1 where it
7   says your name and address.
8      **THE WITNESS:  Line one?**
9      MR. OETHEIMER:  Yes, line one.
10 **A.  No, that's not my handwriting.**
11 Q.  Do you know whose handwriting it is?
12 **A.  No.**
13 Q.  But Anthony Cogliano brought this to your home
14   prefilled out?
15      MR. OETHEIMER:  Objection.
16 **A.  Yeah, it might have been already filled out.**
17 Q.  Do you recall if this information was filled in
18   at the time you signed it?
19 **A.  No.  He probably wrote it right there while I**
20   **was in the driveway.**
21 Q.  At least as far as paragraph 1 goes, you didn't
22   write it?
23 **A.  I didn't write that.**
24 Q.  Was anyone else present at the time that he

---

**53**

1   signed the declaration in your driveway?
2 **A.  Yeah, there was somebody in the driver's seat.**
3 Q.  With Anthony?
4 **A.  Yes.**
5 Q.  Who was that?
6 **A.  I don't know who that was.**
7 Q.  Somebody drove Anthony there?
8 **A.  Yeah.**
9 Q.  To your house?
10 **A.  Yeah.**
11 Q.  Was that yes?
12 **A.  I would figure they've probably been driving**
13   **around for a while.**
14 Q.  You don't recall if that information was already
15   filled in at the time you signed it?
16 **A.  I can't recall if that was in there or not in**
17   **there.**
18 Q.  What did Anthony ask you during that
19   conversation in your driveway?
20 **A.  He asked me do I -- he's going to ask me a**
21   **couple of questions about the Wheelabrator.  I**
22   **said okay.  He goes, Do you get any dust up here**
23   **from, you know, any odd kind of dust, not**
24   **pollen, just dust in the air?  I told him no.**

---

**54**

1  He said, Do you get any smell over here?  And I
2  told him, No, we don't smell nothing.  And I
3  made the joke about the pollen in the air.
4      And then he asked me another question
5  that I don't remember what it was.  I told you
6  that when you first asked me that, and then he
7  said, Do you have any problem with the
8  Wheelabrator?  I said only at night when it
9  wakes you up.  That was kind of like another
10  joke because it really don't bother us.
11      Then he asked me, Okay.  Do you want to
12  sign this for us?  We are trying to keep the
13  Wheelabrator going.  I said, Okay.
14 Q.  Great.  Did you do it pretty quick?  Did you
15  take the time to read everything on the paper?
16 A.  No.  Usually I just trust him.
17 Q.  Okay.  When Anthony was there in your driveway
18  and asked you these questions, did you
19  understand this document would be provided to
20  Wheelabrator in a legal proceeding?
21      MR. OETHEIMER:  Objection.
22 A.  No, I thought this was something that had to do
23  with him and his politics.
24 Q.  At the time that Anthony asked you to sign the

**55**

1  statement that is marked as Exhibit 3, did
2  Anthony inform you that there was a proposed
3  class action going on relating to Wheelabrator's
4  odor and dust?
5      MR. OETHEIMER:  Objection.  Foundation.
6  Go ahead.
7 A.  No, this was very quick.  He pulled into the
8  driveway.  I was outside.  He asked me a couple
9  of questions.  He asked me if I would sign it.
10  I signed it, and then him and his buddy took
11  off.
12 Q.  Okay.
13 A.  I actually never really looked at who was
14  driving the car actually.
15 Q.  Yeah.  When Anthony asked you to sign the
16  statement in Exhibit 3, did he inform you
17  you may be a member of a punitive class and that
18  your rights might be impacted by the lawsuit?
19 A.  A punitive class?  I don't know what that is.
20 Q.  So he didn't tell you about that?
21 A.  No.
22      What's a punitive class?
23 Q.  Did he tell you about that?  I can tell you --
24 A.  No, no.

**56**

1 Q.  Earlier on I was saying that Brenda Sweetland
2  filed the lawsuit and she's seeking to represent
3  a class of people in the community who have been
4  impacted by odors and dust.  So a punitive class
5  member is someone who isn't part of the class
6  yet, but the lawsuit could impact your rights if
7  the class is certified.
8      Did Anthony tell you that by signing a
9  statement like this, that you might lose your
10  right in the future to participate or collect on
11  any money that the lawsuit obtains on behalf of
12  the class?
13      MR. OETHEIMER:  Objection.
14 A.  Can I have his name so I can address him
15  correctly?
16      MR. OETHEIMER:  It's Matthew Robb.
17 A.  Matthew Robb.
18 Q.  Yeah, you can call me Matt.
19 A.  Hi, Matt.  Matt, I don't know anything about a
20  lawsuit.  I don't know anything about that.
21 Q.  Okay.  Anthony didn't tell you either?
22 A.  No.  You've asked me that a couple of times or
23  more than a couple of times.
24 Q.  Okay.

**57**

1 A.  I don't lie.  So I've told you I don't know how
2  many times, I don't know anything about a
3  lawsuit.
4 Q.  I appreciate that.
5      Did Anthony tell you that he was there on
6  behalf of Wheelabrator and that Wheelabrator
7  doesn't represent your interests in the case?
8      MR. OETHEIMER:  Objection.
9 A.  If I remember right, I'm pretty sure he
10  mentioned this was something about Wheelabrator.
11 Q.  Did he say that he was getting that signature
12  for Wheelabrator?
13 A.  No, I didn't get any into details, no.
14 Q.  Have you ever heard of a law firm called Goodwin
15  Procter?
16 A.  No.
17 Q.  That's where Richard Oetheimer works and they
18  represent Wheelabrator.
19      Have you ever heard --
20      THE WITNESS:  That's you?
21      MR. OETHEIMER:  Yes.
22 Q.  -- of the law firm called Liddle Sheets Coulson?
23      MR. OETHEIMER:  Me.  He's pointing to me.
24  Yes, that's me.  It's me and it's my law firm,

**58**

1    but he hasn't heard of Goodwin Procter or me.
2  Q.  Have you ever heard of a law firm called Liddle
3       Sheets Coulson?
4           MR. OETHEIMER:  That's him.
5  **A.  The only time I heard your name was this guy**
6       **Jack.**
7           MR. OETHEIMER:  When somebody basically
8       told you --
9           **THE WITNESS:  Call you.**
10          MR. OETHEIMER:  -- to come here.
11          **THE WITNESS:  That's the only thing I can**
12      **think of.**
13          MR. OETHEIMER:  You should be thanking
14      us.  Actually, the subpoena actually didn't make
15      it to his address.  So we basically arranged his
16      attendance.  Because the last time when you
17      subpoenaed people in August, obviously that
18      didn't happen.  We attempted to secure his
19      attendance today and apparently we succeeded.
20  Q.  (By Mr. Robb) Well, in any case, I think we know
21      the answer, but when Anthony talked to you to
22      ask you to sign the document, he didn't tell you
23      that you have a right to contact us to ask what
24      legal rights you might have in the case?

**59**

1  **A.  Again, I didn't know there was a case.  I**
2       **thought I was signing something for him to do**
3       **with his politics.  I hate politics.  Because**
4       **quite frankly, we don't have any real just**
5       **politics anymore.  Take a look at your**
6       **president.**
7           **Now, I got that piece of paper, I signed**
8       **it for Anthony.  Anthony is a friend of mine.  I**
9       **trust him.  I figured it was something to do**
10      **with his politics that I do not get involved in**
11      **and I went back to what I was doing.  He went**
12      **off and that is the last I heard of it.**
13  Q.  Okay.  Anthony didn't tell you about your rights
14      in the lawsuit and that you didn't actually read
15      this disclaimer at the very bottom, it's not
16      true that you acknowledged all of that, is it?
17          MR. OETHEIMER:  Objection.
18  **A.  It's not true what?**
19  Q.  If you look, see the asterisk at the bottom
20      underneath the signature page, "I understand and
21      agree that: (1) I'm signing this voluntarily and
22      I will not suffer any consequences if I decide
23      not to sign it; (2) I have been informed that
24      there is a proposed class action alleging that

**60**

1       Wheelabrator has emitted noxious odors and dust
2       and that I may be a member of the proposed
3       class; (3) I'm providing this to Wheelabrator
4       and its attorneys who do not represent me and
5       who may use it to defend against the proposed
6       class action."
7  **A.  No, I did not.**
8  Q.  "And (4) before signing, I was informed that I
9       have the right to contact plaintiff's counsel in
10      the pending lawsuit, Liddle Sheets Coulson."
11      It's not correct that you understood that
12      at the time you signed it, is it?
13  **A.  I did not read that and he did not ask me to**
14      **read it.**
15  Q.  Do you know if Jack, the man who texted you
16      about today's deposition, is the same person who
17      was in the car with Anthony?
18  **A.  No, I did not know that either.**
19  Q.  Do you know Jack?
20  **A.  I don't even know if that's true.  I don't know**
21      **who Jack is and I don't know if Jack was in the**
22      **car with him.  What's Jack last name?**
23  Q.  That's what I would like to know.
24  **A.  Yeah, I don't know either.**

