# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

BRENDA SWEETLAND, on behalf of )
herself and all others similarly situated, )
                                   )
                  Plaintiff, )     Civil Action No. 1:21-cv-10759-LTS
                                     )
vs. )
                                       )
WHEELABRATOR SAUGUS, INC., )
                                       )
                  Defendant. )

## DECLARATION

Pursuant to 28 U.S.C. § 1746 I declare and say:

1. My name is _Lou Spadafora_, and I live at _23 Mountain Ave_,

    approximately _1 ½_ miles from the Wheelabrator Saugus waste-to-energy facility.

    I _own / rent_ my home and have lived at this address for about _20_ years.

2. I do not ever notice noxious odors at my home.

3. I do not ever notice unusual or unnatural amounts of dust or ash on my property.

4. I enjoy numerous activities outside at my property, and neither odors, dust nor ash has

    affected my outdoor activities in any way.

5. I do not think odors, dust or ash have affected my property value.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _1/2/22_           Signed: _Louis Spadafora_

\***I understand and agree that: (1) I am signing this voluntarily and I will not suffer any consequence if I decide not to sign it; (2) I have been informed that there is a proposed class action alleging that Wheelabrator has emitted noxious odors and dust and that I may be a member of the proposed class; (3) I am providing this to Wheelabrator and its attorneys who do not represent me and who may use it to defend against the proposed class action; and (4) before signing, I was informed that I have the right to contact plaintiff's counsel in the pending lawsuit, Liddle Sheets Coulson P.C.***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

BRENDA SWEETLAND, on behalf of )
herself and all others similarly situated, )
)
              Plaintiff, )     Civil Action No. 1:21-cv-10759-LTS
)
vs. )
)
WHEELABRATOR SAUGUS, INC., )
)
              Defendant. )

## <u>DECLARATION</u>

Pursuant to 28 U.S.C. § 1746 I declare and say:

1. My name is _Anthony Cogliano_, and I live at _27 Serino Way Saugus, MA_

   approximately _1.6_ miles from the Wheelabrator Saugus waste-to-energy facility.

   I _(own)_ / rent___ my home and have lived at this address for about _31_ years.

2. I do not ever notice noxious odors at my home.

3. I do not ever notice unusual or unnatural amounts of dust or ash on my property.

4. I enjoy numerous activities outside at my property, and neither odors, dust nor ash has

   affected my outdoor activities in any way.

5. I do not think odors, dust or ash have affected my property value.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _6/11/22_        Signed: _____

***I understand and agree that: (1) I am signing this voluntarily and I will not suffer any consequence if I decide not to sign it; (2) I have been informed that there is a proposed class action alleging that Wheelabrator has emitted noxious odors and dust and that I may be a member of the proposed class; (3) I am providing this to Wheelabrator and its attorneys who do not represent me and who may use it to defend against the proposed class action; and (4) before signing, I was informed that I have the right to contact plaintiff's counsel in the pending lawsuit, Liddle Sheets Coulson P.C.***

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

BRENDA SWEETLAND, on behalf of )
herself and all others similarly situated, )
                       )
              Plaintiff, )       Civil Action No. 1:21-cv-10759-LTS
                       )
vs. )
                       )
WHEELABRATOR SAUGUS, INC., )
                       )
              Defendant. )

## DECLARATION

Pursuant to 28 U.S.C. § 1746 I declare and say:

1. My name is _Stephen Basile_, and I live at _18 Serino Way, Saugus, Mα 01906_
   approximately _1/2_ miles from the Wheelabrator Saugus waste-to-energy facility.
   I _(own)_ / rent my home and have lived at this address for about _13_ years.

2. I do not ever notice noxious odors at my home.

3. I do not ever notice unusual or unnatural amounts of dust or ash on my property.

4. I enjoy numerous activities outside at my property, and neither odors, dust nor ash has
   affected my outdoor activities in any way.

