Subject: RE: FW: Sweetland v Wheelabrator Case No. 21-cv-10759-LTS
Date: 7/29/2022 1:22 PM
From: "Jim Connolly" <jconnol1@win-waste.com>
To: "Oetheimer, Richard A" <ROetheimer@goodwinlaw.com>
Cc: "Mike O'Friel" <mofriel@win-waste.com>

Yes I am ok with you calling him



**Jim Connolly**, Vice President, Environmental Compliance

Cell 603.686.1685
90 Arboretum Drive, Suite 300, Portsmouth, NH 03801
www.win-waste.com

*We have rebranded as WIN Waste Innovations! Please help us stay connected by notifying your IT department and/or email hosting company to whitelist our new domain name (DNS) win-waste.com, effective immediately.*

**From:** Oetheimer, Richard A <ROetheimer@goodwinlaw.com>
**Sent:** Friday, July 29, 2022 12:55 PM
**To:** Jim Connolly <jconnol1@win-waste.com>
**Cc:** Mike O'Friel <mofriel@win-waste.com>
**Subject:** RE: FW: Sweetland v Wheelabrator Case No. 21-cv-10759-LTS

\*\*\* EXTERNAL email. Please be cautious and evaluate before you click on links, open attachments, or provide credentials. \*\*\*
Are you okay with me calling Anthony directly? I need to find out how he went about obtaining the Declarations. I'd also like to ask him about the three deponents, and I may need him to introduce me. Rich

**From:** Jim Connolly <jconnol1@win-waste.com>
**Sent:** Friday, July 29, 2022 12:50 PM
**To:** Oetheimer, Richard A <ROetheimer@goodwinlaw.com>
**Subject:** RE: FW: Sweetland v Wheelabrator Case No. 21-cv-10759-LTS

\*\*\*EXTERNAL\*\*\*
Its his cell number



**Jim Connolly**, Vice President, Environmental Compliance

Cell 603.686.1685
90 Arboretum Drive, Suite 300, Portsmouth, NH 03801
www.win-waste.com

*We have rebranded as WIN Waste Innovations! Please help us stay connected by notifying your IT department*

WB-SAUGUS-009678

*and/or email hosting company to whitelist our new domain name (DNS) win-waste.com, effective immediately.*

---

**From:** Oetheimer, Richard A <ROetheimer@goodwinlaw.com>
**Sent:** Friday, July 29, 2022 12:48 PM
**To:** Jim Connolly <jconnol1@win-waste.com>
**Cc:** Mike O'Friel <mofriel@win-waste.com>
**Subject:** RE: FW: Sweetland v Wheelabrator Case No. 21-cv-10759-LTS

\*\*\* EXTERNAL email. Please be cautious and evaluate before you click on links, open attachments, or provide credentials. \*\*\*

Jim,

I called the cell number listed below for John Sarorfim and a male voice answered. When I tried to explain what I was calling about, he professed to know nothing about Wheelabrator and shut down the call.

Perhaps it's a wrong number; I was not able to confirm his identity in the brief time we spoke. I think I need to speak with Anthony Cogliano before I proceed further. Is the # you gave me his official # or cell?

Thank you,
Rich

---

**From:** Jim Connolly <jconnol1@win-waste.com>
**Sent:** Tuesday, July 26, 2022 9:12 PM
**To:** Oetheimer, Richard A <ROetheimer@goodwinlaw.com>; Mike O'Friel <mofriel@win-waste.com>
**Cc:** Perez-Sparks, Sierra <SPerezSparks@goodwinlaw.com>; Breitling, Amy <ABreitling@goodwinlaw.com>
**Subject:** RE: FW: Sweetland v Wheelabrator Case No. 21-cv-10759-LTS

\*\*\*EXTERNAL\*\*\*
I spoke with Anthony Cogliano this afternoon. Sara is his Aunt and is currently in a nursing home. Phone numbers for the others receiving subpoenas are:

John Sarorfim --(203) 600-0006
Bob Catinazzo – (781) 718-2735
Rich Nuzzo – (781) 572-4656



**Jim Connolly**, Vice President, Environmental Compliance

Cell 603.686.1685
90 Arboretum Drive, Suite 300, Portsmouth, NH 03801
www.win-waste.com

*We have rebranded as WIN Waste Innovations! Please help us stay connected by notifying your IT department and/or email hosting company to whitelist our new domain name (DNS) win-waste.com, effective immediately.*

