UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRENDA SWEETLAND, on behalf of herself and all others similarly situated, | )<br>)<br>) Hon. Leo T. Sorokin |
| Plaintiff, | )<br>) |
| vs. | )<br>) Case No. 1:21-cv-10759-LTS |
| WHEELABRATOR SAUGUS, INC., | )<br>) |
| Defendant. | )<br>)<br>) |

**PLAINTIFF'S NOTICE OF DISMISSAL OF CLASS ACTION ALLEGATIONS AND WITHDRAWAL OF MOTION TO CERTIFY THE CLASS**

**NOW COMES** Plaintiff Brenda Sweetland to notify the Court that Plaintiff hereby dismisses the class action allegations in the Complaint (Doc. 1, ¶43-55) and withdraws her pending Motion to Certify the Class. (Doc. 45).

Dated: June 6, 2023

Respectfully submitted,

*/s/ Matthew Z. Robb*
Steven D. Liddle*
Laura L. Sheets*
Matthew Z. Robb*
*Admitted Pro Hac Vice*
LIDDLE SHEETS COULSON PC
975 E. Jefferson Avenue
Detroit, Michigan 48207-3101
Tel: (313) 392-0015/Fax: (313) 392-0025
sliddle@lsccounsel.com
lsheets@lsccounsel.com
mrobb@lsccounsel.com

*Attorneys for Plaintiff and the putative Class*

1

## CERTIFICATE OF SERVICE

      I, Matthew Z. Robb, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants on June 6, 2023.

                                                */s/ Matthew Z. Robb*
                                                Matthew Z. Robb