**61**

1  Q.  You spoke to him on the phone?
2  **A.  Yeah.**
3  Q.  Do you know what his interest was in making sure
4       that you showed up today?
5           MR. OETHEIMER:  Objection.
6  **A.  Well, I just assumed it had something to do with**
7       **helping Anthony out.**
8  Q.  That's what you wanted to do?
9           **THE WITNESS:  Is this mine?**
10          MR. OETHEIMER:  Sure.  Yes.
11  **A.  Sorry, sir?**
12  Q.  That's what you wanted to do is help Anthony
13      this whole time, right?
14          MR. OETHEIMER:  Objection.
15  **A.  Yeah.**
16  Q.  Is that a yes?
17  **A.  Yes.  It had to do with my name on here.  So --**
18  Q.  Are you comfortable having a document that you
19      did not sign offered as evidence in litigation
20      when you didn't even know who wrote the
21      information?
22          MR. OETHEIMER:  Which document?  The
23      document that's in front of him at this point,
24      Matt, Exhibit 3 --

62

1    MR. ROBB: Yes.
2    MR. OETHEIMER: -- is the one he signed.
3  Are you asking about that document?
4  Q.  A document that wasn't signed by you used as
5     evidence in litigation when you don't know who
6     wrote the information?
7    MR. OETHEIMER: Well, objection. Asked
8  and answered. I thought you asked him that
9  before, I thought, when he had Exhibit 2 in
10 front of him.
11    MR. ROBB: I asked him if he was
12 comfortable.
13 Q.  I'm referencing Exhibit 2 from June 2022 that
14    you did not sign. Are you comfortable having
15    that declaration that you did not sign used as
16    evidence when you don't even know who wrote the
17    information including your signature?
18    MR. OETHEIMER: Objection. Asked and
19 answered. But yes, he is asking you about
20 Exhibit 2, the one that does not have your
21 signature.
22 **A.  Okay. As far as this one goes, I honestly don't**
23    **know what to think of this because the guy that**
24    **I had talked to that lived up the street, I**

63

1     **talked to him after I had already signed**
2     **Anthony's thing.**
3       **Obviously this -- obviously this is**
4     **totally out of line because it has a date on it**
5     **before August. Isn't June before August?**
6    MR. OETHEIMER: Yes.
7  **A.  Or am I losing my mind here?**
8  Q.  Yes, it is.
9  **A.  That's enough of that. This, I don't know what**
10    **this is.**
11 Q.  Okay. Would you agree that Exhibit 2 from June
12    was forged?
13    MR. OETHEIMER: Objection. Legal
14 characterization.
15 **A.  In my opinion, I would have to say yes.**
16 Q.  Have you consulted with anybody to figure out if
17    you have a legal remedy against the person who
18    forged your signature under the penalty of
19    perjury even though you hadn't seen the
20    document?
21    MR. OETHEIMER: Objection.
22 **A.  I'm sorry, Matt. Can you repeat that so I can**
23    **understand it.**
24 Q.  Yeah.

64

1       Have you asked anyone or consulted with
2  anyone if you have a legal remedy against the
3  person who forged your name to a document that
4  you hadn't seen?
5    MR. OETHEIMER: Objection.
6  **A.  I didn't even know this existed. So how could I**
7    **do that?**
8  Q.  Well, are you considering whether you may have a
9     legal remedy against somebody for forging your
10    name on a document?
11    MR. OETHEIMER: Objection.
12 **A.  Well, the only person that would come down to is**
13    **Brenda Sweetland.**
14 Q.  Well, I'll represent to you that this document
15    was produced by and for Wheelabrator in the case
16    and that this is being used as evidence to
17    defeat Brenda Sweetland's position that people
18    are experiencing odors and dust.
19    MR. OETHEIMER: Objection. That's a
20 mischaracterization.
21 Q.  This is not a document that was produced by the
22 plaintiff, Brenda Sweetland.
23    MR. OETHEIMER: Part of that is true.
24 Part of it is not. I don't know if you are

65

1  deliberately misrepresenting. It is a document
2  that Wheelabrator provided.
3       Once Wheelabrator determined that it had
4  not been signed by the declarant, by Mr. Cooper
5  in this case, we indicated that we would not be
6  presenting it. So Wheelabrator is not using
7  Exhibit 2, the document that you did not sign.
8       We are using Exhibit 3, the document you
9  did sign, and the paragraphs, the questions, you
10    can take a look at them, are the same. But we
11    are using Exhibit 3 that you signed. We are not
12    using Exhibit 2. We are not presenting Exhibit
13    2 in evidence in this lawsuit.
14 Q.  (By Mr. Robb) Mr. Cooper, looking at Exhibit 3,
15    the August document that you did sign, are you
16    comfortable with having this document submitted
17    as evidence in court even though you did not get
18    any information that there was an ongoing
19    lawsuit and that you were just providing the
20    document because you thought it had to do with a
21    political matter that Anthony wanted you to
22    sign?
23    MR. OETHEIMER: Objection.
24    **THE WITNESS: Where did you get this? Is**

66

1   this from Anthony?
2        MR. OETHEIMER:  Yes.
3        THE WITNESS:  That's from Anthony?
4        MR. OETHEIMER:  Yes.
5   A.  This here, you can tear this up.  If you have
6       any more questions, or I'm going to be leaving
7       the building now.  Okay?  You've asked me the
8       same --
9   Q.  You wouldn't like that declaration to be used as
10      evidence in this case?
11       MR. OETHEIMER:  Listen to the question,
12      the one you signed, you are okay with this one
13      being used?
14       THE WITNESS:  Who gave you that piece of
15      paper there?
16       MR. OETHEIMER:  It was provided to
17      Wheelabrator by Anthony Cogliano.
18       THE WITNESS:  Okay.  Put that in your
19      file.  What are you going to do with this?
20       MR. OETHEIMER:  I don't want to do
21      anything with that.
22   A.  You want it.  Now I got a lot of things to do.
23       It was nice meeting you, Matt.
24   Q.  Well, Mr. Cooper, I want to clarify.  If you are

67

1   saying that you do not want any statements from
2   you used as evidence in the lawsuit, then you
3   may be excused as far as I'm concerned.  But if
4   not, I need to know what I'm asking you about
5   and, you know, I'm requesting that you not
6   leave.  You are free to take a break, if you
7   would like.  I would be happy to finish up --
8        MR. OETHEIMER:  We can take a break
9   because I have a few questions I want to ask you
10  when Matt finishes.
11  Q.  (By Mr. Robb) I want to know if you are
12      comfortable having this statement that you did
13      sign used as evidence even though you were not
14      told about an ongoing lawsuit or your rights in
15      the case?
16  A.  Okay.  Time out.  Can you guys listen to my
17      question for a minute?
18       Does this have anything to do with going
19      forward with a lawsuit?
20       MR. OETHEIMER:  Yes.  This statement that
21      you signed, Exhibit 3, that was provided to
22      Wheelabrator by Anthony Cogliano, Wheelabrator
23      intends to use in the lawsuit.
24       THE WITNESS:  In a lawsuit?

68

1        MR. OETHEIMER:  Yes.
2        THE WITNESS:  Okay.  Then where does the
3   part come in that I did not know anything about
4   a lawsuit?  I was not informed that that had
5   anything to do with a lawsuit.
6        MR. OETHEIMER:  What we are using this
7   for, and we can ask you questions, is basically
8   we would use it, your answers, that you don't
9   have any issues with odors or dust.  That's all
10  we are using it for.
11       THE WITNESS:  Yeah, I don't have any
12  issues with odors and dust.
13       MR. OETHEIMER:  You are fine, you've
14  signed that and that's all -- those are the only
15  questions I intend to ask you.
16       THE WITNESS:  Well, that's what I thought
17  was going to happen in the first place.
18       MR. OETHEIMER:  Okay.
19  Q.  (By Mr. Robb) Mr. Cooper, given -- if you look
20      at the bottom where it says, "I understand and
21      agree" to all these following things about an
22      ongoing lawsuit going on and your rights in the
23      lawsuit and all that, since you didn't read it
24      and you weren't aware of that, are you

69

1   comfortable with that document being used as
2   evidence against the plaintiff in this case?
3        MR. OETHEIMER:  Objection.  And the
4   witness -- I will ask you questions.  I will
5   tell you about the lawsuit and I will tell you
6   what -- when I get my turn, I will tell you
7   about the lawsuit and I will you what we are
8   using it for, and you can tell me if you have
9   any problem.  Why don't you wait for my
10  question.
11       THE WITNESS:  I didn't read the bottom.
12       MR. OETHEIMER:  I understand.
13  Q.  (By Mr. Robb) Given that you didn't read the
14      bottom, if Wheelabrator is willing to agree not
15      to use your declaration, then I would be happy
16      to excuse you from further questioning on the
17      subject.  But otherwise, I do need to know what
18      you know about the testimony you provided and
19      how you provided it.
20       MR. OETHEIMER:  Right.  I think he's
21      answered all your questions sort of ad nauseam.
22      So, Matt, why don't you wrap up so we can try to
23      get him out of here this afternoon.
24       I think he's given you the answer that he