5. I do not think odors, dust or ash have affected my property value.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _Stephen Basile_      Signed: _7/1_

\*\*\*I understand and agree that: (1) I am signing this voluntarily and I will not suffer any
consequence if I decide not to sign it; (2) I have been informed that there is a proposed class action
alleging that Wheelabrator has emitted noxious odors and dust and that I may be a member of the
proposed class; (3) I am providing this to Wheelabrator and its attorneys who do not represent me
and who may use it to defend against the proposed class action; and (4) before signing, I was
informed that I have the right to contact plaintiff's counsel in the pending lawsuit, Liddle Sheets
Coulson P.C.\*\*\*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

BRENDA SWEETLAND, on behalf of )
herself and all others similarly situated, )
                                           )
                    Plaintiff, )          Civil Action No. 1:21-cv-10759-LTS
                                           )
vs.                                        )
                                           )
WHEELABRATOR SAUGUS, INC., )
                                           )
                    Defendant. )

## DECLARATION

Pursuant to 28 U.S.C. § 1746 I declare and say:

1. My name is _John Russo_, and I live at _10 Jessino Way_, approximately _1_ miles from the Wheelabrator Saugus waste-to-energy facility. I (own) / rent my home and have lived at this address for about _50_ years.

2. I do not ever notice noxious odors at my home.

3. I do not ever notice unusual or unnatural amounts of dust or ash on my property.

4. I enjoy numerous activities outside at my property, and neither odors, dust nor ash has affected my outdoor activities in any way.

5. I do not think odors, dust or ash have affected my property value.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _7-6-22_          Signed: _John Russo_

***I understand and agree that: (1) I am signing this voluntarily and I will not suffer any consequence if I decide not to sign it; (2) I have been informed that there is a proposed class action alleging that Wheelabrator has emitted noxious odors and dust and that I may be a member of the proposed class; (3) I am providing this to Wheelabrator and its attorneys who do not represent me and who may use it to defend against the proposed class action; and (4) before signing, I was informed that I have the right to contact plaintiff's counsel in the pending lawsuit, Liddle Sheets Coulson P.C.***

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

BRENDA SWEETLAND, on behalf of )
herself and all others similarly situated, )
                                    )
             Plaintiff, )       Civil Action No. 1:21-cv-10759-LTS
                                    )
vs. )
                                      )
WHEELABRATOR SAUGUS, INC., )
                                      )
             Defendant. )

## **DECLARATION**

Pursuant to 28 U.S.C. § 1746 I declare and say:

1. My name is _JOSEPH DENNIS GOULD_ and I live at _6 SERINO WAY_,

    approximately _1/2_ miles from the Wheelabrator Saugus waste-to-energy facility.

    I (own) / rent my home and have lived at this address for about _50_ years.

2. I do not ever notice noxious odors at my home.

3. I do not ever notice unusual or unnatural amounts of dust or ash on my property.

4. I enjoy numerous activities outside at my property, and neither odors, dust nor ash has

    affected my outdoor activities in any way.

5. I do not think odors, dust or ash have affected my property value.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _JUNE 9, 22_        Signed: _Joseph Dennis Gould_

***I understand and agree that: (1) I am signing this voluntarily and I will not suffer any consequence if I decide not to sign it; (2) I have been informed that there is a proposed class action alleging that Wheelabrator has emitted noxious odors and dust and that I may be a member of the proposed class; (3) I am providing this to Wheelabrator and its attorneys who do not represent me and who may use it to defend against the proposed class action; and (4) before signing, I was informed that I have the right to contact plaintiff's counsel in the pending lawsuit, Liddle Sheets Coulson P.C.***

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

BRENDA SWEETLAND, on behalf of )
herself and all others similarly situated, )
    )
       Plaintiff, )    Civil Action No. 1:21-cv-10759-LTS
    )
vs. )
    )
WHEELABRATOR SAUGUS, INC., )
    )
       Defendant. )

## DECLARATION

Pursuant to 28 U.S.C. § 1746 I declare and say:

1.  My name is _Anthony Nuzo_ , and I live at _14 Serino Way  Saugus_
    _ma_
    approximately _6_ miles from the Wheelabrator Saugus waste-to-energy facility.

    I _own_ / rent my home and have lived at this address for about _9_ years.

2.  I do not ever notice noxious odors at my home.

3.  I do not ever notice unusual or unnatural amounts of dust or ash on my property.

4.  I enjoy numerous activities outside at my property, and neither odors, dust nor ash has
    affected my outdoor activities in any way.