---

**From:** Oetheimer, Richard A <ROetheimer@goodwinlaw.com>
**Sent:** Monday, July 25, 2022 9:51 AM
**To:** Mike O'Friel <mofriel@win-waste.com>; Jim Connolly <jconnol1@win-waste.com>
**Cc:** Perez-Sparks, Sierra <SPerezSparks@goodwinlaw.com>; Breitling, Amy <ABreitling@goodwinlaw.com>

**Subject:** FW: FW: Sweetland v Wheelabrator Case No. 21-cv-10759-LTS

*** EXTERNAL email. Please be cautious and evaluate before you click on links, open attachments, or provide credentials. ***

Mike and Jim,

**REDACTED - PRIVILEGED**

Richard A. Oetheimer

 **GOODWIN**

Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210
o +1 617 570 1259
f +1 617 801 8747
ROetheimer@goodwinlaw.com | goodwinlaw.com

---

**From:** Oetheimer, Richard A <ROetheimer@goodwinlaw.com>
**Sent:** Wednesday, July 20, 2022 5:48 PM
**To:** mofriel@win-waste.com
**Cc:** jconnol1@win-waste.com
**Subject:** FW: Sweetland v Wheelabrator Case No. 21-cv-10759-LTS

Mike,

Liddle just served us with notice of their intent to serve deposition subpoenas on four of our declarants, John Sarofin, Robert Catinazzo, Richard Nuzzo and Sara Cogliano, for depositions on August 15.

**REDACTED - PRIVILEGED**

Richard A. Oetheimer



Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210
o +1 617 570 1259
f +1 617 801 8747
ROetheimer@goodwinlaw.com | goodwinlaw.com

---

**From:** Bethany Favaro <bfavaro@lsccounsel.com>
**Sent:** Wednesday, July 20, 2022 4:59 PM
**To:** Oetheimer, Richard A <ROetheimer@goodwinlaw.com>; Evans, William <WEvans@goodwinlaw.com>; Perez-Sparks, Sierra <SPerezSparks@goodwinlaw.com>
**Cc:** Albert Asciutto <AAsciutto@lsccounsel.com>; Laura Sheets <LSheets@lsccounsel.com>
**Subject:** Sweetland v Wheelabrator Case No. 21-cv-10759-LTS

\*\*\*EXTERNAL\*\*\*
Good afternoon,

Attached please find Plaintiff's Notice of Intent to Serve Subpoenas which we mailed today.

Thank you,

Bethany Favaro | Paralegal
**Liddle Sheets Coulson P.C.**
975 E. Jefferson Avenue, Detroit, MI 48207
Tel: 313 392 0015 | Fax 313 392 0025

CONFIDENTIALITY NOTE: This message is from a law firm. It is intended solely for the use of its intended recipient(s) and might contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. If you are not the intended recipient, any distribution or copying of this message (including any attachments) is strictly prohibited. If you are not the intended recipient, please delete it (including any attachments) from your system without copying or forwarding it, and notify the sender of the error by reply e-mail.


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This message was sent from Goodwin Procter LLP and is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONFIDENTIALITY NOTICE: This message originates from WIN Waste Innovations. This message and any attachments are solely for the use of the intended recipient(s) and may contain privileged and/or confidential information or other information protected from disclosure. If you are not the intended recipient, you are hereby notified that you received this email in error and that any review, dissemination, distribution or copying of this email and any attachment is strictly prohibited. If you have received this email in error, please contact

the sender and delete the message and any attachments from your system.Privacy Policy

CONFIDENTIALITY NOTICE: This message originates from WIN Waste Innovations. This message and any attachments are solely for the use of the intended recipient(s) and may contain privileged and/or confidential information or other information protected from disclosure. If you are not the intended recipient, you are hereby notified that you received this email in error and that any review, dissemination, distribution or copying of this email and any attachment is strictly prohibited. If you have received this email in error, please contact the sender and delete the message and any attachments from your system.Privacy Policy

CONFIDENTIALITY NOTICE: This message originates from WIN Waste Innovations. This message and any attachments are solely for the use of the intended recipient(s) and may contain privileged and/or confidential information or other information protected from disclosure. If you are not the intended recipient, you are hereby notified that you received this email in error and that any review, dissemination, distribution or copying of this email and any attachment is strictly prohibited. If you have received this email in error, please contact the sender and delete the message and any attachments from your system.Privacy Policy