70

1  didn't read the sort of disclaimer.  He wasn't
2  aware of the lawsuit and Anthony didn't tell him
3  about it.  So for whatever -- you have that
4  information for whatever it's worth.
5        But he's also testified that the
6  statements in the statement he signed are true
7  and that he basically was asked those questions
8  at the time.  So let's move on.
9        MR. ROBB:  He also testified that the
10  form was filled out by someone other than
11  himself --
12        MR. OETHEIMER:  No, I understand,
13  correct.
14        MR. ROBB:  -- that it provide 18 years
15  he's resided at his residence, which is not
16  true.  That it says the wrong address at the
17  top, and that he signed it for a friend because
18  he thought he was supporting an issue of public
19  concern.
20        I think that this should certainly be
21  stricken and not used as evidence.  Wheelabrator
22  thinks that it should be used as evidence.
23  Q.  (By Mr. Robb) Mr. Cooper, are you comfortable
24      with that document being used as evidence given

71

1  what you've learned today?
2        MR. OETHEIMER:  Objection.
3  A.  Right now I'm comfortable with it.  What do you
4      have -- what's the plaintiff, the people that
5      are complaining?
6        MR. OETHEIMER:  The plaintiff is Brenda
7  Sweetland, the person who brought the lawsuit.
8  A.  Okay.  What harm is being done to them?
9  Q.  The plaintiff is complaining about noxious odors
10      and dust that have impacted her ability to use
11      her property and have clogged up her pool drains
12      over and over again and that it made it so that
13      she has to close the windows when the weather is
14      nice.
15        The defendant is saying that that's not
16  true.
17        MR. OETHEIMER:  Not true.
18  Q.  For your purposes, the defendant is trying to
19      use your declaration to oppose the lawsuit, and
20      if you are not comfortable having your
21      declaration used, I'm sure that Wheelabrator
22      will respect that position.
23        MR. OETHEIMER:  The purpose -- the
24  plaintiff complains about those things.  She

72

1  lives on Dudley Street.  Wheelabrator is using
2  your declaration and the declarations of other
3  people in the neighborhood to say that whatever
4  Ms. Sweetland may think she experiences, there
5  are other people in the same Saugus neighborhood
6  who do not experience odors or dust and have no
7  complaints.  That's what Wheelabrator would like
8  to use your declaration for if you are
9  comfortable with it.
10        THE WITNESS:  Okay.  Where did this come
11  from?
12        MR. OETHEIMER:  That was provided to
13  Wheelabrator by Anthony Cogliano.
14        THE WITNESS:  This was?
15        MR. OETHEIMER:  It was.  But --
16        THE WITNESS:  With my name -- with
17  supposedly my name on it?
18        MR. OETHEIMER:  It was your name on it
19  but it wasn't signed by you.
20        MR. ROBB:  It says John Copper, not John
21  Cooper.
22        THE WITNESS:  Anthony gave you both of
23  these?
24        MR. OETHEIMER:  Yes.

73

1        THE WITNESS:  That sounds a little
2  screwed up.
3        MR. OETHEIMER:  When they became aware
4  that that was not signed, we asked -- you were
5  asked to sign this one as to -- to attest that
6  that information is true.
7        Again, let me just be clear, we are not
8  using Exhibit 2.  It was provided, but we are
9  not any longer using it.  I will represent to
10  you that we will not -- Wheelabrator is not
11  using Exhibit 2 that you did not sign.
12        We would like to use Exhibit 3, which you
13  signed.
14        THE WITNESS:  I didn't know this came --
15  this came from Anthony, too?
16        MR. OETHEIMER:  Yes.
17        THE WITNESS:  Well, that ain't right
18  neither.
19        MR. ROBB:  Off the record.
20        (Recess taken.)
21  Q.  (By Mr. Robb) We are back on the record.  I just
22      have two more questions for you.
23        One, are you upset about what you've
24      learned here today?

**Page 74**

1    MR. OETHEIMER:  Objection.  You can
2  answer.
3  A.  I'm upset about --
4    MR. OETHEIMER:  That Exhibit 2?
5    THE WITNESS:  Yes.
6  A.  I don't care if we are friends or not, he still
7    should have did a different way.  That I will
8    take up with him.
9  Q.  Okay.
10  A.  What's the next question?
11  Q.  You are upset that your name was put on a
12    document that you had never seen?
13  A.  Well, it's the same guy that wrote the document.
14    So yeah, I'm upset with him not telling me that
15    he was doing this.  Yes.
16  Q.  Are you also upset that you weren't made aware
17    of any lawsuit or that you could be brought into
18    this by signing that document?
19  A.  Yeah.  Yeah.  If -- okay.  Never mind.  We are
20    on record.  Go ahead.
21  Q.  You go ahead.  Do you have anything more you
22    want to say?
23  A.  Yeah.  I don't like the idea of this and, you
24    know, the guy is a friend of mine and I consider

**Page 75**

1    him my friend.  But this is something I got to
2    take up with him personally, him doing that.
3    Okay?  I'm straightforward.
4  Q.  Okay.  With everything you learned today, would
5    you prefer that both of these declarations
6    weren't used in this lawsuit since you weren't
7    told about the lawsuit?
8    MR. OETHEIMER:  Objection.
9  A.  No, I really can't go back on my word with this.
10    But I'm going to have words with him.  That's
11    pretty much --
12  Q.  I understand.  Did Anthony give you a copy of
13    either one of those declarations to keep for
14    your records or review?
15  A.  No.
16  Q.  Is today the first time you ever saw a hard
17    copy, other than the day in the driveway when
18    you signed the second one?
19  A.  Today is the first time I've ever seen the thing
20    I signed.
21    MR. OETHEIMER:  After you signed it?
22    THE WITNESS:  Huh?
23    MR. OETHEIMER:  You saw it when you
24    signed it, but it's the first time since then?

**Page 76**

1    THE WITNESS:  I only seen it for a couple
2  seconds.  I signed it for him and he kept on
3  going.
4    MR. OETHEIMER:  Understood.
5  A.  But that's my fault for trusting somebody that I
6    trust without looking into it.  That's how you
7    learn lessons in life.  I learned a lousy lesson
8    today that, I don't know, maybe he pulled a fast
9    one on me.  But that's going to be between me
10    and him.  I'm not going to take it back and then
11    end up in a fight with him.  I'm not going to do
12    that.
13  Q.  You think it might cause a fight with him if you
14    took your declaration back?
15  A.  That's how --
16    MR. OETHEIMER:  Objection.
17  A.  That's how fights and grudges start.
18  Q.  I understand.  And you don't want to get into
19    that with a friend?
20  A.  No, not as far as -- no.  No.  Relationships
21    have gone too far in to never speak again over
22    something like this.  You guys can work it out
23    with all the other people who are complaining on
24    his side or on their side.  I'm not going to end

**Page 77**

1    our friendship over one signature.  It ain't
2    worth it.
3    MR. ROBB:  I understand.  I have no more
4  questions.
5    Thank you for your honest testimony.
6    MR. OETHEIMER:  Okay.  Mr. Cooper, I
7  won't keep you much longer.
8
9    Examination by Mr. Oetheimer:
10  Q.  Let just establishment sort of where you live
11    and all that.
12  A.  Didn't we get that done with Matt?
13  Q.  I have a couple of questions.
14    MR. OETHEIMER:  What exhibit number,
15    Matt?  3 was the last one, right?  This will be
16    Exhibit 4?
17    MR. ROBB:  Yes.
18    (Deposition Exhibit No. 4
19    marked for identification.)
20  Q.  (By Mr. Oetheimer) I have put in front of what
21    will be Exhibit 4.  That little red pin, does
22    that show the location of your home at 45
23    Bristow Street?
24  A.  Yeah, pretty close.

78

1   Q.  That basically shows the area?
2   A.  Yes.
3          MR. OETHEIMER:  And I will have this
4   marked as Exhibit 5.
5          (Deposition Exhibit No. 5
6          marked for identification.)
7   Q.  Is that photograph a Google Earth photograph of
8       your home?
9   A.  Yes.
10  Q.  In the inset in the upper right-hand corner, do
11      recognize, is that the rear of your home in the
12      upper right-hand corner?
13  A.  Yeah, it looks like it.
14  Q.  Is that a swimming pool?  Do you have a pool?
15  A.  Yeah, the gazebo's on the deck.  That probably
16      is my home, yeah.
17  Q.  How often do you use your swimming pool during
18      the summer?
19         MR. ROBB:  I'm going to object to this
20      line of questioning.  It's going beyond the
21      scope of the allowed discovery, which is limited
22      to the way that these declarations were obtained
23      and the truth of the declarations.
24         MR. OETHEIMER:  Right.  Right.

79

1   Q.  (By Mr. Oetheimer) One of the things your
2       declaration says, Mr. Cooper, is that you enjoy
3       numerous activities outside at your property.
4       That's in the declaration you signed.  Are there
5       activities that you enjoy outside at your
6       property?
7   A.  Outside of my property, like on my property?
8   Q.  I mean on your property, but outside of the
9       home.  Outdoors rather than indoors.
10  A.  Yeah.
11  Q.  What types of activities?
12  A.  Taking the dog out, mostly the pool, and riding
13      my motorcycle.
14  Q.  Okay.  How often do you --
15  A.  I don't ride it around here.
16  Q.  How often do you and your wife use the pool in
17      the summer?
18  A.  We use it quite a bit.  My nieces come over.  My
19      in-laws come over.  You know, it's basically
20      used a lot because of my nieces.
21  Q.  Does your son have children?
22  A.  No, he does not.  He don't ever come over.
23  Q.  But your family, nieces, the pool is used.  Has
24      anyone ever complained about experiencing

80

1   noxious or foul odors while they were using the
2   swimming pool?
3   A.  No.  Sorry.  I keep that pool sparkling clean.
4   Q.  Do you have any issues with unusual amounts of
5       dust or ash accumulating on your pool or on your
6       filter?
7   A.  Well, I got to be honest with you, I don't even
8       know what ash looks like.
9   Q.  I will just have --
10  A.  Ash, like I had a fireplace going and there was
11      ashes burning off?
12  Q.  Let me just ask you, obviously I understand the
13      issues that you have with Exhibit 2, the
14      declaration you did not sign.
15  A.  Yes.
16  Q.  When Anthony brought Exhibit 3, the one that you
17      did sign out in your driveway, you said he asked
18      you some questions.  And you answered the
19      questions and then you signed this.
20         Paragraph or point 2, point 2 of your
21      declaration of August 22, Exhibit 3, says, "I do
22      not ever notice noxious odors at my home."
23         Was that statement true in August 2022?
24  A.  Yeah.