5.  I do not think odors, dust or ash have affected my property value.

6.  I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _July 2, 2022_    Signed: _Anthony Nuzo_

***I understand and agree that: (1) I am signing this voluntarily and I will not suffer any
consequence if I decide not to sign it; (2) I have been informed that there is a proposed class action
alleging that Wheelabrator has emitted noxious odors and dust and that I may be a member of the
proposed class; (3) I am providing this to Wheelabrator and its attorneys who do not represent me
and who may use it to defend against the proposed class action; and (4) before signing, I was
informed that I have the right to contact plaintiff's counsel in the pending lawsuit, Liddle Sheets
Coulson P.C.***

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

BRENDA SWEETLAND, on behalf of )
herself and all others similarly situated, )
                                )
              Plaintiff, )       Civil Action No. 1:21-cv-10759-LTS
                                )
vs. )
                                )
WHEELABRATOR SAUGUS. INC., )
                                )
            Defendant. )

## DECLARATION

Pursuant to 28 U.S.C. § 1746 I declare and say:

1.  My name is _Richard Nuzzo_. and I live at _12 Spring Way Saugus Ma_

    approximately ___1___ miles from the Wheelabrator Saugus waste-to-energy facility.

    I __own__ / rent__ my home and have lived at this address for about ___11___ years.

2.  I do not ever notice noxious odors at my home.

3.  I do not ever notice unusual or unnatural amounts of dust or ash on my property.

4.  I enjoy numerous activities outside at my property. and neither odors. dust nor ash has

    affected my outdoor activities in any way.

5.  I do not think odors. dust or ash have affected my property value.

6.  I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _Richard Nuzzo_    Signed: _June 30 2022_

***I understand and agree that: (1) I am signing this voluntarily and I will not suffer any
consequence if I decide not to sign it; (2) I have been informed that there is a proposed class action
alleging that Wheelabrator has emitted noxious odors and dust and that I may be a member of the
proposed class; (3) I am providing this to Wheelabrator and its attorneys who do not represent me
and who may use it to defend against the proposed class action; and (4) before signing. I was
informed that I have the right to contact plaintiff's counsel in the pending lawsuit, Liddle Sheets
Coulson P.C.***

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

BRENDA SWEETLAND, on behalf of ）
herself and all others similarly situated, ）
                                          ）
                    Plaintiff, ）        Civil Action No. 1:21-cv-10759-LTS
                                          ）
vs.                                       ）
                                          ）
WHEELABRATOR SAUGUS, INC., ）
                                          ）
                    Defendant. ）

## DECLARATION

Pursuant to 28 U.S.C. § 1746 I declare and say:

1.  My name is _Kathy Weishaus_ and I live at _34 Bristow St_ _Saugus_, approximately _42_ miles from the Wheelabrator Saugus waste-to-energy facility. I (own) / rent my home and have lived at this address for about _30_ years.

2.  I do not ever notice noxious odors at my home.

3.  I do not ever notice unusual or unnatural amounts of dust or ash on my property.

4.  I enjoy numerous activities outside at my property, and neither odors, dust nor ash has affected my outdoor activities in any way.

5.  I do not think odors, dust or ash have affected my property value.

6.  I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _6/11/22_          Signed: _Kathy Weishaus_

***I understand and agree that: (1) I am signing this voluntarily and I will not suffer any consequence if I decide not to sign it; (2) I have been informed that there is a proposed class action alleging that Wheelabrator has emitted noxious odors and dust and that I may be a member of the proposed class; (3) I am providing this to Wheelabrator and its attorneys who do not represent me and who may use it to defend against the proposed class action; and (4) before signing, I was informed that I have the right to contact plaintiff's counsel in the pending lawsuit, Liddle Sheets Coulson P.C.***

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

BRENDA SWEETLAND, on behalf of )
herself and all others similarly situated, )
                                             )
                     Plaintiff, )      Civil Action No. 1:21-cv-10759-LTS
                                             )
vs.                                       )
                                             )
WHEELABRATOR SAUGUS, INC., )
                                             )
                     Defendant. )

## DECLARATION

Pursuant to 28 U.S.C. §1746 I declare and say:

1. My name is _John Copper_ and I live at _44 Bristow Street Saugus_ approximately _1/2_ miles from the Wheelabrator Saugus waste-to-energy facility. I _own_ / rent my home and have lived at this address for about _18_ years.