81

1   Q.  Is it true today?
2   A.  Yeah.
3   Q.  So you stand by the statement that you do not
4       ever notice noxious odors at your home, correct?
5       And that's been true for the whole 23 years you
6       have been there?  Is that statement true?
7   A.  In the format that you are talking about, yes,
8       that's true.
9          We get plenty of skunks and that kind of
10      stuff.  That's a funny odor.
11         (Telephone interruption.)
12
13         MR. OETHEIMER:  All right.  Back on the
14      record.
15  Q.  (By Mr. Oetheimer) I think we have covered this,
16      but have you ever experienced unusual amounts of
17      dust or ash at your property?
18  A.  How many times are you guys going to ask me this
19      stuff?
20  Q.  I guess this will be the last time.
21  A.  Okay.  No.
22  Q.  Just pollen, right?
23  A.  Pollen is everywhere.
24  Q.  I understand.  I have a lot of it every spring.

82

1    I have a lot of it on my driveway and car.
2  A.   Pollen was a joke.  That's all pollen was, was a
3    joke.
4  Q.   Do you experience any odors at your property
5    that you attribute to the Wheelabrator facility?
6  A.   Sorry.
7  Q.   Do you experience any odors or smells at your
8    property that you think are coming from
9    Wheelabrator?
10  A.   No.
11  Q.   Do you experience any dust or ash or dirt at
12    your property that you think is coming from
13    Wheelabrator?
14  A.   No.
15    MR. OETHEIMER:  All right.
16    THE WITNESS:  Did you say I'm here
17    legally, I have to be here, Matt?
18    MR. OETHEIMER:  Yes, they subpoenaed --
19    MR. ROBB:  You are here pursuant to
20    subpoena.  I don't have any problem with you
21    being excused at this point.
22    I think there is a question because the
23    declarations both had the wrong address on them,
24    that you never saw the subpoena, and so

83

1  certainly I think that you have rights to say
2  it's not valid.
3    If you wish to be excused, I would be
4  happy to excuse you, and I don't know if Richard
5  would have any objection at this point.
6    MR. OETHEIMER:  I have no more questions.
7  So unless Matt has any more questions, you are
8  done.
9    MR. ROBB:  I think we got everything that
10  we possibly needed from you today and we are
11  grateful for you trying to help sort this
12  problem out.
13    MR. OETHEIMER:  Thank you.
14    (Deposition concluded 2:05 p.m.)
15
16
17
18
19
20
21
22
23
24

84

1    CERTIFICATE
2
3
4    I, JOHN COOPER, do hereby certify
    that I have read the foregoing transcript of my
5    testimony, and I further certify that said
    transcript is a true and accurate record of said
6    testimony.
7
    Signed under the penalties of perjury
8  this       day of        , 2022.
9
10
11
12    JOHN COOPER
13
14
15
16
17
18
19
20
21
22
23
24

85

1    CERTIFICATE
2
3  COMMONWEALTH OF MASSACHUSETTS )
          ) ss.
4  COUNTY OF MIDDLESEX      )
5
    I, Robert M. Bramanti, Registered
6  Merit Reporter and Notary Public within and for
    the Commonwealth of Massachusetts, do hereby
7  certify:
8    That, JOHN COOPER, the witness whose
    deposition is hereinbefore set forth, was duly
9  sworn by me, and that the foregoing transcript
    is a true record of the testimony given by such
10  witness.
11    I further certify that I am not
    related to any of the parties in this matter by
12  blood or marriage, and that I am in no way
    interested in the outcome of this matter.
13
    IN WITNESS WHEREOF, I have
14  hereunto set my hand and seal this  16th  day
    of   December     2022.
15
16
17    B.H.M. Bramanti
    Notary Public
18
19
    My Commission expires:
20  September 9, 2027
21
22
23
24

BRAMANTI & LYONS COURT REPORTING, INC. 617.723.7321

```
                86
        E R R A T A   S H E E T

PAGE, LINE    AS TRANSCRIBED      CORRECTION

---------     -------------------------------
---------     -------------------------------
---------     -------------------------------
---------     -------------------------------
---------     -------------------------------
---------     -------------------------------
---------     -------------------------------
---------     -------------------------------
---------     -------------------------------
---------     -------------------------------
---------     -------------------------------
---------     -------------------------------
---------     -------------------------------
---------     -------------------------------
---------     -------------------------------
---------     -------------------------------
---------     -------------------------------
---------     -------------------------------
---------     -------------------------------

              JOHN COOPER      DATE
```

**Exhibits**

**Cooper Ex 1** 12:2, 3

**Cooper Ex 2** 34:14,18,23 36:9 41:2,8,18,20 42:17, 18 46:24 49:6 62:9, 13,20 63:11 65:7, 12,13 73:8,11 74:4 80:13

**Cooper Ex 3** 34:20 42:6,7,10,12,24 43:3,7,8 49:4 51:5, 6,9,21 52:2 55:1,16 61:24 65:8,11,14 67:21 73:12 80:16, 21

**Cooper Ex 4** 77:16,18,21

**Cooper Ex 5** 78:4, 5

**(**

**(1)** 59:21
**(2)** 59:23
**(3)** 60:3
**(4)** 60:8

**1**

**1** 12:2,3 35:12 51:9, 20,23 52:2,6,21
**11** 13:4,5
**12** 11:5
**121-CV-10759** 4:15
**12:30** 11:5
**12:37** 13:16
**13-year-old** 21:7
**13th** 13:15
**15** 11:14
**1746** 47:7,10
**18** 36:20 51:15 70:14
**19** 34:7,15 35:3 37:5 40:24 41:7,21 42:20 46:24 49:18 50:1
**19th** 42:17,18

**1st** 25:15

**2**

**2** 34:14,18,23 36:9 41:2,8,18,20 42:18 46:24 49:6 62:9,13, 20 63:11 65:7,12,13 73:8,11 74:4 80:13, 20
**20** 11:11
**2022** 13:4 34:7,15 35:3 40:24 41:7,21 42:13,20,23 43:2 46:24 49:14,19 50:1 51:6 62:13 80:23
**22** 36:14,17 42:13, 23 43:2 51:6 80:21
**23** 36:20 51:18
**26** 12:21
**28** 47:6,10

**3**

**3** 34:20 42:6,7,10, 12,24 43:3,8 49:4 51:5,6,9,21 52:2 55:1,16 61:24 65:8, 11,14 67:21 73:12 77:15 80:16,21

**4**

**4** 77:16,18,21
**40** 14:23
**44** 12:5 36:9 51:10
**45** 12:12,13,19 36:6 77:22

**5**

**5** 78:4,5
**508 498-2506** 10:24 11:2

**6**

**6** 50:4,13

**8**

**8** 13:4

**8th** 13:5

**9**

**9th** 10:24

**A**

**a.m.** 13:4,5
**ability** 7:7 71:10
**accumulating** 80:5
**acknowledged** 59:16
**across** 12:14 13:24
**action** 4:12 14:19, 20,24 15:1 16:6 55:3 59:24 60:6
**activities** 79:3,5,11
**actually** 55:13,14 58:14 59:14
**ad** 69:21
**address** 10:7 12:10,11 13:10 36:6,13,19 51:10,13 52:7 56:14 58:15 70:16
**advice** 26:19 30:10
**affect** 18:5
**after** 38:12 63:1 75:21
**afternoon** 4:9 69:23
**afterwards** 19:11
**again** 15:14 18:1, 15,20 41:5 49:8 51:22 52:1 59:1 71:12 73:7 76:21
**against** 14:10 46:9 60:5 63:17 64:2,9 69:2
**age** 22:6
**agree** 41:16 59:21 63:11 68:21 69:14
**agreement** 29:19 30:2
**ahead** 5:5 17:23 18:22 38:22 39:3 44:2 55:6 74:20,21
**air** 8:10 53:24 54:3