2. I do not ever notice noxious odors at my home.

3. I do not ever notice unusual or unnatural amounts of dust or ash on my property.

4. I enjoy numerous activities outside at my property, and neither odors, dust nor ash has affected my outdoor activities in any way.

5. I do not think odors, dust or ash have affected my property value.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _June 19, 2022_      Signed: _[signature]_

***I understand and agree that: (1) I am signing this voluntarily and I will not suffer any consequence if I decide not to sign it; (2) I have been informed that there is a proposed class action alleging that Wheelabrator has emitted noxious odors and dust and that I may be a member of the proposed class; (3) I am providing this to Wheelabrator and its attorneys who do not represent me and who may use it to defend against the proposed class action; and (4) before signing, I was informed that I have the right to contact plaintiff's counsel in the pending lawsuit, Liddle Sheets Coulson P.C.***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

BRENDA SWEETLAND, on behalf of  )
herself and all others similarly situated,  )
)
Plaintiff,  )         Civil Action No. 1:21-cv-10759-LTS
)
vs.  )
)
WHEELABRATOR SAUGUS, INC.,  )
)
Defendant.  )

## DECLARATION

Pursuant to 28 U.S.C. § 1746 I declare and say:

1. My name is _Sara Cogliano_ , and I live at _310 Lincoln Ave, Saugus_

   approximately ___1___ miles from the Wheelabrator Saugus waste-to-energy facility.

   I (own)/ rent my home and have lived at this address for about _83_ years.

2. I do not ever notice noxious odors at my home.

3. I do not ever notice unusual or unnatural amounts of dust or ash on my property.

4. I enjoy numerous activities outside at my property, and neither odors, dust nor ash has

   affected my outdoor activities in any way.

5. I do not think odors, dust or ash have affected my property value.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed on: __6/11/22__        Signed: _____

***I understand and agree that: (1) I am signing this voluntarily and I will not suffer any
consequence if I decide not to sign it; (2) I have been informed that there is a proposed class action
alleging that Wheelabrator has emitted noxious odors and dust and that I may be a member of the
proposed class; (3) I am providing this to Wheelabrator and its attorneys who do not represent me
and who may use it to defend against the proposed class action; and (4) before signing, I was
informed that I have the right to contact plaintiff's counsel in the pending lawsuit, Liddle Sheets
Coulson P.C.***

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

BRENDA SWEETLAND, on behalf of )
herself and all others similarly situated, )
)
              Plaintiff, )     Civil Action No. 1:21-cv-10759-LTS
)
vs. )
)
WHEELABRATOR SAUGUS, INC., )
)
             Defendant. )

## DECLARATION

Pursuant to 28 U.S.C. § 1746 I declare and say:

1. My name is *STEVE ANDERSON* and I live at *2 MILAN AVE SAUGU(S)*

   approximately *10* miles from the Wheelabrator Saugus waste-to-energy facility.

   I ( own ) / rent my home and have lived at this address for about *20* years.

2. I do not ever notice noxious odors at my home.

3. I do not ever notice unusual or unnatural amounts of dust or ash on my property.

4. I enjoy numerous activities outside at my property, and neither odors, dust nor ash has

   affected my outdoor activities in any way.