**allay** 49:9
**allegation** 16:13
**alleging** 59:24
**allowed** 78:21
**allows** 47:15
**alls** 27:6
**alone** 21:8
**amount** 30:1
**amounts** 80:4
**another** 54:4,9
**answer** 5:8,19,24 6:5,11,12 7:4,7,8,9 8:5,20,21 9:1,13,17 10:5 11:13 14:7 15:15,16,18,21,22 17:14 18:7,19 19:9, 22,23 25:9 38:8 48:9 58:21 69:24 74:2
**answered** 17:23 62:8,19 69:21 80:18
**answering** 6:8 7:11,13
**answers** 40:5 44:15 68:8
**Anthony** 5:16 6:9, 14 8:1,24 9:23 10:6 13:19 20:23 21:10 22:2,16,17,20 23:9, 14,23 25:10,18 26:1,2,8,15,17,21 27:18 28:17 29:8,13 30:8 39:18,19,20 43:20 44:6,18,22 45:5 46:20 52:13 53:3,7,18 54:17,24 55:2,15 56:8,21 57:5 58:21 59:8,13 60:17 61:7,12 65:21 66:1,3,17 67:22 70:2 72:13,22 73:15 75:12 80:16
**Anthony's** 10:11 21:19 24:12 38:19 39:14 41:11,13,23 42:21 63:2
**anymore** 59:5
**apparently** 58:19
**appear** 12:21 13:4 25:2
**appearance** 4:17 13:23

**appears** 42:13 49:3
**appreciate** 40:3,11 57:4
**approach** 23:17 39:4
**approached** 18:8 41:1,9
**area** 20:12,13 78:1
**arranged** 13:23 58:15
**ash** 80:5,8,10
**ashes** 80:11
**asks** 12:20
**assume** 34:19
**assumed** 61:6
**asterisk** 59:19
**attempted** 58:18
**attendance** 58:16, 19
**attended** 33:22,24
**attention** 25:12 46:23
**attest** 73:5
**attorney** 7:13,17 49:5
**attorneys** 5:11 60:4
**August** 42:13,22, 23 43:2 51:6 52:2 58:17 63:5 65:15 80:21,23
**authentic** 49:12
**authorize** 38:1,3 48:4,13
**aware** 18:9 29:8,13, 17,24 37:21,24 68:24 70:2 73:3 74:16

**B**

**back** 10:2 11:6 14:6 18:20 25:19 30:17 41:5 47:4 59:11 73:21 75:9 76:10,14
**bad** 29:7
**barracks** 30:19
**basically** 15:18 41:5 58:7,15 68:7

70:7 78:1 79:19

**bearing** 49:22

**before** 4:12 5:3
10:20,21 14:1,12
16:16 17:20 19:5
23:23 24:22 40:23,
24 41:7 42:16,17,22
43:11 60:8 62:9
63:5

**beforehand** 50:23

**beginning** 14:8

**behalf** 6:13 16:6,19
56:11 57:6

**benefit** 48:23

**between** 76:9

**beyond** 78:20

**bit** 26:11 51:4 79:18

**blank** 35:13 43:14,
17 51:21

**blowing** 8:10

**board** 27:2,3

**both** 5:11 37:8
72:22 75:5

**bother** 8:11 16:3
30:7 38:23 54:10

**bothered** 43:11

**bothering** 38:16

**bothers** 40:13

**bottom** 7:23 35:2,4
41:8 42:24 43:7
59:15,19 68:20
69:11,14

**break** 67:6,8

**Brenda** 4:11 17:2
37:10 56:1 64:13,
17,22 71:6

**bring** 30:17

**Bristow** 12:6,13,19
36:6,9 51:10 77:23

**Broadway** 31:14

**brother** 22:6

**brought** 16:18,21
17:1 34:3 52:13
71:7 74:17 80:16

**buddy** 55:10

**bugged** 38:14

**building** 66:7

**burning** 80:11

**business** 27:10,13

**businesses** 27:5

**busy** 24:2

---

**C**

**C-O-O-P-E-R** 4:22
5:7

**C-O-P-P-E-R** 4:22

**call** 6:14,15 8:19
9:24 10:2 26:18
39:16 56:18 58:9

**called** 4:3 6:10 7:18
9:4,10 57:14,22
58:2

**calling** 14:6

**cancer** 14:23

**car** 44:10 45:2
55:14 60:17,22

**care** 74:6

**career** 31:11

**carpentry** 27:6,10

**cars** 8:9 44:13

**case** 4:14 5:12 16:5
57:7 58:20,24 59:1
64:15 65:5 66:10
67:15 69:2

**cash** 30:1

**ceiling** 21:9 23:18

**certainly** 70:20

**certified** 56:7

**characterization**
63:14

**children** 79:21

**circled** 36:18

**city** 23:11

**civil** 4:12

**clarification** 6:3

**clarify** 66:24

**clarity** 13:22 16:23

**Clark** 33:20

**class** 14:19,20,24
15:1 16:6,19 55:3,
17,19,22 56:3,4,5,7,
12 59:24 60:3,6

**clean** 30:18,19 31:4
80:3

**cleaner** 31:13

**cleaners** 30:18,24

**cleans** 31:2

**clear** 7:17 19:7 36:1
48:24 73:7

**clipboard** 45:4

**clogged** 71:11

**close** 15:10 71:13
77:24

**clothes** 30:16

**co-chair** 29:8,13

**coach** 19:8,21

**coaching** 15:20
19:14

**coat** 44:1

**Cogliano** 5:16 6:9
20:23 21:19 22:20
26:21 29:2 32:18,20
52:13 66:17 67:22
72:13

**Cogliano's** 9:24

**collect** 14:22 29:24
56:10

**Colonna** 12:21

**comfortable** 50:21
51:2,3 61:18 62:12,
14 65:16 67:12 69:1
70:23 71:3,20 72:9

**committee** 29:9,14

**communicate**
26:2,7

**communicated**
26:14 27:17

**community** 16:7
17:4 18:12 29:19
56:3

**company** 16:9
21:10,17,18 28:18
31:7

**complained** 79:24

**complaining** 16:7
71:5,9 76:23

**complains** 71:24

**complaint** 16:13

**complaints** 19:4
20:4,7,11 72:7

**concern** 70:19

**concerned** 45:24
67:3

**confused** 17:24

**consequences**
59:22

**consider** 22:15
74:24

**considering** 64:8

**construction** 7:16
21:11 26:18

**construction-type**
8:23

**consulted** 63:16
64:1

**contact** 58:23 60:9

**contacted** 13:11

**conversation** 7:6
53:19

**Cooper** 4:3,9,22
5:2,7 9:19 11:17
12:15,19 16:24
19:17 34:21 35:2
49:17 65:4,14 66:24
68:19 70:23 72:21
77:6 79:2

**Cooper's** 48:23

**Copper** 12:5,15
34:6,14 35:14,19
72:20

**copy** 34:9,10,13,17
75:12,17

**corner** 22:5,9
78:10,12

**correct** 12:8,16,18
13:15 16:23 17:19
36:7,21 41:19 44:7
50:6 51:9 60:11
70:13

**correctly** 56:15

**Coulson** 57:22
58:3 60:10

**councilman** 26:23,
24 45:19

**counsel** 4:4,11,19
6:4 7:20 60:9

**couple** 8:8 9:10
25:7,11 28:3 53:21
55:8 56:22,23 76:1
77:13

**course** 51:2

**court** 4:13 49:1
65:17

**covered** 44:13

**creating** 20:12

**cuff** 31:6

**cut** 38:7

**cutting** 40:3,5

---

**D**

**damages** 16:9

**date** 41:7,15,24
42:18 43:6,10 44:21
63:4

**dated** 50:1 51:6

**day** 14:6 75:17

**days** 9:10

**dealing** 16:5

**debate** 18:24 20:15
38:22 39:3

**debating** 20:19

**December** 10:24
13:4,5,15 25:15

**decide** 59:22

**deck** 78:15

**declarant** 65:4

**declaration** 32:9,
11 34:5,14 37:4
41:10 42:12,19
43:1,15,19 45:16
47:5 49:18 50:4,10
52:3 53:1 62:15
66:9 69:15 71:19,21
72:2,8 76:14 79:2,4
80:14,21

**declarations** 7:24
49:2 72:2 75:5,13
78:22,23

**declare** 47:7 50:5,7

**declared** 50:11

**deep** 30:4

**defeat** 64:17

**defend** 60:5

**defendant** 4:19
71:15,18

**defense** 7:20

**delay** 40:10

**deliberately** 65:1

**deliver** 30:16,18 31:2

**depends** 24:1

**deposition** 5:2,3 7:18 12:3 23:19 24:17 25:1,3,6,9 26:3,6,9,12 34:23 42:7 60:16 77:18 78:5

**depositions** 48:23

**details** 57:13

**determined** 65:3

**different** 13:10 74:7

**direct** 46:23

**directly** 19:24

**disclaimer** 59:15 70:1

**discovery** 78:21

**District** 4:13,14

**document** 11:18, 23 34:21 35:20,23 36:4,23 37:15,21 38:1,11 41:1,17,22, 23 42:19,21,23 43:1 44:5,21 47:22 48:18 49:11,14,18,22 50:1,10,23 54:19 58:22 61:18,22,23 62:3,4 63:20 64:3, 10,14,21 65:1,7,8, 15,16,20 69:1 70:24 74:12,13,18