5. I do not think odors, dust or ash have affected my property value.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed on: *01/11/2022*        Signed: *Steve Anderson*

***I understand and agree that: (1) I am signing this voluntarily and I will not suffer any consequence if I decide not to sign it; (2) I have been informed that there is a proposed class action alleging that Wheelabrator has emitted noxious odors and dust and that I may be a member of the proposed class; (3) I am providing this to Wheelabrator and its attorneys who do not represent me and who may use it to defend against the proposed class action; and (4) before signing, I was informed that I have the right to contact plaintiff's counsel in the pending lawsuit, Liddle Sheets Coulson P.C.***

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

BRENDA SWEETLAND, on behalf of          )
herself and all others similarly situated,   )
                                        )
                    Plaintiff,          )       Civil Action No. 1:21-cv-10759-LTS
                                        )
vs.                                     )
                                        )
WHEELABRATOR SAUGUS, INC.,              )
                                        )
                    Defendant.          )

## DECLARATION

Pursuant to 28 U.S.C. § 1746 I declare and say:

1. My name is _Kristen Johnson_, and I live at _4 Milan Ave Saugus_ approximately _.5 ½_ miles from the Wheelabrator Saugus waste-to-energy facility. I _own / rent_ my home and have lived at this address for about _17_ years.

2. I do not ever notice noxious odors at my home.

3. I do not ever notice unusual or unnatural amounts of dust or ash on my property.

4. I enjoy numerous activities outside at my property, and neither odors, dust nor ash has affected my outdoor activities in any way.

5. I do not think odors, dust or ash have affected my property value.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _7 - 1 - 22_          Signed: _____

***I understand and agree that: (1) I am signing this voluntarily and I will not suffer any consequence if I decide not to sign it; (2) I have been informed that there is a proposed class action alleging that Wheelabrator has emitted noxious odors and dust and that I may be a member of the proposed class; (3) I am providing this to Wheelabrator and its attorneys who do not represent me and who may use it to defend against the proposed class action; and (4) before signing, I was informed that I have the right to contact plaintiff's counsel in the pending lawsuit, Liddle Sheets Coulson P.C.***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| BRENDA SWEETLAND, on behalf of herself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) |
| WHEELABRATOR SAUGUS, INC., | ) ) ) |
| Defendant. | ) ) |

Civil Action No. 1:21-cv-10759-LTS

## DECLARATION

Pursuant to 28 U.S.C. § 1746 I declare and say:

1. My name is _Jeff Paolini_ , and I live at _17 Wickford St, Saugus, MA_ approximately _1.0_ miles from the Wheelabrator Saugus waste-to-energy facility.

   I _own / (rent)_ my home and have lived at this address for about _11_ years.

2. I do not ever notice noxious odors at my home.

3. I do not ever notice unusual or unnatural amounts of dust or ash on my property.

4. I enjoy numerous activities outside at my property, and neither odors, dust nor ash has affected my outdoor activities in any way.

5. I do not think odors, dust or ash have affected my property value.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _Jeff Paolini_ _6/11/2022_   Signed: _____

***I understand and agree that: (1) I am signing this voluntarily and I will not suffer any consequence if I decide not to sign it; (2) I have been informed that there is a proposed class action alleging that Wheelabrator has emitted noxious odors and dust and that I may be a member of the proposed class; (3) I am providing this to Wheelabrator and its attorneys who do not represent me and who may use it to defend against the proposed class action; and (4) before signing, I was informed that I have the right to contact plaintiff's counsel in the pending lawsuit, Liddle Sheets Coulson P.C.***

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

BRENDA SWEETLAND, on behalf of  )
herself and all others similarly situated,  )
)
Plaintiff,  )          Civil Action No. 1:21-cv-10759-LTS
)
vs.  )
)
WHEELABRATOR SAUGUS, INC.,  )
)
Defendant.  )

## DECLARATION

Pursuant to 28 U.S.C. § 1746 I declare and say:

1. My name is _Richard Snow_, and I live at _326 Cmr Rd_.

   approximately _1/2_ miles from the Wheelabrator Saugus waste-to-energy facility.

   I _own_ / _rent_ my home and have lived at this address for about _20_ years.

2. I do not ever notice noxious odors at my home.

3. I do not ever notice unusual or unnatural amounts of dust or ash on my property.

4. I enjoy numerous activities outside at my property, and neither odors, dust nor ash has affected my outdoor activities in any way.