**dog** 23:4 38:17 79:12

**dollars** 14:22

**door** 40:18 45:5

**Doug** 33:20

**Doyle** 12:21

**drains** 71:11

**drive** 30:15

**driver's** 4:6 53:2

**driveway** 8:10 43:20 44:6,22 45:1 52:20 53:1,19 54:17 55:8 75:17 80:17

**driving** 53:12 55:14

**drove** 53:7

**Dudley** 72:1

**duly** 4:6

**dust** 16:8 18:11 20:11,16 28:14,15 32:10 44:16 53:22, 23,24 55:4 56:4 60:1 64:18 68:9,12 71:10 72:6 80:5

---

**E**

**Earlier** 56:1

**Earth** 78:7

**easier** 9:18 34:11

**educated** 28:20

**Elizabeth** 33:7

**emitted** 60:1

**employed** 30:12

**employees** 31:3,4

**empty** 50:19

**end** 8:19 22:8 25:23 27:11 76:11,24

**enjoy** 79:2,5

**enjoyment** 16:11

**enters** 30:1

**erase** 11:9

**erased** 10:15

**establishment** 77:10

**eventually** 42:3,4

**Everett** 31:14 33:10,16

**everyday** 7:9

**evidence** 37:22 61:19 62:5,16 64:16 65:13,17 66:10 67:2,13 69:2 70:21, 22,24

**exactly** 9:3

**examination** 4:4 5:1 77:9

**examined** 4:7

**Except** 46:10

**excuse** 69:16

**excused** 67:3

**executed** 35:3 43:2

**exhibit** 12:2,3 34:14,18,20,23 36:9 41:2,8,18,20 42:6,7, 10,12,17,18,24

43:3,7 46:24 49:4,6 51:5,6,9,21 52:2 55:1,16 61:24 62:9, 13,20 63:11 65:7,8, 11,12,14 67:21 73:8,11,12 74:4 77:14,16,18,21 78:4,5 80:13,16,21

**existed** 64:6

**expand** 29:20

**expect** 8:2

**experience** 72:6

**experienced** 19:3

**experiences** 18:11 29:3 72:4

**experiencing** 64:18 79:24

**express** 46:10

**extended** 23:5

**extent** 50:9

---

**F**

**facility** 16:8 17:5 18:10 19:4 20:5 29:4 39:21

**fact** 20:23 49:13

**facts** 15:23

**fair** 51:20

**false** 37:15

**falsely** 37:13

**familiar** 47:10,11, 12

**family** 22:16,17,23 23:2,5,8 24:14 79:23

**fast** 17:6 76:8

**fault** 76:5

**Fernandez** 32:22 33:1,2,3,4,5

**fight** 76:11,13

**fights** 76:17

**figure** 53:12 63:16

**figured** 59:9

**file** 66:19

**filed** 56:2

**fill** 51:21

**filled** 52:16,17 53:15 70:10

**filter** 80:6

**find** 9:9,16 15:3

**fine** 43:13 68:13

**finish** 67:7

**finishes** 67:10

**fireplace** 80:10

**firm** 57:14,22,24 58:2

**fit** 15:19

**fixing** 23:17

**floor** 12:22

**following** 68:21

**follows** 4:7

**foregoing** 50:6

**forged** 63:12,18 64:3

**forget** 8:11 21:20 27:13

**forging** 64:9

**form** 49:21 70:10

**forward** 67:19

**foul** 80:1

**found** 46:12

**Foundation** 7:5 17:22 45:9,17 55:5

**frankly** 59:4

**free** 67:6

**frequently** 24:4

**friend** 9:24 10:12 22:14,15 59:8 70:17 74:24 75:1 76:19

**friendlier** 22:13

**friends** 22:7 24:6 74:6

**friendship** 77:1

**front** 61:23 62:10 77:20

**full** 44:11,12

**funerals** 22:8

**future** 56:10

---

**G**

**gatherings** 24:11

**gave** 44:15 66:14 72:22

**gazebo's** 78:15

**girl** 38:23

**give** 18:15 40:6 42:2 75:12

**giving** 38:18 40:14

**good** 4:9 29:6 30:10

**Goodwin** 57:14 58:1

**goof** 44:16

**Google** 78:7

**government** 29:18

**Great** 5:8 54:14

**group** 15:10,11 24:15

**groups** 32:3,6

**grudges** 76:17

**guess** 10:13 28:20 39:17

**guy** 9:11 38:24 40:12 43:11 58:5 62:23 74:13,24

**guy's** 9:8

**guys** 9:12 21:1,3 24:8 67:16 76:22

---

**H**

**half** 38:16

**half-ass** 38:14

**hall** 18:23 20:15,19 33:23 38:21 45:22 46:14

**halting** 40:4

**handing** 34:16

**handwriting** 35:16,19,24 51:23 52:4,10,11

**handwritten** 36:3 37:7

**happen** 58:18 68:17

**happened** 22:7

**happy** 67:9 69:15

**hard** 34:9,10,17
38:18 75:16

**harm** 71:8

**hate** 59:3

**heading** 21:20
27:12

**headings** 27:11

**hear** 11:6 18:20
20:22 44:3,4

**heard** 14:9 15:1
18:21 20:3,7 24:16
25:14,20 26:2
57:14,19 58:1,2,5
59:12

**held** 18:10

**helping** 61:7

**helps** 9:11 31:8

**high** 45:22

**hire** 21:17

**Hold** 9:8 10:23 40:2
43:23

**holiday** 24:11

**home** 51:15 52:13
77:22 78:8,11,16
79:9 80:22

**honest** 77:5 80:7

**honestly** 45:10
62:22

**hope** 11:4

**host** 29:19 30:2

**hour** 38:16

**house** 6:16 7:16
20:24 21:3,8 22:21,
24 23:3 24:10,12
38:17 53:9

**hurry** 23:20

---

**I**

**idea** 74:23

**identification** 12:4
34:24 42:8 77:19
78:6

**identified** 4:5

**imagine** 45:11

**impact** 56:6

**impacted** 55:18
56:4 71:10

**implication** 50:9

**in-laws** 79:19

**including** 62:17

**incorrect** 36:24
37:5

**indicated** 65:5

**indicates** 51:10

**indoors** 79:9

**inform** 55:2,16

**information** 9:20
21:23 36:21,23
37:4,13,15 40:14
46:3 52:17 53:14
61:21 62:6,17 65:18
70:4 73:6

**informed** 25:8
59:23 60:8 68:4

**inset** 78:10

**intend** 68:15

**intends** 67:23

**interest** 46:3 61:3

**interests** 57:7

**interference**
16:10,11

**introduce** 12:1
34:13

**introduced** 14:8

**involved** 32:3
59:10

**issue** 20:15 28:6
70:18

**issues** 17:4 68:9,12
80:4,13

---

**J**

**J-O-H-N** 5:7

**Jack** 9:8,11,18
10:1,4,11,16,21
13:19 24:18 58:6
60:15,19,21,22

**Jeff** 33:15,18

**jobs** 27:4

**John** 4:3 5:7 9:23
12:5,19 34:6,14
35:14,19 72:20

**joke** 54:3,10

**June** 34:7,15 35:3
36:14,17 37:5 40:24
41:7,21 42:17,18,20
46:24 49:14,18 50:1
62:13 63:5,11

---

**K**

**keeping** 20:19
39:19,21

**kind** 20:7 53:23
54:9

**knew** 10:8 28:4

**knowing** 50:23

---

**L**

**laundry** 31:2

**law** 47:12,13 57:14,
22,24 58:2

**lawsuit** 14:9,10,17,
24 15:7,8 16:18,21
17:2,20 18:8 19:1
27:19,20 28:1,4
37:23 46:6 55:18
56:2,6,11,20 57:3
59:14 60:10 65:13,
19 67:2,14,19,23,24
68:4,5,22,23 69:5,7
70:2 71:7,19 74:17
75:6,7