5. I do not think odors, dust or ash have affected my property value.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _7/2/22_          Signed: _[signature]_

\*\*\*I understand and agree that: (1) I am signing this voluntarily and I will not suffer any consequence if I decide not to sign it; (2) I have been informed that there is a proposed class action alleging that Wheelabrator has emitted noxious odors and dust and that I may be a member of the proposed class; (3) I am providing this to Wheelabrator and its attorneys who do not represent me and who may use it to defend against the proposed class action; and (4) before signing, I was informed that I have the right to contact plaintiff's counsel in the pending lawsuit, Liddle Sheets Coulson P.C.\*\*\*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

BRENDA SWEETLAND, on behalf of          )
herself and all others similarly situated,   )
                                        )
                    Plaintiff,          )        Civil Action No. 1:21-cv-10759-LTS
                                        )
vs.                                     )
                                        )
WHEELABRATOR SAUGUS, INC.,              )
                                        )
                    Defendant.          )

## DECLARATION

Pursuant to 28 U.S.C. § 1746 I declare and say:

1. My name is _Bar Bara Nathan_, and I live at _27 Carr Road, Saugus, Ma 01906_ approximately _1/2_ miles from the Wheelabrator Saugus waste-to-energy facility.

   I _own_ / rent   my home and have lived at this address for about _40_ years.

2. I do not ever notice noxious odors at my home.

3. I do not ever notice unusual or unnatural amounts of dust or ash on my property.

4. I enjoy numerous activities outside at my property, and neither odors, dust nor ash has affected my outdoor activities in any way.

5. I do not think odors, dust or ash have affected my property value.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _June 10, 2022_          Signe _27 Carr Road 01906_

***I understand and agree that: (1) I am signing this voluntarily and I will not suffer any consequence if I decide not to sign it; (2) I have been informed that there is a proposed class action alleging that Wheelabrator has emitted noxious odors and dust and that I may be a member of the proposed class; (3) I am providing this to Wheelabrator and its attorneys who do not represent me and who may use it to defend against the proposed class action; and (4) before signing, I was informed that I have the right to contact plaintiff's counsel in the pending lawsuit, Liddle Sheets Coulson P.C.***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

BRENDA SWEETLAND, on behalf of          )
herself and all others similarly situated,   )
                                         )
                    Plaintiff,           )          Civil Action No. 1:21-cv-10759-LTS
                                         )
vs.                                      )
                                         )
WHEELABRATOR SAUGUS, INC.,               )
                                         )
                    Defendant.           )

**DECLARATION**

Pursuant to 28 U.S.C. § 1746 I declare and say:

1. My name is _Charles Graffe_, and I live at _7 Warren Road, Saugus, ma_

   approximately _1/2_ miles from the Wheelabrator Saugus waste-to-energy facility.

   I _own_ / rent my home and have lived at this address for about _6_ years.

2. I do not ever notice noxious odors at my home.

3. I do not ever notice unusual or unnatural amounts of dust or ash on my property.

4. I enjoy numerous activities outside at my property, and neither odors, dust nor ash has

   affected my outdoor activities in any way.

5. I do not think odors, dust or ash have affected my property value.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _6/11/2022_                    Signed _[signature]_

***I understand and agree that: (1) I am signing this voluntarily and I will not suffer any
consequence if I decide not to sign it; (2) I have been informed that there is a proposed class action
alleging that Wheelabrator has emitted noxious odors and dust and that I may be a member of the
proposed class; (3) I am providing this to Wheelabrator and its attorneys who do not represent me
and who may use it to defend against the proposed class action; and (4) before signing, I was
informed that I have the right to contact plaintiff's counsel in the pending lawsuit, Liddle Sheets
Coulson P.C.***

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

BRENDA SWEETLAND, on behalf of          )
herself and all others similarly situated,   )
                                        )
                      Plaintiff,        )        Civil Action No. 1:21-cv-10759-LTS
                                        )
vs.                                     )
                                        )
WHEELABRATOR SAUGUS, INC.,              )
                                        )
                      Defendant.        )

## DECLARATION

Pursuant to 28 U.S.C. § 1746 I declare and say:

1. My name is _Doug Clark_, and I live at _9 Johnson Street, Saugus_, 1/2 approximately _Half a mile_ miles from the Wheelabrator Saugus waste-to-energy facility.

   I _own_ / rent  my home and have lived at this address for about _20_ years.