**lawyer** 18:2

**lawyers** 15:3

**learn** 76:7

**learned** 15:6 24:24
71:1 73:24 75:4
76:7

**learning** 26:8 48:16

**leave** 67:6

**leaving** 21:7 66:6

**left** 9:24 10:13 11:3
44:20

**legal** 27:10 48:17
54:20 58:24 63:13,
17 64:2,9

**lesson** 76:7

**lessons** 76:7

**license** 4:6

**Liddle** 57:22 58:2
60:10

**lie** 57:1

**life** 7:9 76:7

**limited** 78:21

**listen** 18:6 40:15
66:11 67:16

**litigation** 61:19
62:5

**live** 6:15 23:2 30:5
37:20 77:10

**lived** 36:19 51:15,
18 62:24

**lives** 22:9,23 40:17
72:1

**living** 26:22

**local** 32:3,5,6

**located** 31:13

**location** 11:5 77:22

**long** 22:2,3 25:24
30:6 43:11

**longer** 73:9 77:7

**looked** 55:13

**lose** 56:9

**losing** 63:7

**lot** 11:10 22:10
24:14 26:17 28:15
44:2 45:11 66:22
79:20

**loud** 9:22

**lousy** 76:7

**loyal** 23:4

**Lynnfield** 12:22

---

**M**

**machine** 11:14

**made** 48:22,24 54:3
71:12 74:16

**mail** 11:13

**Main** 12:21

**make** 4:16 6:6 7:6
15:4 17:16 28:20
39:1,2 49:8,9 58:14

**makes** 35:18

**making** 17:24 18:1
20:4,8,10 61:3

**man** 13:24 60:15

**Marchese** 33:7

**Marines** 14:23

**mark** 42:5

**marked** 12:4 34:24
41:2 42:8,12,24
55:1 77:19 78:4,6

**Massachusetts**
4:6,14 12:6,22

**Matt** 13:10 16:17
19:12 34:9 38:7
40:5 41:13 42:9
56:18,19 61:24
63:22 66:23 67:10
69:22 77:12,15

**matter** 4:11 46:3
65:21

**Matthew** 4:10
56:16,17

**means** 11:6

**meet** 22:4

**meeting** 18:24
20:14,18 22:8 33:24
46:14 66:23

**meetings** 18:9
33:22

**member** 27:1 55:17
56:5 60:2

**members** 23:2,8

**mentioned** 25:19
27:20 28:5 57:10

**message** 10:1,13,
20 11:3,10 24:17

**messages** 11:12

**met** 14:5

**mind** 6:8 63:7 74:19

**mine** 22:15 59:8
61:9 74:24

**minute** 18:15 25:17
67:17

**minutes** 11:11,14

**mischaracterizati
on** 64:20

**misrepresenting**
65:1

**misspelled** 7:22

**misunderstand**
16:24

**money** 15:4 56:11

month 44:10

months 8:8

morning 23:15

motorcycle 79:13

move 70:8

moved 33:16

multiple 16:21

---

**N**

nature 21:2

nauseam 69:21

necessarily 17:14

needed 23:11

negotiate 29:19

neighbor 22:5
40:16 46:10

neighborhood
16:22 17:10,15
20:10 24:15 72:3,5

neighbors 17:2
38:15

nice 66:23 71:14

nieces 79:18,20,23

night 54:8

nightclubs 27:7

nods 21:15

noise 8:11

notice 80:22

November 25:21,
23 26:13

noxious 60:1 71:9
80:1,22

number 10:23 11:1
77:14

numerous 79:3

Nuzzo 33:9

---

**O**

object 15:19,20
16:17 19:13 50:8
78:19

objection 5:17,21
6:4 7:2,3,6 8:3 9:2
13:6 15:13,14 16:2
17:22 18:13,18
19:6,13 20:17 24:19
25:16,22 26:4,10,16
28:2,8,19 29:5,11,
22 30:3 37:1,6,16
39:9,15,22 40:21
43:16 45:6,9,17
46:5,7,17,21 47:18,
23 48:2,6,19 49:15,
20 51:1 52:15 54:21
55:5 56:13 57:8
59:17 61:5,14 62:7,
18 63:13,21 64:5,
11,19 65:23 69:3
71:2 74:1 75:8
76:16

objections 17:24
18:2 19:24

obtained 78:22

obtains 56:11

obviously 13:9
41:14 58:17 63:3
80:12

odd 53:23

odor 18:11 32:10
55:4

odors 16:8 20:16
28:7,9 56:4 60:1
64:18 68:9,12 71:9
72:6 80:1,22

Oetheimer 4:18,19
5:17,21,24 7:2,4,11
8:3 9:2,13,16 11:8
13:3,6,9 14:1,2
15:13,22 16:2,16
17:9,13,22 18:5,13,
15,22 19:6,7,10,12,
18,19 20:2,17
21:13,15 24:19
25:5,16,22 26:4,10,
16 28:2,8,19 29:5,
11,22 30:3 31:9
32:13 33:3 34:9,16
35:24 37:1,6,16
38:7,10,13 39:9,15,
22 40:2,11,21 41:4,
12,18,20 42:2,9
43:3,5,16,23 45:6,9,
17,20 46:5,7,17,21
47:3,18,23 48:2,6,9,
19,21 49:15,20
50:8,14 51:1,7 52:6,
9,15 54:21 55:5
56:13,16 57:8,17,
21,23 58:4,7,10,13
59:17 61:5,10,14,22
62:2,7,18 63:6,13,
21 64:5,11,19,23
65:23 66:2,4,11,16,
20 67:8,20 68:1,6,
13,18 69:3,12,20
70:12 71:2,6,17,23
72:12,15,18,24
73:3,16 74:1,4 75:8,
21,23 76:4,16 77:6,
9,14,20 78:3,24
79:1

Oetheimer's 19:24

offer 49:1,5,6

offered 61:19

office 49:1

official 29:18

ongoing 65:18
67:14 68:22

open 15:11 16:1
39:21

operation 29:21
31:6

opinion 29:1 45:18
63:15

opportunity 40:7

oppose 71:19

opposition 39:7,11
40:19 46:9,11

organizations
32:4,6

originally 33:16

Outdoors 79:9

owns 30:24

---

**P**

p.m. 13:16

paper 8:6 28:22
42:1 50:18,19 54:15
59:7 66:15

papers 21:21 27:23

paragraph 35:12
50:4,12 51:9,20,23
52:2,6,21 80:20

paragraphs 65:9

part 10:17 22:17
26:19 29:17 30:13
56:5 64:23,24 68:3

participate 56:10

party 24:13

patient 40:6

pay 25:12

penalty 50:5,7,24
63:18

pending 4:12 60:10

people 15:4 18:24
19:3 20:4,7,15 22:9
30:5 33:10 40:19
45:11 47:16 56:3
58:17 64:17 71:4
72:3,5 76:23

people's 18:11

perjury 50:6,7,17,
24 63:19

permission 47:17,
24

permit 16:15

person 6:19,22 9:4
34:1 37:12,17 39:4
47:21 49:3 60:16
63:17 64:3,12 71:7

personally 75:2

phone 6:10 10:23
11:10 61:1

photograph 78:7

physical 34:17

pick 30:15,17

picture 13:7

piece 50:18,19 59:7
66:14

pin 77:21

place 6:11 10:6
13:2 68:17

plaintiff 4:4 16:19
64:22 69:2 71:4,6,9,
24

plaintiff's 4:10
60:9

plant 16:1,14 17:7

play 11:11

plural 16:20

point 34:20 61:23
80:20

pointed 36:6

pointing 57:23

police 30:16,21,22

Polini 33:15,18

political 65:21

politician 45:22

politics 30:8,9
54:23 59:3,5,10

pollen 28:16 44:11,
12,14 53:24 54:3

pool 71:11 78:14,17
79:12,16,23 80:2,3,
5

portion 37:8,9

position 64:17
71:22

prefer 75:5

prefilled 52:14

present 52:24

presenting 65:6,12

president 59:6

pretty 46:12 54:14
57:9 75:11 77:24

private 30:5 34:1

probably 35:18
36:12 42:3 45:11,23
52:19 53:12 78:15

problem 21:24
54:7 69:9

proceeding 54:20

Procter 57:15 58:1

produced 64:15,21

property 16:10,12
71:11 79:3,6,7,8

proposed 55:2
59:24 60:2,5

provide 29:2 34:13
42:9 70:14

provided 7:20 32:8
34:6 37:21 54:19
65:2 66:16 67:21
69:18,19 72:12 73:8

providing 60:3
65:19

public 46:3 70:18

pulled 55:7 76:8

punitive 16:19
55:17,19,22 56:4

purely 49:8

purports 49:23

purpose 71:23

purposes 71:18

Pursuant 47:6

put 24:20 30:15
34:10 37:15 66:18
74:11 77:20

**Q**

question 5:8 6:1,6, 8 7:7 8:12 15:15,19 17:15 18:6,19 19:17 20:3 26:18 32:15 40:23 41:6 48:3 51:24 54:4 66:11 67:17 69:10 74:10

questioning 69:16 78:20

questions 6:11,12 7:8,10,12,13,14 8:6, 7,20 9:1,14 10:6 15:18,23 17:12,13 19:9,10,23 23:22 25:9 27:24 28:11,21 43:21 44:2,19 48:9 53:21 54:18 55:9 65:9 66:6 67:9 68:7, 15 69:4,21 70:7 73:22 77:4,13 80:18,19

quick 54:14 55:7

quicker 18:17

**R**

read 9:19 37:2,3 41:4 54:15 59:14 60:13,14 68:23 69:11,13 70:1

real 59:4

rear 78:11

reason 11:9 45:24

recall 44:9 52:17 53:14,16

receipts 27:11

received 13:7

recess 73:20

recognize 78:11

recollection 43:12

record 5:6,22 15:14 18:3,18 20:1 49:9 73:19,21 74:20

records 75:14

red 77:21

reference 12:2

referencing 62:13

regarding 18:10 32:10

relating 55:3

relation 14:9 37:22

Relationships 76:20

remedy 63:17 64:2, 9

remember 10:14 43:6,10,13 54:5 57:9

remote 40:3

repeat 41:6 48:22 63:22

represent 11:21 16:4 17:3 27:1 34:5 56:2 57:7,18 60:4 64:14 73:9

represents 5:12

requesting 67:5

requires 47:21

resided 70:15

residence 11:22 70:15

residents 16:6,21

respect 71:22

rest 31:10

restaurants 27:7

revenue 30:1

review 75:14

revoke 16:14

Richard 4:16,18 14:1 33:9 34:12 57:17

ride 79:15

riding 79:12

right-hand 35:7 78:10,12

rights 55:18 56:6 58:24 59:13 67:14 68:22

Robb 4:9,10 5:1 12:1 15:20,24 16:23 19:15,16 34:12 37:9 40:8 41:19 42:5,11 48:24 49:5,13 56:16,17 58:20 62:1,11 65:14 67:11 68:19 69:13 70:9, 14,23 72:20 73:19, 21 77:3,17 78:19