2. I do not ever notice noxious odors at my home.

3. I do not ever notice unusual or unnatural amounts of dust or ash on my property.

4. I enjoy numerous activities outside at my property, and neither odors, dust nor ash has affected my outdoor activities in any way.

5. I do not think odors, dust or ash have affected my property value.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _6/11/22_                    Signed: _[signature]_

***I understand and agree that: (1) I am signing this voluntarily and I will not suffer any consequence if I decide not to sign it; (2) I have been informed that there is a proposed class action alleging that Wheelabrator has emitted noxious odors and dust and that I may be a member of the proposed class; (3) I am providing this to Wheelabrator and its attorneys who do not represent me and who may use it to defend against the proposed class action; and (4) before signing, I was informed that I have the right to contact plaintiff's counsel in the pending lawsuit, Liddle Sheets Coulson P.C.***

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

BRENDA SWEETLAND, on behalf of )
herself and all others similarly situated, )
 )
    Plaintiff, )  Civil Action No. 1:21-cv-10759-LTS
 )
vs. )
 )
WHEELABRATOR SAUGUS, INC., )
 )
    Defendant. )

## DECLARATION

Pursuant to 28 U.S.C. § 1746 I declare and say:

1. My name is _John Sarorfim_, and I live at _82 Lincoln Ave, Saugus, ma_,

   approximately _1/2_ miles from the Wheelabrator Saugus waste-to-energy facility.

   I _own / rent_ my home and have lived at this address for about _5_ years.

2. I do not ever notice noxious odors at my home.

3. I do not ever notice unusual or unnatural amounts of dust or ash on my property.

4. I enjoy numerous activities outside at my property, and neither odors, dust nor ash has

   affected my outdoor activities in any way.

5. I do not think odors, dust or ash have affected my property value.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _6/10/2022_    Signed: _[signature]_

***I understand and agree that: (1) I am signing this voluntarily and I will not suffer any
consequence if I decide not to sign it; (2) I have been informed that there is a proposed class action
alleging that Wheelabrator has emitted noxious odors and dust and that I may be a member of the
proposed class; (3) I am providing this to Wheelabrator and its attorneys who do not represent me
and who may use it to defend against the proposed class action; and (4) before signing, I was
informed that I have the right to contact plaintiff's counsel in the pending lawsuit, Liddle Sheets
Coulson P.C.***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

BRENDA SWEETLAND, on behalf of          )
herself and all others similarly situated,   )
                                             )
                    Plaintiff,               )          Civil Action No. 1:21-cv-10759-LTS
                                             )
vs.                                          )
                                             )
WHEELABRATOR SAUGUS, INC.,                   )
                                             )
                    Defendant.               )

## DECLARATION

Pursuant to 28 U.S.C. § 1746 I declare and say:

1.  My name is _Karlin Moore_ , and I live at _1 Atherton St_ ,

    approximately _2_ miles from the Wheelabrator Saugus waste-to-energy facility.

    I ___own___ / _rent_ my home and have lived at this address for about _____ years.

2.  I do not ever notice noxious odors at my home.

3.  I do not ever notice unusual or unnatural amounts of dust or ash on my property.

4.  I enjoy numerous activities outside at my property, and neither odors, dust nor ash has

    affected my outdoor activities in any way.

5.  I do not think odors, dust or ash have affected my property value.

6.  I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _6-9-22_          Signed: _Karlin Moore_

***I understand and agree that: (1) I am signing this voluntarily and I will not suffer any consequence if I decide not to sign it; (2) I have been informed that there is a proposed class action alleging that Wheelabrator has emitted noxious odors and dust and that I may be a member of the proposed class; (3) I am providing this to Wheelabrator and its attorneys who do not represent me and who may use it to defend against the proposed class action; and (4) before signing, I was informed that I have the right to contact plaintiff's counsel in the pending lawsuit, Liddle Sheets Coulson P.C.***

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

BRENDA SWEETLAND, on behalf of )
herself and all others similarly situated, )
                                 )
               Plaintiff, )       Civil Action No. 1:21-cv-10759-LTS
                                   )
vs. )
                                   )
WHEELABRATOR SAUGUS, INC., )
                                   )
              Defendant. )

## DECLARATION

Pursuant to 28 U.S.C. § 1746 I declare and say:

1. My name is _Elizabeth Marchese_ and I live at _34 School St Saugus_, approximately _2_ miles from the Wheelabrator Saugus waste-to-energy facility. I _own_ / rent   my home and have lived at this address for about _21_ years.