Robb's 5:24 7:13

role 29:17

rooms 6:17

rotator 31:6

**S**

Sarah 32:18,20

satisfactorily 4:5

Saugus 4:12,20 12:6 16:7,22 23:6 29:9,10,14,15,21,24 30:6 31:21 33:10, 13,17 36:7 51:11 72:5

scope 78:21

screen 11:18 24:20 34:4,22

screwed 73:2

seat 53:2

seconds 76:2

Section 47:7

secure 58:18

seeking 16:9 49:10 56:2

Selectman 45:20, 21

selectmen 27:2,3 45:21

sense 35:18

sent 5:16 10:7 11:22

served 13:9

session 5:9

share 34:4

Sheets 57:22 58:3 60:10

Shepherd 21:7

show 9:5,20 11:17 34:20 41:14 42:5 77:22

showed 13:18 32:12 35:1 61:4

showing 11:5 13:19 25:8 32:13 50:12

shows 78:1

shut 16:14 17:7

20:20

side 15:12,17,24 35:7 38:19 39:14 46:20 76:24

sided 39:19

sides 39:16,17

sign 27:23 28:22 38:1,3 39:7,11 41:1, 9,17,21 43:1 44:24 45:1,14,16 46:15 47:16,24 48:4,13 49:4,6,11 50:10,22 51:5 54:12,24 55:9, 15 58:22 59:23 61:19 62:14,15 65:7,9,15,22 67:13 73:5,11 80:14,17

signatory 47:21

signature 35:3,6, 10 43:7,9 49:12,23, 24 50:2 57:11 59:20 62:17,21 63:18 77:1

signed 32:16 39:18,20 41:23 42:13,21 43:10 44:21 46:18,19 48:7,17 49:2,16 50:24 52:3,18 53:1, 15 55:10 59:7 60:12 62:2,4 63:1 65:4,11 66:12 67:21 68:14 70:6,17 72:19 73:4, 13 75:18,20,21,24 76:2 79:4 80:19

significant 30:1

signing 47:22 56:8 59:2,21 60:8 74:18

similar 17:4

Similarly 47:20

sir 30:22 44:23 61:11

sit 26:9

slug 31:8

smell 20:11 28:12 54:1,2

smells 28:10

socialize 24:8

son 22:6 30:24 31:5 79:21

son's 31:15

soot 8:9

sort 17:23 18:1,2

40:4 69:21 70:1 77:10

sounds 73:1

space 35:13

spaces 51:21

sparkling 80:3

speak 22:12 40:19 76:21

speaking 16:20

specifically 27:18 45:8

spell 5:5

spoke 61:1

stands 29:24

start 76:17

started 38:10 40:14

state 5:5 30:16,22

stated 20:9

statement 29:2 48:22 49:8 55:1,16 56:9 67:12,20 70:6 80:23

statements 7:19 34:3 67:1 70:6

States 4:13

statute 47:15,20

Stephanie 32:22 33:1,3,4,5

Stephen 31:16,17, 21

stored 11:12

straight 34:19

straightforward 75:3

street 12:6,13,14, 19,21 36:7,10 37:20 38:15,16 51:10 62:24 72:1 77:23

stricken 70:21

stuff 8:23 24:11 31:4 36:1

subject 69:17

submitted 65:16

subpoena 11:21 12:20 13:13 24:21, 22 58:14

subpoenaed 58:17

**succeeded** 58:19

**suffer** 59:22

**summer** 78:18
79:17

**support** 28:22

**supporting** 70:18

**supports** 28:17

**supposed** 7:8,9
17:12

**supposedly** 72:17

**Sweetland** 4:11
17:3 37:10 56:1
64:13,22 71:7 72:4

**Sweetland's** 64:17

**swimming** 78:14,
17 80:2

**sworn** 4:6

_____

**T**

**tag** 31:4

**takes** 11:11

**taking** 21:4 79:12

**talk** 8:24 11:4
23:16,19,23 24:3
26:1,5,11,13,17
28:7,14 30:8,9
44:18

**talked** 6:15,19,22
10:20 13:19,24 14:4
17:19 23:14 27:18,
21 58:21 62:24 63:1

**talking** 22:9 24:5
38:21 49:22

**talks** 24:7

**tear** 66:5

**technological**
40:9

**telling** 6:5 15:15
74:14

**Ten** 22:3

**testified** 4:7 70:5,9

**testimony** 69:18
77:5

**text** 9:23 10:20
24:17 35:22 36:3

**texted** 60:15

**thanking** 58:13

**thing** 10:18 15:10
18:2 22:13 23:21
24:20 32:11 36:18
38:20 45:3,14 58:11
63:2 75:19

**things** 24:6 34:19
66:22 68:21 71:24
79:1

**thinks** 70:22

**thought** 10:17 15:9
24:21 43:10 44:14
46:2 54:22 59:2
62:8,9 65:20 68:16
70:18

**thousands** 14:22

**throwing** 18:16

**time** 10:9 13:12
14:4 15:6 19:16
22:3 23:14 24:16,24
30:13 31:5 32:24
37:3 38:18 40:15
43:14,18 48:10,16
52:18,24 53:15
54:15,24 58:5,16
60:12 61:13 67:16
70:8 75:16,19,24

**times** 19:20 24:1
26:1,7,14 27:17
28:4 56:22,23 57:2

**today** 6:22,24 7:6,
19 8:2,14,17,18,22
9:5 10:8 11:1,3
13:15,18 14:12 15:6
17:20 32:9 34:3
48:16 58:19 61:4
71:1 73:24 75:4,16,
19 76:8

**today's** 23:19
60:16

**told** 8:2,4 19:19
23:20 28:3,12 38:21
39:2,18 40:12
46:14,15 48:4 49:5
53:24 54:2,5 57:1
58:8 67:14 75:7

**top** 34:6 38:15 47:6
52:5 70:17

**totally** 63:4

**town** 18:23 20:15,
19 23:6 27:8 29:9,
14,18 31:21,23
33:23 38:21 45:22
46:14

**Troop** 30:19,20

**trouble** 11:19

**true** 50:6 59:16,18
60:20 64:23 70:6,16
71:16,17 73:6 80:23

**trust** 54:16 59:9
76:6

**trusting** 76:5

**truth** 78:23

**turn** 69:6

**turns** 39:17

**TV** 14:21

**type** 22:13

**typed** 36:1 37:8

**types** 79:11

_____

**U**

**U.S.C.** 47:6,10

**Uh-huh** 21:12

**unclear** 49:21

**underneath** 59:20

**understand** 5:12
6:1,2,7 11:16 13:18
18:23 19:15 20:14,
18 48:11 51:24
54:19 59:20 63:23
68:20 69:12 70:12
75:12 76:18 77:3
80:12

**understanding**
14:16 15:9 28:6
39:20 45:15

**understands**
49:10

**understood** 17:17
40:18 60:11 76:4

**unintentional** 40:8

**United** 4:13

**unusual** 80:4

**upper** 78:10,12

**upset** 73:23 74:3,
11,14,16

**useless** 11:10

_____

**V**

**values** 16:10

**version** 43:14,17,
18 46:24

**visit** 45:8

**voice** 10:1,13 11:13

**voluntarily** 59:21

**vote** 39:1,2

**voted** 38:19

_____

**W**

**wait** 11:14 69:9

**wakes** 54:9

**walked** 5:15

**wanted** 15:10 17:5,
16 25:1 39:2 45:15
46:20 61:8,12 65:21

**wanting** 26:8

**warm** 43:24

**watch** 21:6

**weather** 71:13

**week** 23:24 24:1

**weeks** 25:7,11

**Wheelabrator**
4:12,20 7:10,12,15,
21 8:11 10:18 14:10
18:10 19:4 20:5,19
27:22 28:17,23
29:3,9,14,20 30:2
31:17,18 32:10
33:23 37:22 39:5,8,
12,21 40:13,20
46:9,11 48:24 53:21
54:8,13,20 57:6,10,
12,18 60:1,3 64:15
65:2,3,6 66:17
67:22 69:14 70:21
71:21 72:1,7,13
73:10

**Wheelabrator's**
29:20 55:3

**wife** 23:4 24:6,7
30:23 31:7,9 79:16

**windows** 71:13

**wise** 44:14

**witness** 4:3,23
5:23 15:21 18:4,21
34:17 40:4 43:24
48:7 49:10 50:9
52:8 57:20 58:9,11
61:9 65:24 66:3,14,
18 67:24 68:2,11,16
69:4,11 72:10,14,
16,22 73:1,14,17
74:5 75:22 76:1

**witness's** 4:21
38:8

**wondering** 27:16

**word** 17:6 19:1 75:9

**words** 75:10

**work** 21:2,11,17
22:21,22 30:23
31:1,9,23 38:18
76:22

**work-related** 24:3

**worked** 22:20 23:8
31:17,21

**workers** 21:8

**working** 6:16 21:9

**works** 10:16 57:17

**worried** 45:24

**worth** 70:4 77:2

**wrap** 69:22

**write** 35:22 36:3
52:22,23

**writing** 37:12

**written** 9:21 34:18
36:12 50:20

**wrong** 70:16

**wrote** 52:19 61:20
62:6,16 74:13

_____

**Y**

**years** 14:23 22:3
36:20 51:16 70:14