2. I do not ever notice noxious odors at my home.

3. I do not ever notice unusual or unnatural amounts of dust or ash on my property.

4. I enjoy numerous activities outside at my property, and neither odors, dust nor ash has affected my outdoor activities in any way.

5. I do not think odors, dust or ash have affected my property value.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _June 15th_          Signed: _[signature]_

\*\*\*I understand and agree that: (1) I am signing this voluntarily and I will not suffer any consequence if I decide not to sign it; (2) I have been informed that there is a proposed class action alleging that Wheelabrator has emitted noxious odors and dust and that I may be a member of the proposed class; (3) I am providing this to Wheelabrator and its attorneys who do not represent me and who may use it to defend against the proposed class action; and (4) before signing, I was informed that I have the right to contact plaintiff's counsel in the pending lawsuit, Liddle Sheets Coulson P.C.\*\*\*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

BRENDA SWEETLAND, on behalf of                )
herself and all others similarly situated,      )
                                                )
                        Plaintiff,              )        Civil Action No. 1:21-cv-10759-LTS
                                                )
vs.                                             )
                                                )
WHEELABRATOR SAUGUS, INC.,                      )
                                                )
                        Defendant.              )

## DECLARATION

Pursuant to 28 U.S.C. § 1746 I declare and say:

1. My name is _Carrie Snow_, and I live at _38 Scho St_, approximately _1_ miles from the Wheelabrator Saugus waste-to-energy facility.

   I __own__ / rent my home and have lived at this address for about _8_ years.

2. I do not ever notice noxious odors at my home.

3. I do not ever notice unusual or unnatural amounts of dust or ash on my property.

4. I enjoy numerous activities outside at my property, and neither odors, dust nor ash has affected my outdoor activities in any way.

5. I do not think odors, dust or ash have affected my property value.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _7/2/22_                    Signed: _____

***I understand and agree that: (1) I am signing this voluntarily and I will not suffer any consequence if I decide not to sign it; (2) I have been informed that there is a proposed class action alleging that Wheelabrator has emitted noxious odors and dust and that I may be a member of the proposed class; (3) I am providing this to Wheelabrator and its attorneys who do not represent me and who may use it to defend against the proposed class action; and (4) before signing, I was informed that I have the right to contact plaintiff's counsel in the pending lawsuit, Liddle Sheets Coulson P.C.***

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

BRENDA SWEETLAND, on behalf of )
herself and all others similarly situated, )
                                )
                 Plaintiff,      )      Civil Action No. 1:21-cv-10759-LTS
                                )
vs.                                )
                                )
WHEELABRATOR SAUGUS, INC.,     )
                                )
               Defendant.    )

## DECLARATION

Pursuant to 28 U.S.C. § 1746 I declare and say:

1. My name is _Robert Catineiz_ and I live at _151 Fairmont Ave, Saugus, MA 01906_, approximately _1_ miles from the Wheelabrator Saugus waste-to-energy facility. I (own) / rent my home and have lived at this address for about _14_ years.

2. I do not ever notice noxious odors at my home.

3. I do not ever notice unusual or unnatural amounts of dust or ash on my property.

4. I enjoy numerous activities outside at my property, and neither odors, dust nor ash has affected my outdoor activities in any way.

5. I do not think odors, dust or ash have affected my property value.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _6-12-22_        Signed: _Robert Catineiz_

***I understand and agree that: (1) I am signing this voluntarily and I will not suffer any consequence if I decide not to sign it; (2) I have been informed that there is a proposed class action alleging that Wheelabrator has emitted noxious odors and dust and that I may be a member of the proposed class; (3) I am providing this to Wheelabrator and its attorneys who do not represent me and who may use it to defend against the proposed class action; and (4) before signing, I was informed that I have the right to contact plaintiff's counsel in the pending lawsuit, Liddle Sheets Coulson P.C.***